## SUPPLEMENTAL RETURN OF SERVICE

STATE OF CONNECTICUT:
                        : WETHERSFIELD          NOVEMBER 19, 2024
COUNTY OF HARTFORD:

NANCY LABROAD -V- COSTCO WHOLESALE CORPORATION, ET AL

SERVICE UPON: REGINA FELPER

    At said Wethersfield, I deposited in a U.S. Post Office, a letter certified, article number 9589 0710 5270 0070 1189 85, postage prepaid, return receipt requested, in which letter contained a true and attested copy of the original civil process in this action, and on the above date the letter has been returned to me RETURN TO SENDER ATTEMPTED NOT KNOWN.

ATTEST:

_____
WILLIAM DREW, JR.
CT STATE MARSHAL
HARTFORD COUNTY






sent with PitneyShip™

US POSTAGE℠
FIRST-CLASS
028W000231216O
200042126G
ZIP 06129



9589 0710 5270 0070 1189 85

Regina Felper
40 West Colonial
Wilbraham, MA 01095

NIXIE    061    C2    1    0211/11/24

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

MANUAL PROC REQ    0060N316003-00459

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Regina Felper
40 West Colonial
Wilbraham, MA 01095

9590 9402 9020 4122 2836 12

2. Article Number (Transfer from service label)
9589 0710 5270 0070 1189 85

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery