## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **NANCY LABROAD** | : | **CIVIL ACTION NO. 3:24-cv-01102** |
| **PLAINTIFF** | : | |
| **V.** | : | |
| **COSTCO WHOLESALE CORP.** | : | |
| **COSTCO WHOLESALE MEMBERSHIP, INC.** | : | **JANUARY 24, 2025** |
| **DEFENDANTS** | : | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the plaintiff in the above captioned matter hereby gives notice of her voluntary dismissal as against Freshwater MZL LLC. The plaintiff's causes of action as against Costco Wholesale Corporation and Costco Wholesale Membership LLC., remain pending.

THE PLAINTIFF

By:   /s/ *ct 30224*
Brendan K. Nelligan, Esq. [ct30224]
Kennedy, Johnson, Schwab & Roberge, LLC
Long Wharf Maritime Center
555 Long Wharf Dr. Suite 13A
New Haven, CT 06511
Tel:  203-865-8430
E-mail:  jkennedy@kennedyjohnson.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 24, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Connecticut by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Miles David Newman Esty, Esq.
Esty & Buckmir, LLC
2285 Whitney Ave
Hamden, CT  06518
mesty@estyandbuckmir.com

                                                        */s/  ct30224*
                                           Brendan K. Nelligan, Esq.