**EXHIBIT A**

# CONNECTICUT UNIFORM POLICE CRASH REPORT

**Form PR-1 REV October 2018**

## Crash Summary (Front)

| | |
|---|---|
| **Number of Motor Vehicles:** *Automobiles, Motorcycles, etc.* | 1 |
| **Number of Non-Motorists:** *Pedestrians, Bicyclists, etc.* | 1 |

**Case Number:** 2200019700

**DOT Identifier:** *For DOT use only*

## CRASH DATE, TIME, SEVERITY, AND LOCATION

**Date of Crash (YYYYMMDD):** 20220622

**Time (0000-2359):** 11:55

**Town Name:** Enfield

**Town #:** 049

**Crash Severity:** ◯ Fatal  ● Injury  ◯ PDO

**Latitude:** 41.993372063

**Longitude:** -72.57501029799

**Crash occurred on (street name or route #):** Costco Parking Lot

**at its intersection with (street name or route #):** (blank)

**If not at intersection: distance** 500.00  ● Feet  ◯ Tenths of Mile

**N, S, E, W:** E **of** Freshwater Blvd

**name of nearest intersecting road, town line or mile marker**

## CRASH FACTORS AND CONDITIONS

*For all numeric fields: 99 = 'Unknown'*

**TRAFFICWAY OWNERSHIP**
01. Public Road
02. Private Road
88. Not Applicable
— **01**

**TRAFFICWAY CLASS**
01. Trafficway, On Road
02. Trafficway, Not on Road
03. Non-Trafficway
04. Parking Lot
— **04**

**LIGHT CONDITIONS**
01. Daylight
02. Dawn
03. Dusk
04. Dark- Lighted
05. Dark- Not Lighted
06. Dark- Unknown Lighting
97. Other
— **01**

**WEATHER CONDITIONS** *(choose up to 2)*
01. Clear
02. Cloudy
03. Fog, Smog, Smoke
04. Rain
05. Sleet or Hail
06. Freezing Rain/Drizzle
07. Snow
08. Blowing Snow
09. Severe Crosswinds
10. Blowing Sand, Soil, Dirt
88. Not Applicable
97. Other
— **01**  **88**

**TRAFFICWAY SURFACE CONDITIONS**
01. Dry
02. Wet
03. Snow
04. Slush
05. Ice/Frost
06. Moving Water
07. Sand
08. Mud, Dirt, Gravel
09. Oil
10. Standing Water
97. Other
— **01**

**LOCATION OF FIRST HARMFUL EVENT**
01. On Roadway
02. Shoulder
03. Median
04. Roadside
05. Gore
06. Separator
07. In Parking Lane or Zone
08. Off-Roadway Location Unknown
09. Outside Right-of-Way *(trafficway)*
97. Other
— **01**

**CRASH SPECIFIC LOCATION**
01. Non-Junction
02. Intersection
03. Intersection-Related
04. Entrance / Exit Ramp
05. Entrance / Exit Ramp-Related
06. Railway Grade Crossing
07. Crossover-Related
08. Driveway Access
09. Driveway Access-Related
10. Shared-Use Path or Trail
11. Through Roadway
12. Acceleration / Deceleration Lane
13. On A Bridge
14. HOV Lane
15. Service or Rest Area
16. Weight Station
17. Other Location Not Listed Above Within an Interchange Area *(median, shoulder and roadside)*
97. Other
— **97**

**TYPE OF INTERSECTION**
01. Not an Intersection
02. Four-Way Intersection
03. T-Intersection
04. Y-Intersection
05. L-Intersection
06. Traffic Circle
07. Roundabout
08. Five-Point, or More
— **01**

**SCHOOL BUS RELATED**
01. No
02. Yes, a school bus was directly involved
03. Yes, a school bus was indirectly involved
— **01**

**FIRST HARMFUL EVENT**

**Non-Collision:**
01. Overturn/ Rollover
02. Fire / Explosion
03. Immersion, Full or Partial
04. Jackknife
05. Cargo/Equipment Loss or Shift
06. Fell/Jumped from Vehicle
07. Thrown or Falling Object
08. Other Non-Collision
— **09**

**Collision with Person, Vehicle, or Non-Fixed Object:**
09. Pedestrian
10. Pedal cycle/Pedal-cyclist
11. Other Non-Motorist
12. Railway Vehicle *(train, engine)*
40. Deer
13. Animal Other Than Deer *(live)*
14. Motor Vehicle in Operation
15. Parked Motor Vehicle
16. Struck by Falling, Shifting Cargo or Anything Set in Motion by Motor Vehicle
17. Work Zone/Maintenance Equipment
18. Other Non-Fixed Object

