**EXHIBIT B**

NE Region, District 2
Motor Vehicle Accidents
6/17/17 to 6/22/22

| DOL | NAME | CLAIM NUMBER | DESCRIPTION | Warehouse | District |
|---|---|---|---|---|---|
| 2/15/18 | | 003632-506237-GB-01 | MBR WITH WALKER IN LOT, HIT BY ANOTHER MBR BACKING OUT OF THEIR PARKING SPACE | 0307 - NASHUA NH - 0307 | NE-DIST-2 |
| 5/9/19 | | 003632-548382-GB-01 | MEMBER STRUCK BY A FORD F250 PICKUP CROSSING THE STREET       FROM THE BUILDING TO THE PARKING LOT OF THE WAREHOUSE.  HIT HEAD. | 0301 - DANVERS MA - 0301 | NE-DIST-2 |
| 11/8/19 | | 003632-566689-GB-01 | MEMBER BACKED HER CAR INTO A CONTRACTOR WORKING ON A GAS PUMP | 0301 - DANVERS MA - 0301 | NE-DIST-2 |
| 12/9/19 | | 003632-570464-GB-01 | CDS EE STRUCK BY VEHICLE IN PARKING LOT AFTER HER SHIFT ENDED. | 0301 - DANVERS MA - 0301 | NE-DIST-2 |
| 8/1/21 | | 003632-617423-GB-01 | MBR WAS PACKING HER PURCHASES INTO HER CAR AND ANOTHER MBR BACKED INTO MBR AND HER CAR | 0308 - WALTHAM MA - 0308 | NE-DIST-2 |
| 9/24/21 | | 003632-622470-GB-01 | MBR WAS WALKING TOWARDS THE ENTRANCE TO COSTCO WHEN       STRUCK BY A MOTOR VEHICLE | 0308 - WALTHAM MA - 0308 | NE-DIST-2 |
| 1/14/22 | | 003632-637209-GB-01 | MBR CLAIMS HE WAS STRUCK BY A VEHICLE BEING BACKED OUT OF THE    SPACE NEXT TO HIS VEHICLE BY A TIRE SHOP EMPLOYEE | 0313 - WATERBURY CT - 0313 | NE-DIST-2 |
| 2/10/22 | | 003632-693785-GB-01 | PEDESTRIAN STRUCK BY AUTO (PER RECORD SUBPOENA RECEIVED) | 0324 - NORWALK CT - 0324 | NE-DIST-2 |
| 4/16/22 | | 003632-644575-GB-01 | MBR WAS HIT BY A CAR IN PARKING LOT. | 0313 - WATERBURY CT - 0313 | NE-DIST-2 |
| 6/22/22 | LABROAD, NANCY | 003632-650732-GB-01 | MEMBER WAS WALKING THROUGH CROSSWALK AND A CAR TAKING A LEFT TURN HIT HER PINNING HER LEG UNDER THE CAR | 0780 - ENFIELD CT - 0780 | NE-DIST-2 |

LABROAD PRODUCTION 11/20/25 - 000001