**EXHIBIT C**

# ESTY & BUCKMIR, LLC
## Attorneys and Counselors at Law
## 2285 Whitney Avenue
## Hamden, CT  06518

Miles N. Esty[1]
Elizabeth M. Buckmir
Christine M. Baptiste
Maureen E. Burns
David J. Crotta, Jr.
Michael C. Deakin
James M. Hyland[1]
Anthony R. Zucaro

Telephone (203) 248-5678
Facsimile  (203) 288-9974
Mesty@estyandbuckmir.com

[1] Admitted in New York

January 5, 2026

Judge S. Dave Vatti
United States Magistrate Judge for the District of Connecticut
Brien McMahon Federal Building
United States Courthouse
915 Lafayette Boulevard
Bridgeport, Connecticut 06604
Sdv_s@ctd.uscourts.gov

Re:    **Nancy Labroad v. Costco Wholesale Corp., et al**
       **3:24-cv-01102-KAD**

Dear Magistrate Vatti:

The defendants respectfully request a status conference to discuss the Court's October 23, 2025 Order with regard to the deposition of Costco's corporate designees.

Specifically, since the Court issued its October 23, 2025 Order, the defendants have provided the required production of documents. In addition, the deposition of Bill Stanfield occurred on December 8, 2025.

As part of the Court's Order, the Court permitted plaintiff to depose Costco's Corporate designee on the following two topics:

(1) training, education, instructions and guidelines provided by Costco Wholesale to its managers concerning traffic safety, traffic warnings, and traffic patterns in Costco Wholesale parking lots during the period June 17, 2017, to June 22, 2022, which were applicable to warehouses in District 2 of the Northeast region; and

Judge S. Dave Vatti
United States Magistrate Judge for the District of Connecticut
January 5, 2026
Page 2

> (2) corporate policies, procedures, guidelines and instructions regarding pedestrian safety and risk mitigation in Costco Wholesale parking lots, parking areas and exterior walkways for the period June 17, 2017 to! June 22, 2022, which were applicable to District 2 of the Northeast region.

After reasonable inquiry, the undersigned represents that there are no Costco employees who can be designated regarding these topics.

First, topic no. 1 concerns training, education, instructions, and guidelines provided by Costco to managers in District 2 from June 17, 2017 to June 22, 2022. Costco did not provide training and instructions to managers in District 2 during this time period.

Similarly, with regard to topic no. 2 regarding corporate policies, procedures, and instructions regarding pedestrian safety in parking lots for the Warehouses in District 2 for the specific time period, there are no such policies, provisions, instructions.

The accuracy of this representation is supported by the fact that as part of the Court's Order the defendants were required to produce:

> (C) any and all protocols, standards, guidelines, handbooks, instructional materials or documents concerning the placement of traffic signs, controls, signals, alerts, warnings, and/or traffic safety devices in parking lots and traffic areas of or abutting Costco Wholesale warehouses provided to managers and applicable to warehouses in District 2 of the Northeast region.

In its production responses dated November 21, 2025, Costco responded "None." See Exhibit "A" hereto.

Accordingly, Costco is unable to designate any employee for these topics. Rather, the extensive discovery to date has established that, generally, Costco retains design professionals such as architects and civil engineers to design its warehouses and parking lots. The construction is done by contractors. The design professionals design the parking lots in conformity with applicable state and local laws and regulations taking into account site conditions including issues of grade and drainage. Certificates of occupancy are required to ensure compliance with applicable state and local law. In an effort to provide plaintiff's counsel with additional information, the undersigned has suggested that plaintiff's counsel could notice the deposition(s) of the various architects and/or engineers involved in the design and construction of Costco's parking lot at its Enfield Warehouse.

Judge S. Dave Vatti
United States Magistrate Judge for the District of Connecticut
January 5, 2026
Page 3

Based on the foregoing and Costco's inability to designate an employee knowledgeable about topics 1 or 2 of the Court's October 23, 2025 Order, the defendants respectfully request a status conference with the Court.

Sincerely,


Miles N. Esty

MNE/ae
Attachment
Cc:    Andrew Boivin, Esq.
       Law Offices of Balzano & Tropiano PC
       321 Whitney Avenue
       New Haven, CT 06511
       aboivin@balzanoandtropiano.com

       Brendan K. Nelligan
       Kennedy, Johnson, Schwab & Roberge, LLC
       555 Long Wharf Drive, 13th Floor
       New Haven, CT 06511
       bnelligan@kennedyjohnson.com



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NANCY LABROAD | : | CIVIL NO. 3:24-CV-01102 |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| COSTCO WHOLESALE | : | |
| CORPORATION; COSTCO | : | |
| WHOLESALE MEMBERSHIP, INC. | : | |
| | : | |
| Defendants | : | NOVEMBER 21, 2025 |

## DEFENDANTS' PRODUCTION PURSUANT
## TO COURT'S ORDER DATED 10/23/25

Pursuant to the Court's Order dated October 23, 2025, the defendants

hereby submit the following documents. Such documents are being produced

pursuant to the signed confidentiality agreement dated February 11, 2025.