**Collision With Fixed Object:**
19. Impact Attenuator/Crash Cushion
20. Bridge Overhead Structure
21. Bridge Pier or Support
22. Bridge Rail
23. Cable Barrier
24. Culvert
25. Curb
26. Ditch
27. Embankment
28. Guardrail Face
29. Guardrail End
30. Concrete Traffic Barrier
31. Other Traffic Barrier
32. Tree *(standing)*
33. Utility Pole/Light Support
34. Traffic Sign Support
35. Traffic Signal Support
36. Fence
37. Mailbox
38. Other Post, Pole or Support
39. Other Fixed Object *(wall, building, tunnel, etc.)*

**MANNER OF IMPACT** (Applies to: multi-vehicle crashes)
01. Front to Rear
02. Front to Front
03. Angle
04. Sideswipe, Same Direction
05. Sideswipe, Opposite Direction
06. Rear to Side
07. Rear to Rear
88. Not Applicable
97. Other
— **88**

**CONTRIBUTING CIRCUMSTANCES ENVIRONMENTAL** *(choose up to 3)*
00. None
01. Weather Conditions
02. Visual Obstruction(s)
03. Glare
04. Animal(s) in Roadway
88. Not Applicable
97. Other
— **00**  **88**  **88**

**CONTRIBUTING CIRCUMSTANCES ROAD** *(choose up to 3)*
00. None
01. Backup Due to Prior Crash
02. Backup Due to Prior Non-Recurring Incident
03. Backup Due to Regular Congestion
04. Toll Booth/Plaza Related
05. Road Surface Condition *(wet, icy, snow, slush, etc.)*
06. Debris
07. Ruts, Holes, Bumps
08. Work Zone *(construction/maintenance/ utility)*
09. Worn, Travel-Polished Surface
10. Obstruction in Roadway
11. Traffic Control Device Inoperative, Missing, or Obscured
12. Shoulder *(none, low, soft, high)*
13. Non-Highway Work
88. Not Applicable
97. Other
— **00**  **88**  **88**

## WORK ZONE CRASH INFORMATION

*Complete all for crashes occurring in a Work Zone*

*For all numeric fields: 99 = 'Unknown'*

| WORK ZONE | LOCATION | TYPE | WORKERS PRESENT | ENFORCEMENT PRESENT |
|---|---|---|---|---|
| 01. No<br>02. Yes | 01. Before the First Work Zone Warning Sign<br>02. Advance Warning Area<br>03. Transition Area<br>04. Activity Area<br>05. Termination Area<br>88. Not Applicable | 01. Lane Closure<br>02. Lane Shift / Crossover<br>03. Work on Shoulder or Median<br>04. Intermittent or Moving Work<br>88. Not Applicable<br>97. Other | 01. No<br>02. Yes<br>88. Not Applicable | 01. No<br>02. Yes<br>88. Not Applicable |
| **01** | **88** | **88** | **88** | **88** |

**CONNECTICUT UNIFORM POLICE CRASH REPORT**

Form PR-1 REV July 2014.01

**Crash Summary (Back)**

Case Number    2200019700

DOT Identifier:
For DOT use only

## DIAGRAM



☐ Vehicles were moved prior to police arrival

## NARRATIVE

Officers Narrative:  Describe any unusual circumstances associated with the crash, including officer's observations.
**Refer to each by motor vehicle number and/or non-motorist number**

Responded to the Costco parking lot for a report of motor vehicle crash involving a pedestrian.  It was reported that an elderly female's leg was under the tire.  No further information was provided.

I arrived and observed a Silver Honda Accord, bearing Ma Reg 16PC86 facing eastbound in the crosswalk and on the ground alongside the driver side was fire personnel attending to female, later identified as Nancy Labroad.  Labroad was sitting up and appeared to have a leg injury.

The operator of the Honda, identified as 93-year-old Regina Felper was sitting in the driver seat of the vehicle. Felper stated she did not know what happened because it happened so fast.  She stated there was some confusing around here and she went to turn and she (Labroad) came out. I asked Felper what she was referring to as far as confusing.  She stated cars were coming, she stopped and waited then started to proceed and the next thing Labroad was there.  Felper stated she was coming from her parking spot. Regina did not appear confused or disoriented at the time of the crash.