**(A) All periodic accident summary/statistical reports of the type described at pp. 66-68 of the deposition of Enfield warehouse manager Todd Cunningham for the period June 17, 2017, to June 22, 2022, reflecting pedestrian/motor vehicle accidents in Costco Wholesale parking lots in District 2 of the Northeast region. Defendants may redact identifying information of Costco members in the reports as well as references to other accidents that are non-pedestrian/motor vehicle.**

**RESPONSE:** Based on information provided by Costco Wholesale Corporation, the monthly "report" forwarded to Todd Cunningham as referenced at pages 66-68 of his deposition are not "reports". Rather, it is an e-mail that contains a URL link that when clicked accesses certain data. The data that is accessible through the URL link is displayed on a rolling basis that only dates back one year. Further, the URL link expires after a pre-set time period. Finally, the data contained in each URL link is not retained and, therefore, cannot be copied and

produced. As a result, there is no way to generate and produce the "reports" to which Todd Cunningham referred to at his deposition. However, the defendant was able to produce the information in the attached Loss Run Report that identifies all incidents involving pedestrian/motor vehicle accidents in parking lots at Warehouses in District 2 of the Northeast Region from June 17, 2017, to June 22, 2022. The names of the involved parties are redacted. (Bates stamped 000001)

**(B) Standards, guidelines, manuals, or other documents concerning the design, layout, construction of or modifications to the parking lot at the Enfield warehouse, applicable between June 17, 2017 and June 22, 2022.**

**RESPONSE:**
1. Contract between Costco and Rose Paving dated January 6, 2022 (Bates stamped 000002 - 000024)

2. Site Plan dated February 16, 2022 (Bates stamped 000025 - 000032)

3. Correspondence from Bohler to Dee Martinez re: punch list completion dated June 17, 2022 (Bates stamped 000033)

4. Costco Development Requirements (Summary of Changes) dated December 18, 2020 (Following sections omitted as non-parking lot related: sections 2-7, 9-18) (Bates stamped 000034 - 000055)

5. Development Requirements dated December 18, 2020 (Following sections omitted as non-parking lot related: sections 2-7, 10-18) (Bates stamped 000056 - 000532)

6. Costco Wholesale ADA Site Upgrade Project Manual dated October 6, 2021 (Bates stamped 000533 - 000581)

7. C-301 Site Plan – Revision dated March 29, 2022 (Bates stamped 000582)

**(C) Any and all protocols, standards, guidelines, handbooks, instructional materials or documents concerning the placement of traffic signs, controls, signals, alerts, warnings, and/or traffic safety devices in parking lots and traffic areas of or abutting Costco Wholesale warehouses provided to managers and applicable to warehouses in District 2 of the Northeast**

**region.**

**RESPONSE:** None.

> THE DEFENDANTS,
> COSTCO WHOLESALE CORPORATION
> COSTCO WHOLESALE MEMBERSHIP, INC.
>
> _____/s/ Miles Esty_____
> Miles Esty, Esq.
> Esty & Buckmir, LLC
> 2285 Whitney Avenue
> Hamden, CT 06518
> Tel: (203) 248-5678
> Fax: (203) 288-9974
> E-Mail: mesty@estyandbuckmir.com
> Fed Bar No. CT#: 08867

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NANCY LABROAD | : | CIVIL NO. 3:24-CV-01102 |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| COSTCO WHOLESALE | : | |
| CORPORATION; COSTCO | : | |
| WHOLESALE MEMBERSHIP, INC. | : | |
| | : | |
| Defendants | : | NOVEMBER 21, 2025 |

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on this date to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served:

Andrew Boivin, Esq.
Law Offices of Balzano & Tropiano PC
321 Whitney Avenue
New Haven, CT 06511
aboivin@balzanoandtropiano.com

Brendan K. Nelligan
Kennedy, Johnson, Schwab & Roberge, LLC
555 Long Wharf Drive, 13th Floor
New Haven, CT 06511
bnelligan@kennedyjohnson.com

THE DEFENDANTS,
COSTCO WHOLESALE CORPORATION
COSTCO WHOLESALE MEMBERSHIP, INC.

_____/s/ Miles Esty_____
Miles Esty, Esq.
Esty & Buckmir, LLC
2285 Whitney Avenue
Hamden, CT 06518
Tel: (203) 248-5678
Fax: (203) 288-9974
E-Mail: mesty@estyandbuckmir.com
Fed Bar No. CT#: 08867