I briefly spoke with Labroad who was lying on stretcher in the back of the medic.  She stated she saw a car

| Related Incident Number | Officer First Name | Officer Last Name | Badge Number | Police Agency Code |
|---|---|---|---|---|
| | Pandelis | Nisyrios | 359 | CT0004900 |

| Case Status O-Open C- Closed | | | |
|---|---|---|---|
| C | Officer Signature: */OFC. Pandelis Nisyrios/* | | Supervisor: */SGT. Matthew Meier/* |
| | Date & Time: 06/27/2022 11:38 | | Date & Time: 06/28/2022 10:26 |

☐ This report is a revision to a previously submitted report

# CONNECTICUT UNIFORM POLICE CRASH REPORT
**Form PR-1 REV July 2014.01**

**Motor Vehicle ID:** 1

**Number of occupants in Vehicle:** 1
*(including the driver)*

## Motor Vehicle Information (Front)
*Complete One Sheet Per Motor Vehicle*

**Case Number:** 2200019700

**DOT Identifier:** *For DOT use only*

# MOTOR VEHICLE INFORMATION

**VIN:** ▉▉▉▉▉▉▉▉

☐ VIN missing or removed
☐ Driver Evaded Responsibility

**Plate #** 16PC86

☐ Invalid Plate
☐ No Plate

**Make:** HOND    **Color:** GRAY

**Model:** ACCOR    **Year:** 2008

**Plate State** MA

**Total Lanes in Roadway:** 1

**Road on which vehicle was traveling:** Parking Lot

**Direction of Travel N, S, E, W** E

☐ Vehicle was not in roadway
☐ Unknown direction
☐ Bike lanes/sharrows present

# MOTOR VEHICLE CRASH INFORMATION

*For all numeric fields: 99= 'Unknown'*

**SEQUENCE OF EVENTS**
*(Choose up to four, in chronological order)*
**Non-Collision**
01. Overturn/Rollover
02. Fire / Explosion
03. Immersion, Full or Partial
04. Jackknife
05. Cargo/Equipment Loss or Shift
06. Equipment Failure *(blown tire, brake failure, etc.)*
07. Separation of Units
08. Ran Off Roadway Right
09. Ran Off Roadway Left
10. Cross Median
11. Cross Centerline
12. Downhill Runaway
13. Fell/Jumped From Motor Vehicle
14. Reentering Roadway
15. Thrown or Falling Object
16. Other Non- Collision
**Collision With Person, Motor Vehicle, or Non-Fixed Object**
17. Pedestrian
18. Pedal Cycle/Pedal-cyclist
19. Other Non- motorist
20. Railway Vehicle *(train, engine)*
21. Animal *(live)*
22. Motor Vehicle in Motion
23. Parked Motor Vehicle
24. Struck by Falling, Shifting Cargo or Anything Set in Motion By Motor Vehicle
25. Work Zone/Maintenance Equipment
26. Other Non-Fixed Object
**Collision With Fixed Object**
27. Impact Attenuator/Crash Cushion
28. Bridge Overhead Structure
29. Bridge Pier or Support
30. Bridge Rail
31. Cable Barrier
32. Culvert
33. Curb
34. Ditch
35. Embankment
36. Guardrail Face
37. Guardrail End
38. Concrete Traffic Barrier
39. Other Traffic Barrier
40. Tree *(standing)*
41. Utility Pole
42. Traffic Sign Support
43. Traffic Signal Support
44. Other Post, Pole, or Support
45. Fence
46. Mailbox
47. Other Fixed Object *(wall, building, tunnel, etc.)*
48. Light Support
88. Not Applicable

**1st** 17
**2nd** 88
**3rd** 88
**4th** 88

**Most Harmful Event** 17

**MOTOR VEHICLE ACTION**
01. Straight Ahead
02. Negotiating a Curve
03. Backing
04. Changing Lanes
05. Overtaking/ Passing Motor Vehicle
06. Turning Right
07. Turning Left
08. Making U-Turn
09. Leaving Traffic Lane
10. Entering Traffic Lane
11. Slowing
12. Parked
13. Stopped in Traffic
14. Overtaking/Passing Cyclist
15. Wrong Way or Wrong Side
16. Traveling in Bike Lane
97. Other

**07**

**CONTRIBUTING CIRCUMSTANCES**
**Motor Vehicle** *(choose up to 2)*
00. None
01. Brakes
02. Exhaust System
03. Body, Doors
04. Steering
05. Power Train
06. Suspension
07. Tires
08. Wheels
09. Lights *(head, signal,tail)*
10. Windows/Windshield
11. Mirrors
12. Wipers
13. Truck Coupling/ Trailer Hitch / Safety Chains
88. Not Applicable
97. Other

**00**
**88**

**POSTED/ STATUTORY SPEED LIMIT**
*(record the posted/statutory value as miles per hour)*
01. Not Posted
10, 15, 20, 25, 30, 35, 40, 45
50, 55, 60, 65, 70 75, 80, 85
88. Not Applicable

**01**

**TOWED**
01. Towed Due to Disabling Damage
02. Towed, But Not Due to Disabling Damage
03. Not Towed

**03**

**TOWED TO**

**BODY TYPE**
01. Passenger Car
02. (Sport) Utility Vehicle
03. Passenger Van
04. Cargo Van *(<10,000 lbs GVWR)*
05. Pickup
06. Motor Home
07. School Bus
08. Transit Bus
09. Motor Coach
10. Other Bus
11. Motorcycle
12. Moped
13. Low Speed Vehicle
14. Golf Cart
15. All Terrain Vehicle (ATV)
16. Snowmobile
17. Other Light Trucks *(10,000 lbs GVWR or less)*
18. Medium/Heavy Trucks (more *(more than 10,000 lbs GVWR)*
97. Other

**01**

**MOTOR VEHICLE DAMAGE**

*Use diagram above for values 1-12*
*See user guide for other vehicle diagrams.*

**Initial Contact Point**
13. Non-Collision
14. Top
15 Undercarriage
16. Cargo loss

**11**

**Damaged Areas** *(choose up to 3)*
00. None
14. Top
15. Undercarriage
17. All Areas
88. Not Applicable

**11**
**88**
**88**

**EXTENT OF DAMAGE**
01. No Visible Damage
02. Minor Damage
03. Functional Damage
04. Disabling Damage

**02**

**MOTOR VEHICLE TYPE**
01. Motor Vehicle in Operation
02. Parked Motor Vehicle
03. Working Vehicle/Equipment
04. Non-Collision Vehicle

**01**

**TRAFFICWAY DESCRIPTION**
01. Two-Way, Not Divided
02. Two-Way, Not Divided w/ a Continuous Left Turn Lane
03. Two-Way, Divided, Unprotected (Painted >4Feet) Median
04. Two-Way, Divided, Positive Median Barrier
05. One-Way Trafficway
88. Not Applicable

**01**

**ROADWAY GRADE**
01. Level
02. Uphill
03. Hillcrest
04. Downhill
05. Sag *(bottom)*

**01**

**ROADWAY ALIGNMENT**
01. Straight
02. Curve Left
03. Curve Right

**01**

**TRAFFIC CONTROL DEVICE TYPE**
01. No Control Device
02. Person *(flagger, law enforcement, crossing guard, etc.)*
03. Traffic Control Signal
04. Flashing Traffic Control Signal
05. School Zone Sign/Device
06. Stop Sign
07. Yield Sign
08. Warning Sign
09. Railway Crossing Device
10. Marked Uncontrolled Crosswalk
11. Pedestrian Button
12. Bicycle Detection
97. Other

**01**

**TRAFFIC CONTROL DEVICE FUNCTIONAL?**
01. No
02. Yes
03. Missing
88. Not Applicable

**88**

# INSURANCE INFORMATION

| INSURANCE COMPANY | INSURANCE POLICY NUMBER | INSURANCE EXPIRATION DATE |
|---|---|---|
| ARBELLA | MA N/A | 00000000 |

## CONNECTICUT UNIFORM POLICE CRASH REPORT
**Form PR-1 REV May 2014.01**

**Case Number:** 2200019700

### Motor Vehicle Information (Back)
*Complete One Sheet Per Motor Vehicle*

**DOT Identifier:**
*For DOT use only*

## MOTOR VEHICLE OWNERSHIP INFORMATION

Vehicle Owner Name (Last, First, Middle, Suffix)
Felper, Regina Helen

☐ Information same as driver

Street Address or Post Office Box
███████████

| City | State/Prov | Country | Postal Code |
|---|---|---|---|
| _____████████_____ | ██ | _____ | _____0███_____ |

Email Address *(optional)*
_____

Phone *(optional)*
_____

| SPECIAL VEHICLE FUNCTION | | EMERGENCY VEHICLE | | BUS USE | |
|---|---|---|---|---|---|
| 01. No Special Function | 01 | 01. Non-Emergency Situation, Not Transporting Patient | 88 | 01. Not a Bus | 01 |
| 02. Taxi | | 02. Non-Emergency Transport of Passenger | | 02. School | |
| 03. Vehicle Used as School Bus | | 03. Emergency Operation, Emergency Warning Equipment Not in Use | | 03. Transit/Commuter | |
| 04. Vehicle Used as Other Bus | | 04. Emergency Operation, Emergency Warning Equipment in Use | | 04. Intercity | |
| 05. Military | | 88. Not Applicable | | 05. Charter/Tour | |
| 06. Police | | | | 06. Shuttle | |
| 07. Ambulance | | | | 88. Not Applicable | |
| 08. Fire Truck | | | | | |
| 09. Non-Transport Emergency | | | | | |
| 10. Incident Response Services Vehicle | | | | | |

## PROPERTY DAMAGED
*Complete if public or private property other than vehicles were damaged in the crash*

NATURE AND EXTENT OF DAMAGE TO PROPERTY 1



NAME OF OWNER OF PROPERTY 1



NATURE AND EXTENT OF DAMAGE TO PROPERTY 2



NAME OF OWNER OF PROPERTY 2



NATURE AND EXTENT OF DAMAGE TO PROPERTY 3



NAME OF OWNER OF PROPERTY 3

# CONNECTICUT UNIFORM POLICE CRASH REPORT
**Form PR-1 REV July 2014.01**

## Motor Vehicle Driver Information
*Complete One Sheet Per Driver*

**Motor Vehicle ID:** 1
**Person ID:** 1

**Case Number:** 2200019700
**DOT Identifier:** *For DOT use only*

**NAME** (*Last, First, Middle, Suffix*): Felper, Regina Helen
**Street Address or PO Box:** ▮▮▮▮▮▮
**City:** ▮▮▮▮▮    **State or Prov:** ▮▮    **Postal Code:** ▮▮▮▮

**GENDER**
01. Male
02. Female   | 02 |
99. Unknown

**DATE OF BIRTH (YYYYMMDD)** ▮▮▮▮▮▮
☐ Date of Birth is unknown

**Phone/Email** (*optional*): _____

---

## LICENSE INFO
*For all numeric fields: 99 = 'Unknown'*

### LICENSE NUMBER
S45007237

### STATE
MA

### DRIVER LICENSE JURISDICTION
01. Not Licensed
02. State   | 02 |
03. Tribal Nation
04. U.S. Government
05. Canadian Providence
06. Mexican State
07. International License (*other than Mexico and Canada*)
08. Valid License (*other country*)
88. Not Applicable

### LICENSE CLASS
00. None
01. Class A   | 04 |
02. Class B
03. Class C
04. Class D
05. Class M
88. Not Applicable

### COMMERCIAL LICENSE
01. No   | 01 |
02. Yes

### ENDORSEMENTS
☐ A - Activity Vehicles
☐ F - Taxi, Livery, Motor Coach
☐ H - Hazardous Materials
☐ M - Motorcycles
☐ N - Tank Vehicles
☐ P - Passenger
☐ Q - Fire Fighting Vehicles
☐ S - School Bus
☐ T - Double/Triple Trailers
☐ V - Student Transportation
☐ X - Combination of Tank Vehicle and Hazardous Materials

---

## DRIVER INFORMATION

### EJECTION
01. Not Ejected
02. Ejected, Partially   | 01 |
03. Ejected, Totally
88. Not Applicable

### RESTRAINT SYSTEM
00. None Used-Motor Vehicle Occupant
01. Shoulder and Lap Belt Used
02. Shoulder Belt Only Used
03. Lap Belt Only Used
04. Restraint Used Type Unknown
88. Not Applicable
97. Other
| 01 |

### HELMET USE
01. No Helmet
02. DOT-Compliant Motorcycle Helmet
03. Helmet, Other Than DOT-Compliant Motorcycle Helmet
04. Helmet, Unknown If DOT-Compliant
88. Not Applicable
| 88 |

### AIRBAG
01. Not Deployed
02. Deployed-Front
03. Deployed-Side   | 01 |
04. Deployed-Curtain
05. Deployed-Other
06. Deployed-Combination
88. Not Applicable

### SPEED RELATED
01. No
02. Racing   | 01 |
03. Exceeded Speed Limit
04. Too Fast For Conditions

### SEATING POSITION FIRST DIGIT
_1. Front   | 11 |

### SECOND DIGIT
_1. Left Seat (*usually the motor vehicle or motorcycle driver except for postal vehicles and some foreign vehicles*)
_2. Middle
_3. Right
_8. Other

Example: Car, SUV, Van
99
(11)(12)(13)(18)
(21)(22)(23)(28)
(31)(32)(33)(38)
(41)(42)(43)(48)
(50)
(55)

Motorcycle
(55)
(55)
(11)(12)
(21)
(55)

### DRIVER ACTIONS (*choose up to 4*)
01. No Contributing Action
02. Ran Off Roadway   | 03 |
03. Failed to Yield Right-of-Way
04. Ran Red Light
05. Ran Stop Sign   | 88 |
06. Disregarded Other Traffic Sign
07. Disregarded Other Road Markings
08. Improper Turn   | 88 |
09. Improper Backing
10. Improper Passing   | 88 |
11. Wrong Side or Wrong Way
12. Followed Too Closely
13. Failed to Keep in Proper Lane
14. Operated Vehicle in Reckless Aggressive Manner
15. Operated Motor Vehicle in Inattentive, Careless, Negligent, or Erratic Manner
16. Swerved or Avoided Due to Wind, Motor Vehicle, Object, Non-Motorist in Roadway, etc.
17. Over-Correcting/ Over-Steering
18. Overtaking Cyclist
88. Not Applicable
97. Other Contributing Action
99. Unknown

### DRIVER DISTRACTED BY
01. Not Distracted   | 99 |
02. Manually Operating an Electronic Communication Device (*Texting, etc.*)
03. Talking on Hands-Free Electronic Device
04. Talking on Hand-Held Electronic Device
05. Other Activity, Electronic Device
06. Passenger
07. Other Inside the Vehicle (*eating, hygiene, etc.*)
08. Outside the Vehicle
99. Unknown if Distracted

### CONDITION AT TIME OF CRASH (*choose up to 2*)
01. Apparently Normal   | 01 |
02. Physically Impaired
03. Emotional (*depressed, angry, etc.*)
04. Ill (*sick*), Fainted   | 88 |
05. Asleep or Fatigued
06. Under the Influence (*Medications/Drugs/Alcohol*)
97. Other
99. Unknown

---

## INJURY AND EMS INFORMATION

### INJURY STATUS
K. Fatal Injury
A. Suspected Serious Injury
B. Suspected Minor Injury
C. Possible Injury
O. No Apparent Injury   | O |

### TRANSPORTED TO FIRST MEDICAL FACILITY BY
01. Not Transported
02. EMS Air
03. EMS Ground
04. Law Enforcement   | 01 |
97. Other

**EMS COMPANY NAME** _____

**EMS RUN NUMBER** _____

**INTENDED RECEIVING FACILITY**
_____

---

## ENFORCEMENT ACTIONS TAKEN

### ACTION BY OFFICER
00. None Taken
01. Verbal Warning
02. Written Warning
03. Infraction
04. Arrest/ Summons
| 00 |

### VIOLATION STATUTES

---

## DRUG/ALCOHOL INFORMATION

### ALCOHOL TEST STATUS
01. Test Not Given
02. Test Refused
03. Test Given   | 01 |
99. Unknown if Tested

### TYPE OF ALCOHOL TEST
01. Blood
02. Urine   | 88 |
03. Breath
88. Not Applicable   97. Other

### DRUG TEST STATUS
01. Test Not Given
02. Test Refused   | 01 |
03. Test Given
99. Unknown if Tested

### TYPE OF DRUG TEST
01. Blood
02. Urine
88. Not Applicable   | 88 |
97. Other

# CONNECTICUT UNIFORM POLICE CRASH REPORT

**Form PR-1 REV July 2014.01**

**Non-Motorist ID:** 2

**Striking Motor Vehicle ID:** 1

## Non-Motorist Information
*Complete one sheet for each non-motorist involved in crash*

**Case Number:** 2200019700

**DOT Identifier:** *For DOT use only*

Road on which non-motorist was traveling/located:

☐ Non-motorist was not in roadway
☐ Unknown Direction

Direction of travel (N, S, E, W): E

## NON- MOTORIST INFORMATION

*For all numeric fields: 99 = 'Unknown'*  —  *Only required if the crash involves a non-motorist*

Name(Last, First, Middle, Suffix): Labroad, Nancy Elizabeth

Street Address or P.O. Box: ▮▮▮

City: ▮▮▮   State or Prov: ▮▮   Postal Code: ▮▮

**GENDER**
01. Male
02. Female
99. Unknown
→ 02

**DATE OF BIRTH (YYYYMMDD)** ▮▮▮
☐ Unknown

Phone/Email *(optional):*

| NON- MOTORIST PERSON TYPE | NON-MOTORIST ACTION/ CIRCUMSTANCE PRIOR TO CRASH | NON-MOTORIST LOCATION AT TIME OF CRASH | NON- MOTORIST DISTRACTED BY |
|---|---|---|---|
| 03. Pedestrian<br>04. Other Pedestrian *(wheelchair, person in a building, skater, pedestrian conveyance)*<br>05. Bicyclist<br>06. Other Cyclist<br>08. Occupant of a Non-Motor Vehicle Transportation Device<br><br>**03** | 00. None<br>01. Crossing Roadway<br>02. Waiting to Cross Roadway<br>03. Walking/Cycling Along Roadway With Traffic *(In or Adjacent to Travel Lane)*<br>04. Walking/Cycling Along Roadway Against Traffic *(In or Adjacent to Travel Lane)*<br>05. Walking/Cycling on Sidewalk<br>06. In Roadway - Other *(Working, Playing, etc.)*<br>07. Adjacent to Roadway *(e.g. Shoulder, Median)*<br>08. Working in Trafficway for Incident Response<br>97. Other<br>**01** | 01. Intersection - Marked Crosswalk<br>02. Intersection - Unmarked Crosswalk<br>03. Intersection - Other<br>04. Midblock - Marked Crosswalk<br>05. Travel Lane - Other Location<br>06. Bicycle Lane<br>07. Shoulder/Roadside<br>08. Sidewalk<br>09. Median/Crossing Island<br>10. Driveway Access<br>11. Shared-Use Path or Trail<br>12. Non-Trafficway Area<br>13. Sharrow/Shared Lane Marking<br>97. Other<br>**01** | 01. Not Distracted<br>02. Manually Operating an Electronic Communication Device *(texting, etc)*<br>03. Talking on Hands- Free Electronic Device<br>04. Talking on Hand-Held Electronic Device<br>05. Other Activity, Electronic Device<br>06. Other Activity, Inside the Vehicle *(eating, hygiene, etc.)*<br>07. Other, Outside the Vehicle<br>**01** |

### IDENTIFICATION INFO

**IDENTIFICATION NUMBER**

**ISSUED BY** Mass

**IDENTIFICATION JURISDICTION**
01. Not Licensed
02. State
03. Tribal Nation
04. U.S. Government
05. Canadian Province
06. Mexican State
07. International License *(other than Mexico and Canada)*
88. Not Applicable
99. Unknown
**02**

| NON-MOTORIST ACTION/ CIRCUMSTANCES AT TIME OF CRASH *(choose up to 2)* | NON- MOTORIST SAFETY EQUIPMENT *(choose up to 2)* | NON- MOTORIST CONDITION AT TIME OF CRASH *(choose up to 2)* |
|---|---|---|
| 01. No Improper Action<br>02. Dart/ Dash<br>03. Failure to Yield Right-Of-Way<br>04. Failure to Obey Traffic Signs, Signals, or Officer<br>05. In Roadway Improperly *(Standing, Lying, Working, Playing)*<br>06. Disabled Vehicle Related *(Working on, Pushing, Leaving/Approaching)*<br>07. Entering/Exiting Parked/Standing Vehicle<br>08. Inattentive *(talking, eating, etc.)*<br>09. Not Visible *(Dark Clothing, No Lighting, etc.)*<br>10. Improper Turn/Merge<br>11. Improper Passing<br>12. Wrong-Way Riding or Walking<br>13. Use of Electronic Device<br>88. Not Applicable<br>97. Other<br>**01**  **88** | 00. None<br>01. Helmet<br>02. Protective Pads Used<br>03. Reflective Clothing<br>04. Lighting<br>05. ANSI Approved Bicycle Helmet<br>88. Not Applicable<br>97. Other<br>**00**  **88** | 01 Apparently Normal<br>02. Physically Impaired<br>03. Emotional (depressed, angry, etc.)<br>04. Ill (sick), Fainted<br>05. Asleep or Fatigued<br>06. Under the Influence *(Meds/Drugs/Alcohol)*<br>97. Other<br>**01**  **88**<br><br>**GOING TO/FROM SCHOOL**<br>01. No<br>02. Yes<br>**01** |

## INJURY AND EMS INFORMATION

**INJURY STATUS**
K. Fatal Injury
A. Suspected Serious Injury
B. Suspected Minor Injury
C. Possible Injury
O. No Apparent Injury
**A**

**TRANSPORTED TO FIRST MEDICAL FACILITY BY**
01. Not Transported
02. EMS Air
03. EMS Ground
04. Law Enforcement
97. Other
**03**

**EMS COMPANY NAME** Enfield EMS

**EMS RUN NUMBER**

**INTENDED RECEIVING FACILITY** BAYSTATE

## ENFORCEMENT ACTIONS TAKEN

**ACTION BY OFFICER**
00. No Action
01. Verbal Warning
02. Written Warning
03. Infraction
04. Arrest/Summons
**00**

**VIOLATION STATUTES**

## DRUG/ALCOHOL INFORMATION

**ALCOHOL TEST STATUS**
01. Test Not Given
02. Test Refused
03. Test Given
99. Unknown if Tested
**01**

**TYPE OF ALCOHOL TEST**
01. Blood
02. Urine
03. Breath
88. Not Applicable   97. Other
**88**

**DRUG TEST STATUS**
01. Test Not Given
02. Test Refused
03. Test Given
99. Unknown if Tested
**01**

**TYPE OF DRUG TEST**
01. Blood
02. Urine
88. Not Applicable
97. Other
**88**

**CONNECTICUT UNIFORM POLICE CRASH REPORT**
*Form PR-1 REV July 2014.01*

| Appendix A: Narrative Continued | Case Number: | 2200019700 |
|---|---|---|
| *Complete this sheet if more space is needed for the narrative* | DOT Identifier: *For DOT use only* | |

stopped to her right and the next thing the other car hits her.  Enfield EMS transported Labroad to Bay State medical center.

I spoke with Witness Lizee.  Lize stated she was standing at the Costco entrance watching the parking lot waiting for her mother to pull up so that she can park her car in a handicap spot.  She stated she was looking in the parking lot and saw a gray/sliver Honda(Felper) struggling to get out of a parking spot right across from she was standing.  She was focusing on the Honda and saw the vehicle cut the turn to short and hit Labroad in the middle of the crosswalk.  Lize could not recall if there were any other cars coming from her left or right.  Written statement

Later that day, I spoke with Labroad to follow up on her injuries.  Labroad stated she had two broken bones (tibia) in both legs and a broken left ankle.  I asked her what she remembers about the crash.  She stated she saw a car stopped to her right and no other vehicles in the area before she walked into the crosswalk.  She entered the crosswalk and the next thing she was hit by the other vehicle.  Verbal statement

I was able to access video from Costco, which showed the front entrance and the entire crash.  The video shows Felper slowing backing out of her handicap spot.  Felper goes back and forth several times before pulling forward and turns left without stopping and collides with Labroad who was in the crosswalk.  The video show two vehicles stopped as Labroad begins to enter the crosswalk when Felper's vehicle was in the aisle and has not reached the intersection of the main roadway in front of the store.  Labroad continues approximately 14 feet into the crosswalk before Felper who enters the main roadway and turns left hits her.

I spoke with Felper after reviewing the video she stated she felt it was time for her not to drive based on her age and knowing that this incident could have been a lot worse.

The video is entered into EPD evidence.com

Based on the severity of the crash, Felper failed to perceive a pedestrian that was approximately 14 feet into a Cleary marked crosswalk before she enters the main roadway.  I seized Felper's Ma License and completed an N-105 form and recommend she pass an on-the-road skills retest and be evaluated

**CONNECTICUT UNIFORM POLICE CRASH REPORT**

Form PR-1 REV. July 2014.01

**Number of Witnesses:** 1

Case Number 2200019700

**Appendix E: Witness**
*Complete this sheet for all witnesses to the crash*

DOT Identifier:
For DOT use only

Please complete this Appendix form for witnesses to a crash.  Each Appendix form can document information for up to three witnesses. Multiple forms can be used if necessary. Actual witness statements should be collected on department statement sheets and witnesses should be identified using unique Person ID numbers.

**PERSON ID** 3

**NAME (Last, First, Middle, Suffix)**
Lizee, Michele Roy

**STREET ADDRESS or P.O. BOX**

| CITY | STATE or PROV: | POSTAL CODE: |
|---|---|---|

**DATE OF BIRTH (YYYYMMDD)**

UNKNOWN

**WITNESS STATEMENT SOURCE**   (Choose all that apply)
01. Observed Crash Occur
02. Overheard Statements by Person Involved
03. Observed illegal activities by persons involved in the
    crash prior to police arrival
04. Observed other illegal behavior by a vehicle
    involved in the crash or resulting in the crash occurring

| 01 | 88 |
|---|---|
| 88 | 88 |

**WITNESS STATEMENT TYPE**   (Choose all that apply)
01. No Statement Taken
02. Provided Written Statement
03. Willing to Provide a Written Statement
04. Oral Statement Only
05. Statement Confirmed by other Witness

02

88

**WITNESS OBSERVATION VERIFICATION** (Choose all that apply)
01. Sight Lines Verified By Reporting Officer
02. Sight Lines Verified By Other Officer
03. Sight Lines Confirmed by Other Witness
04. Verification Not Possible
05. Verification Not Undertaken

01

88

88