**EXHIBIT D**

Page 1

1              UNITED STATES DISTRICT COURT
2                DISTRICT OF CONNECTICUT
3
               CIVIL ACTION # 3:24-cv-01102
4
5
     ------------------------x
6                                :
     NANCY LABROAD,              :
7                                :
              Plaintiff,         :
8                                :
          -versus-              :
9                                :
     COSTCO WHOLESALE CORP.,     :
10   COSTCO WHOLESALE            :
     MEMBERSHIP, INC.,           :
11                               :
              Defendants.        :
12                               :
     ------------------------X
13
14
15           Deposition of BILL STANFIELD, taken
16   pursuant to the Federal Rules of Civil
17   Procedure, held remotely viz Zoom platform,
18   before Deborah L. Marotta, LSR #210, a Notary
19   Public in and for the State of Connecticut, on
20   Monday, December 8, 2025, at 1:30 PM.
21
22
23
24
25

```
                                                    Page 2
 1    A P P E A R A N C E S:
 2    FOR THE PLAINTIFF:
 3       Kennedy, Johnson, Schwab & Roberge, LLC
         555 Long Wharf Drive, 13th Floor
 4       New Haven, Connecticut   06511
         Phone:  203.865.8430
 5
         BY:  BRENDAN NELLIGAN, ESQ.
 6
 7    FOR THE DEFENDANT:
 8       Esty & Buckmir, LLC
         2285 Whitney Avenue
 9       Hamden, Connecticut   06518
         Phone:  203.248.5678
10
         BY:  MILES ESTY, ESQ.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

1              S T I P U L A T I O N S

2

3              IT IS HEREBY STIPULATED AND AGREED by

4    and between counsel for the respective parties

5    hereto that all technicalities as to proof of

6    official character before whom the deposition is

7    to be taken are waived.

8

9              IT IS FURTHER STIPULATED AND AGREED by

10   and between counsel for the respective parties

11   hereto that the reading and signing of the

12   deposition by the deponent are waived.

13

14             IT IS FURTHER STIPULATED AND AGREED by

15   and between counsel for the respective parties

16   hereto that all objections, except as to form,

17   are reserved to the time of trial.

18

19             IT IS FURTHER STIPULATED AND AGREED by

20   and between counsel for the respective parties

21   hereto that said deposition is being conducted

22   remotely.

23

24                   * * * * * *

25

                                          Page 4

1   B I L L    S T A N F I E L D,    of 999 Lake

2   Drive, Issaquah, Washington    98027,

3           called as a witness, having been first

4           duly sworn by Deborah L. Marotta, LSR

5           #210, a Notary Public in and for

6           the State of Connecticut, was examined

7           and testified as follows:

8   DIRECT EXAMINATION

9   BY MR. NELLIGAN:

10      Q.    Good afternoon.  It's afternoon here,

11  but good morning to you, Mr. Stanfield.  My

12  name's Brendan Nelligan, and I'm here to take

13  your deposition today in connection with a

14  lawsuit that's been filed against Costco.

15              First of all, are you able to hear

16  me okay today?

17      A.    Yeah.  At some point here, I'm going to

18  try to adjust the volume without ruining this

19  thing.  You're coming in quite nicely to the

20  point of booming.  But, anyway, it's okay; keep

21  moving.

22      Q.    All right.

23              MR. ESTY:  Brendan, before we

24  start, why don't we just say are the usual

25  stipulations okay?

Page 5

```
 1              MR. NELLIGAN:  Yes, that's fine by
 2   me.
 3              MR. ESTY:  Yes.  And, Debbie, I'll
 4   let you know at the end of the deposition
 5   whether he's going to read and sign.  Okay?
 6              COURT REPORTER:  Thank you.
 7   BY MR. NELLIGAN:
 8      Q.   And, Mr. Stanfield, have you ever been
 9   deposed before?
10      A.   Yep.
11      Q.   Okay.  And how many occasions have you
12   been deposed before?
13      A.   Three.  Three times I think, yeah.
14      Q.   Now I'm having trouble hearing you,
15   sir.
16              (Discussion off the record.)
17              Back on the record.
18      Q.   So you may be somewhat familiar with
19   the process, sir.  I'm just going to go over a
20   couple ground rules to hopefully make today go
21   as smooth and quickly as possible.  Okay?
22      A.   All right.
23      Q.   If you could, just answer all my
24   questions out loud with a yes or no, whatever
25   the case may be.  If I correct you or prod you
```

Page 6

1    to give a response, it's not to be rude; I just

2    want to make sure we have a clean record.  Okay?

3         A.    All right.

4         Q.    I'm going to ask you a series of

5    questions today.  It's very important that you

6    understand my questions.  So if you answer any

7    question that I have asked, the assumption will

8    be that you've understood it.  If something I

9    say is unclear, it doesn't come through well

10   because of the transmission, please just let me

11   know; I'll do my best to clarify it.  Okay?

12        A.    All right.

13        Q.    If you could answer all my questions

14   out loud, that would be helpful.  Again, can't

15   take down nods of the fingers or whatnot, as we

16   talked about.  So just answer all -- I just ask

17   that you give all your answers audibly.  Okay?

18        A.    All right.

19        Q.    And I will try my best not to cut you

20   off.  And I would ask for the same courtesy; if

21   you could just let me get the whole question out

22   on the record before beginning a response, that

23   way it makes it easier on the court reporter.

24   And by the same token, if I accidently do so,

25   you just let me know; and I'll give you the

Page 7

1    opportunity to finish your response.  Okay?

2        A.    All right.

3        Q.    And I should say that you're not a

4    prisoner here.  So if you need to take a break

5    at any time -- get a drink of water, stretch

6    your legs -- I have no problem with that.  I

7    would just ask that you answer any question

8    that's pending prior to taking the break.  Okay?

9        A.    Okay.

10       Q.    So you indicated that prior to today

11   you've been deposed on three separate occasions;

12   is that correct?

13       A.    Right, yes.

14       Q.    And have all of those been in

15   connection with your employment with Costco?

16       A.    No.

17       Q.    Okay.  And have any of those three

18   prior depositions been in connection with your

19   employment with Costco?

20       A.    One.

21       Q.    All right.  And approximately how long

22   ago was that deposition?

23       A.    A year ago.

24       Q.    And to the extent that you remember,

25   was that a case involving claims made against

Page 8

1    Costco?

2        A.    Yes.

3        Q.    Okay.  And what was the subject matter

4    or the circumstances of that case that gave rise

5    for the need for you to give a deposition?

6        A.    I don't remember.  It was a such a

7    minor claim; I don't remember.

8        Q.    All right.  And when you say it was a

9    minor claim, is it your understanding that it

10   was a personal injury-type claim?

11       A.    I don't remember enough to be specific.

12   I don't remember.

13       Q.    And do you remember anything about the

14   facts of that case?

15       A.    No.

16       Q.    Do you remember what state that case

17   gave rise to a deposition?

18       A.    I'm sorry, I don't.

19              COURT REPORTER:  I'm hearing

20   background people talking.  I don't know if

21   anybody else is, but I'm hearing people talking

22   in the background.  Is anybody else hearing

23   that?

24              MR. ESTY:  Yes.

25              MR. NELLIGAN:  It's not the

Page 9

1  greatest.

2             COURT REPORTER:  I think there's

3  people in the office or something.

4             THE WITNESS:  Oh, sure.  There are

5  people behind me.

6             MR. ESTY:  Let's go off the record

7  for a second.

8             (Discussion off the record.)

9             (Break taken:  1:57 to 2:07 PM.)

10            Back on the record.

11      Q.   Okay.  So, Mr. Stanfield, before we

12  took a brief break for the technical

13  accommodation, I think we were just asking

14  about -- well, I was asking about this

15  deposition you gave approximately one year ago.

16  And I believe your testimony was you don't

17  recall any of the specifics that gave rise to

18  that deposition?

19      A.   I hardly remember that I did it; but,

20  you know, I did it.

21      Q.   Okay.  And were you represented by

22  counsel at that deposition?

23      A.   Yes.

24      Q.   And do you know the name of that

25  counsel?

Page 10

```
 1       A.    No.   No, it -- No, I was -- no.   Sorry.
 2       Q.    Okay.   And I'll just advise you that
 3  today I'm just asking you questions to the best
 4  of your recollection.   So if you don't know
 5  something, you don't have to apologize; you can
 6  just tell me.   Okay?
 7       A.    Okay, great.
 8       Q.    In terms of the prior depositions you
 9  gave, I think you testified earlier that there
10  were three total.   The other two that we haven't
11  discussed yet, do you remember the circumstances
12  that gave rise to your need to give a deposition
13  in those cases?
14       A.    I'm a little -- you know, private
15  matters, family matters.
16       Q.    All right.   And so nothing in
17  connection with any construction projects or
18  anything like that?
19       A.    Not at all.
20       Q.    Okay.
21       A.    Family -- family court type of things.
22       Q.    Okay.   I don't need to know about that.
23             But in terms of your professional
24  capacity it sounds like you've only been deposed
25  on one occasion, and that's the deposition about
```

Page 11

1    a year ago in connection with your employment
2    with Costco; correct?
3        A.    That's correct.
4        Q.    And in terms of your professional
5    capacity, have you ever been called upon to
6    provide testimony in a court proceeding or
7    arbitration proceeding?
8        A.    No.
9        Q.    All right.  And, sir, my understanding
10   is you're currently employed by the Costco
11   Corporation?
12       A.    Correct, yes.
13       Q.    And what is your job title currently?
14       A.    Project manager of Costco Construction.
15       Q.    And how long have you worked as a
16   project manager for Costco Construction?
17       A.    About 37 years.
18       Q.    And has project manager been your title
19   throughout the pendency of your career with
20   Costco?
21       A.    Part of that career was with Price
22   Club.  And they didn't -- we didn't really have
23   titles down there.  So they only became titles
24   up here at Costco.
25       Q.    Okay.

Page 12

```
 1        A.    Price Club didn't have titles.
 2        Q.    Okay.  And just because I'm not sure
 3   myself, did Costco acquire Price Club at some
 4   point; or did the Price Cub morph into the
 5   Costco Corporation?
 6        A.    They merged, and then eventually Costco
 7   took a superior position when it came to the
 8   public.
 9        Q.    Okay.  And just so I have an
10   understanding of that time frame -- although, it
11   sounds like you were performing some project
12   management duties for Price Club -- how long has
13   Costco been your actual employer?
14        A.    Since late 1994.
15        Q.    And it's my understanding today that
16   you're testifying from Issaquah, Washington;
17   correct?
18        A.    That's correct.
19        Q.    And do you maintain an office at that
20   location?
21        A.    Yes, I do.
22        Q.    And have you maintained an office in
23   the Washington area through your time with
24   Costco starting approximately 1994?
25        A.    Yes.
```

Page 13

1      Q.    Okay.  And could you just take me

2  through, just generally speaking, what are your

3  job duties on a day-to-day basis as a project

4  manager for Costco Construction?

5      A.    Primarily, myself as well as others, we

6  manage -- we oversee, we manage to a degree a

7  job project on a Costco site.  If they're

8  constructing something that an architect put

9  together, there's a permit on, and we've gotten

10  a contractor engaged and contracted; they go out

11  and do the work.

12           We go out and oversee what they're

13  doing with limited involvement, since we really

14  don't want to affect what they do and how

15  quickly they do it.  We just want to make sure

16  they're on time, on budget, on schedule.  And if

17  they don't meet those criteria, we try to work

18  to make sure they continue to hit the schedules

19  and work with the staff as much as they can.

20      Q.    Okay.  And in terms of Costco

21  Construction, is it my -- I'm going to withdraw

22  the question.

23           Is it fair to say that Costco

24  Construction is a division of the greater Costco

25  entity that oversees construction projects at

```
                                          Page 14
 1    Costco sites?

 2         A.    A division of what now?

 3         Q.    Let me just ask --

 4         A.    Rephrase that.  Try it again, please.

 5         Q.    So you used the term "Costco

 6    Construction," and I can see it referenced in

 7    some of the documents.  And you're project

 8    manager for Costco Construction; correct?

 9         A.    Yes.

10         Q.    And are there other project managers

11    besides yourself within Costco Construction?

12         A.    Yes.

13         Q.    And at the present time approximately

14    how many other project managers are there with

15    Costco Construction?

16         A.    About a dozen.

17         Q.    And do all of them work alongside you

18    out of Issaquah, Washington location?

19         A.    That's -- out of this location,

20    probably a dozen.  There's a number of them that

21    are located in -- also located that's not part

22    of that dozen in Ottawa, Canada; Japan; and

23    Australia; and United Kingdom also.

24         Q.    Fair enough.  So there are project

25    managers for countries in which Costco has
```

```
                                                Page 15
 1    operations outside of the Continental U.S.?
 2          A.    Correct, yes.
 3          Q.    All right.  And, but in terms of the
 4    project management for Costco Construction
 5    that's currently within the United States,
 6    there's approximately 12 project managers;
 7    they're all located in Issaquah, Washington?
 8          A.    Yes.
 9          Q.    And in terms of the jobs and the
10    day-to-day operations of Costco Construction, I
11    take it from your previous answer that you're
12    providing oversight and management of Costco
13    Construction endeavors across their stores in
14    the United States; correct?
15          A.    Yes.
16          Q.    And does that encompass both the new
17    construction of new Costco warehouses as well as
18    modification of existing sites?
19          A.    Yes.
20          Q.    And had that been the case ever since
21    you started with Costco proper back in 1994,
22    you've been involved in both new builds as well
23    as modifications of existing sites?
24          A.    Initially -- okay, in more recent
25    times, the last 25 years, I've been mostly doing
```

Page 16

```
 1    remodels and additions and the more complex
 2    renovations.  I have not done the ground-ups.
 3    Prior to that 20 -- prior to the last 20 years,
 4    let's say, I did some of the ground-ups, as we
 5    call them, which were the freestanding buildings
 6    where you've got just a barren piece of dirt.
 7         Q.   Okay.  And say in the last 20 years,
 8    have you performed project manager services on
 9    any new construction -- I'm going  to withdraw
10    the question.
11              In the last 20 years, have you
12    provided any project management services
13    concerning the construction of new Costco
14    warehouses?
15         A.   No.
16         Q.   Is there someone else in the project
17    management team who oversees new builds, as you
18    say it, from the ground up?
19         A.   Well, there's a person that manages a
20    group of people that manage those jobs.  In
21    other words, we have one guy, a man here that he
22    manages those projects from above.  But he has
23    several PMs, project managers, below him, who --
24    you know, if you have a couple of dozen of these
25    or a dozen of these jobs, "ground-ups" as we
```

Page 17

1    call them, you've got a certain number of PMs to

2    handle that dozen.  But they're all essentially

3    doing the same kind of a project on a ground-up

4    as we call it.

5         Q.   Understood.  And I take it from your

6    earlier response, then, at least the last 20

7    years you've been largely focused on additions

8    and modifications of existing Costco stores

9    across the United States; is that fair?

10        A.   Yes.

11        Q.   And do you perform these project

12   management duties in multiple different states

13   throughout the country?

14        A.   U.S. and Canada.

15        Q.   U.S. and Canada, okay.  And in terms of

16   the stores that you have performed project

17   manager services in Canada, are those more --

18   I'm going to withdraw the question.

19             Have you performed more work in

20   the United States or Canada over the last 20

21   years?

22        A.   More in U.S.

23        Q.   Okay.  And for the work that you've

24   been doing in the United States, has that been

25   done in multiple different jurisdictions across

Page 18

1    the United States?

2        A.    Yes.

3        Q.    And I know we're here to talk about a

4    job that happened in Connecticut back in 2022.

5    Have you performed other project management

6    duties in the last 20 years for projects in

7    Connecticut?

8        A.    Yes.

9        Q.    And are you able to estimate how many

10   times you've provided project management

11   services for projects in Connecticut over the

12   last 20 years?

13       A.    It would be -- I wouldn't -- I don't

14   know how to guess that for you.  I've done

15   several.  I don't know if several -- I don't

16   know what "several" means, but I've done a

17   number of them.

18       Q.    All right.  And just so I can try to

19   understand what you remember, what you don't

20   remember.  Would you say -- are you able to

21   estimate whether it's more or less than 50

22   projects in Connecticut over the course of your

23   career?

24       A.    No.

25       Q.    Okay.  So you can't say whether it's

Page 19

1   more or less; you're just not sure?

2        A.   I can't say it's 50; I don't think it's

3   been 50 at all.

4        Q.   Okay.  You think it's less?

5        A.   Oh, absolutely.

6        Q.   Okay.  And if I were to say 25, are you

7   able to say whether or not it's more or less

8   than 25 over the course of your career?

9        A.   I would say it's probably less than 25

10  also.

11       Q.   Okay.  And if we were to pick a number

12  10, do you think it's more or less than 10

13  projects that you've been involved in in

14  Connecticut over the course of your career?

15            MR. ESTY:  Just note my objection

16  to the form in terms of a time frame.  Does this

17  include before or after the work in Enfield, or

18  is it to date?

19       Q.   Well, just to date?

20            MR. ESTY:  Go ahead, you can

21  answer.

22       A.   I think I couldn't narrow it down much

23  more than that.  It's probably been a -- I mean,

24  a lot of the jobs we do, when I -- you say I can

25  say I did a job in Connecticut, some of them are

Page 20

1    jobs that are a hundred thousand, some of them
2    are five hundred thousand, some of them have
3    been a million; so they're not all one scale.
4    But if you put all those together, we
5    definitely -- I feel pretty comfortable saying
6    less than 25 for sure.
7        Q.    Fair enough.  And in terms of the
8    project management services that you provide,
9    are you providing project management services
10   for work being done inside the store as well as
11   to the exterior of the store and the parking
12   areas?
13       A.    It would depend on the scope of the
14   job.  In some scopes, it's just all outside;
15   some scopes, it's inside/outside; some scopes,
16   it's just inside.  So it varies.
17       Q.    I can appreciate that.  I imagine you
18   oversee many different types of projects.
19            But in terms of the work that you
20   perform as a project manager for Costco
21   Construction, are you able to provide any
22   estimate as to how many of those jobs involve
23   work being done solely to the exterior of the
24   premises versus the interior of the premises?
25       A.    Are we still just talking the state of

Page 21

1  Connecticut?

2      Q.    No.   I'm sorry.   Just all of the work

3  that you've been involved in with your employ

4  with Costco.

5      A.    It's just strictly site work, exterior

6  work of the building?

7      Q.    Yes.

8      A.    I would say probably 15 percent of my

9  work is probably that type of work.

10     Q.    And has that been largely consistent

11 over the course of your career with the company?

12     A.    Yes.

13     Q.    And as part of your role as a project

14 manager, have you been called upon to be

15 involved with projects where there have been

16 modifications or changes to the parking lot

17 abutting Costco stores?

18     A.    Yes.

19     Q.    And are you able to estimate how many

20 occasions that that's been the case?

21            MR. ESTY:   Note my objection to

22 the form, just a time frame.   But go ahead, you

23 can answer.

24     A.    Are you asking about quantity?

25     Q.    Yes.

```
                                          Page 22

 1      A.   Okay.  I don't know.  I mean, I don't
 2  know how to put a number to that.  I mean, it's
 3  been -- if you'd said 50, I'd feel comfortable
 4  with it.
 5      Q.   Okay.  So your estimate as you sit here
 6  today would be approximately 50 times you've
 7  been involved in projects where there's been
 8  changes or modifications made to a parking lot
 9  abutting a Costco warehouse?
10           MR. ESTY:  Note my objection to
11  the form, time frame.  But go ahead, you can
12  answer.
13      A.   I've done some different types of
14  projects.  There have been normal site projects.
15  And then I've had these ADA projects that I've
16  done across the U.S.
17      Q.   Okay.  And we'll get to the ADA
18  projects.
19      A.   Okay.
20      Q.   But in terms of the work that you're
21  doing, you've performed work to Costco parking
22  lots outside of the ADA Compliance context; is
23  that fair?
24      A.   Yes.
25      Q.   And in terms of the work that you've
```

Page 23

1  performed as a project manager on Costco parking

2  lots, are you able to estimate whether or not

3  you've done more of those in the context of ADA

4  Compliance versus site work?

5      A.   Much much more with the ADA.

6      Q.   Okay.  And the ADA Compliance, is that

7  something that's -- I'm going to withdraw it.

8            But in terms of performing the ADA

9  Compliance work for Costco, is that something

10  that has become more prevalent in -- toward the

11  latter part of your career, or is that something

12  that you've dealt with throughout your entire

13  career?

14      A.   It's the last five years primarily.

15      Q.   And as part of your role as a project

16  manager for Costco, have you ever been involved

17  in the performance of a traffic study for any of

18  the Costco locations for which you've performed

19  work?

20            MR. ESTY:  Note my objection to

21  the form as to time frame.

22            MR. NELLIGAN:  Well, let me --

23  that's a fair -- let me withdraw the question.

24      Q.   Prior to June of 2022, sir, had you

25  ever been involved in performing a traffic study

Page 24

1    in connection with any work that was being done
2    to Costco retail warehouses?
3         A.    No.
4         Q.    And in your role as a project manager
5    for Costco Construction, have you ever directed
6    an outside entity to perform a traffic study in
7    connection with modifications or changes being
8    made to a parking lot abutting a Costco
9    warehouse?
10         A.    No.
11              MR. ESTY:  Objection, time frame.
12              THE WITNESS:  Sorry.
13         Q.    Let me withdraw and ask it again
14    because Attorney Esty is raising a fair point.
15              Prior to June of 2022, had you as
16    a project manager for Costco ever directed any
17    outside entity to perform a traffic study in
18    connection with work being done to a parking lot
19    abutting a Costco warehouse?
20         A.    No.  No.
21         Q.    And just to get back to your general
22    duties as a project manager, could you just take
23    me through how it is that work is assigned to
24    you and how you go about performing these
25    project management responsibilities on different

Page 25

1    jobs?

2        A.    Well, we have different jobs that come

3    up at various times.  They're all sort of

4    triggered by how they're budgeted here and

5    approved.  When they're completed through permit

6    process from our architect and you basically end

7    up with a contractor and a contract, they pull a

8    permit at some point.  They go out there and

9    coordinate a pre-con, and then they start and do

10   the work.

11             On a very infrequent basis,

12   project managers here, because of the volume of

13   the jobs, they go out and visit and observe

14   what's going and the performance of the project

15   by the contractor, who is dealing with the work

16   onsite and working with the warehouse on a daily

17   basis to get it built or whatever it happens to

18   be that they're building.

19             We don't have a periodic routine

20   way of doing it to say every three weeks, go

21   here or there.  If you're doing a ground-up, it

22   might be more routine because they have a very

23   very set schedule, a time frame from day one to

24   day finish.

25             Whereas these jobs that I do, they

Page 26

1    have a tendency to slip simply because of issues

2    you find as you are building.  City permitting

3    issues even in the field after they're

4    permitted, weather, contractor can't get

5    material or labor all create issues that at

6    times we deal with just like we're doing now on

7    a Zoom call.  And other times I literally have

8    to get on a plane to go out there and look at

9    it.

10       Q.   Okay.  That's helpful.  So in terms of

11   the work that you perform as a project manager,

12   are you involved at all in coordinating the

13   permitting for projects?

14       A.   No.

15       Q.   And I think you indicated just in

16   response to the last question that for some of

17   these jobs, at least, Costco utilizes the

18   services of an architect?

19       A.   I'd say on 98 percent of them.

20       Q.   Okay.  And in terms of your role as a

21   project manager, are you becoming involved in

22   the project before or after an architect has

23   been retained in connection with the project?

24       A.   About the same time.  About at the same

25   time.

Page 27

1      Q.    All right.  And at the time that you
2  are assigned to a job involving an architect,
3  are you dependent on the architect sketching out
4  a drawing for you to begin your role as a
5  project manager, or your work starts
6  contemporaneous with that?
7      A.    As a general rule, we'll sit back and
8  wait for them to get these drawings put together
9  and put them into the city for permitting and
10  let them go about that process and doing all of
11  what they consider to be due diligence, anything
12  it takes to put the drawings together that they
13  think will get approved by the city.  The
14  process itself for the permitting and all of
15  that, that's their burden.
16            When it gets closer to being an
17  actual project that can be built, we can get a
18  contractor to bid it and actually do the work, I
19  get more engaged.  In the beginning stages, I
20  don't.  Simply because drawings take time,
21  permitting takes time.  And it's -- both ends of
22  that are very unpredictable.
23      Q.    Understood.  And so I'm just trying to
24  get a sense as to how this gets to you.  Do your
25  superiors assign a job to you and tell you this

Page 28

```
 1  is something that's also going to the architect?
 2  Or are you brought on board after the
 3  architect's already sketched something out, and
 4  you're going to start the permitting process
 5  with a goal towards actually implementing the
 6  project?
 7       A.   Well, there's a predesign that's
 8  already been done.  The predesign's already done
 9  with our operations end of the company that has
10  already approved that concept to agree to do
11  it to a building, whatever it happens to be.
12            I get involved after there's
13  already an architect, after there's already a
14  budget, after there's already something being
15  drawn up for a permit.
16       Q.   All right.  And you referenced just a
17  moment ago predesign operations; is that a
18  separate part of the company that deals with --
19       A.   No.
20       Q.   -- projects?
21       A.   No.  It's just that operations works
22  with the architect to determine what exactly
23  they're going to approve or not approve to be
24  built.  And a lot of times -- well, it depends
25  on what's being built.  I mean, if you want it
```

Page 29

1    in simple -- simple terms, and I think it's easy

2    to illustrate.

3              They say they want an addition

4    onto the side of the building.  The architect

5    will put some schematics together and very light

6    detail on it and show it to the operations top

7    management of something -- let's say they want

8    10,000 square feet.

9              Well, it could be a 10,000 square

10   foot rectangle or a 10,000 square foot box.  And

11   depending on what operations wants to see and

12   how they think it's going to work with the size

13   of the building and where you would locate it on

14   the walls, that's how they would come up with a

15   concept of what it should look like.  And then

16   they would sign it off and approve it amongst

17   themselves.

18             Once they get that approved, then

19   they get an idea of what the cost would be.  And

20   then operations, again, makes the final say.

21   Are we going to spend money on design work and

22   go into the city to get this approved if we

23   don't even like the numbers that we think we're

24   going to get that it's going to cost us to build

25   it?  They do all of this behind the curtain that

Page 30

1   I don't have anything to do with.

2            It would be the same thing if they

3   were buying real estate next to the building to

4   build that addition on.  Our real estate

5   department would get involved to do that behind

6   the curtain.  I only really get involved in

7   these things once they are legitimately almost

8   ready to go into the city to be permitted.

9       Q.   Okay.

10      A.   They're not asking -- they don't ask my

11  opinion.

12      Q.   Understood.  When you say "operations,"

13  I just want to make sure I understand what you

14  mean by that.  What do you mean when you say

15  operations is approving or being involved?

16      A.   Operations is essentially where I came

17  from originally, which is retail management of

18  the buildings.  I used to be the assistant

19  manager and an MIT and a GM of the management

20  system that managed the building.

21      Q.   Okay.

22      A.   Their bosses -- their bosses are the

23  ones that are involved in determining whether or

24  not they want to add a new food court, they want

25  to add a canopy, they want to add an addition,

Page 31

1    they want to add more to the fresh line inside

2    the building, they want to add more to the

3    optical.

4              All of those kind of decisions

5    that actually have some effect on the staff, the

6    members, the building, they have to approve it.

7    They have to approve the general concept of cost

8    before anybody in our area has anything to do

9    with it.

10   Q.   Understood.  And so when you use the

11   term "operations" you're talking about the

12   people on the retail side -- you know, general

13   manager warehouses and above -- who determine

14   that there's a need for some project, and they

15   get the ball rolling on that; is that fair?

16   A.   Well, they get it rolling to the point

17   where they get these drawings with an estimated

18   cost in front of a senior vice president or an

19   executive vice president or Ron Vachris,

20   depending on if it's over a million dollars.

21   They all have to sign off on this stuff, and

22   they are all operational people.

23   Q.   Understood.

24   A.   They basically -- they walk the

25   buildings on a regular basis just to see how the

Page 32

1    operations is running boots on the ground.  If

2    they don't like it, my advice, my suggestion, my

3    consideration has nothing to do with it.

4        Q.    Understood.  And I thought I heard you

5    use a name, Ron Vachris; who's that?

6        A.    He's the CEO of the company.

7        Q.    Understood.  All right.  And so in

8    terms of work that you're doing for Costco

9    Construction, it sounds like most of the time

10   you'll receive this to the point where they've

11   decided to do the project, and they're going to

12   start with the actual nuts and bolts of getting

13   the project constructed; is that fair?

14       A.    I usually see it when it's in the midst

15   of getting a permit.  In other words, usually at

16   the stage that I actually don't pay attention to

17   it is what they call the "permit submittal

18   stage."

19               Once the architect has this

20   drawing that's going to be permitted by the city

21   and submits it to the city, I'll take a look at

22   it then.  I'm not really making changes on it.

23   I'm just looking at what it happens to be in

24   scope.  Because that thing has pretty much been

25   defined by what operations wants to see.

Page 33

1      Q.   All right.  And as part of your role as
2  a project manager, do you at times voice your
3  opinion on making changes to the plan, or is
4  that something that's outside of your purview?
5      A.   On a very limited basis.  Most of
6  everything that's on those drawings is put
7  together by experts that are either mechanical,
8  electrical, plumbing, or structural, or the
9  architect themselves.  These things are all put
10  together so that the city will approve it.
11      Q.   Okay.
12      A.   If there's something that I make a
13  change on, it would only be in the field if
14  something is not constructible.  And then we
15  have to go back to the architect to determine,
16  Does it still meet code if we have to make a
17  modification?
18      Q.   All right.  And so I take it from your
19  answer -- and please correct me if I'm wrong --
20  but the only time that you will ask for
21  modifications are if the site conditions are
22  such that it cannot be built in accordance with
23  the architect's drawings?
24      A.   Yes.  And then I go back to them for
25  collaboration and verification and approval.  I

```
                                            Page 34
 1   don't do that independently on my own.
 2        Q.   Okay.  And when we talk about the
 3   architects that are performing these drawings,
 4   are those architects employed by Costco, or are
 5   those third parties that are contracting with
 6   Costco to perform those services, if you know?
 7        A.   Well, I'm not --
 8        Q.   Okay.
 9        A.   We primarily use two large architect
10   companies to do our work, one of them being MG2
11   Architects, which is in -- home office is in
12   Seattle; got recently purchased by a company
13   called Colliers.  And then the other one is a
14   company called Ware Malcomb.  And the two of
15   those entities, they do all of our ground-ups as
16   well as any of this kind of work that we're
17   talking about.
18        Q.   Okay.  And in terms of the job that you
19   oversee, is there anyone else from Costco
20   overseeing the construction of these jobs
21   outside of Costco Construction?
22        A.   The contractor.
23        Q.   Okay.  Anyone else from Costco, the
24   company?
25        A.   Directly, we have consultants that go
```

Page 35

1    out there on a periodic occasion to look or

2    review or soils engineers, structural engineers.

3    But not, per se, somebody like myself within the

4    company, no.

5        Q.   Okay.  And just so I make sure I

6    understand it.  Those structural engineers and

7    the soil people, those are all contractors that

8    Costco hires to perform those services in

9    connection with a job; is that fair?

10        A.   Yes.  The way you would phrase it is

11    they are consultants, but we don't have a direct

12    contract with them.  We have  an indirect

13    contract with them as a consultant through our

14    architects.

15            The architects hire them on behalf

16    of those drawings to make sure that they meet

17    code and they meet our criteria.  And then they

18    are directed by the architect to go out there

19    when they feel that they need to be there, or

20    periodically as the municipality requires them

21    to go out there and look at it.

22        Q.   Okay.  And your role as a project

23    manager is to oversee those projects with an eye

24    towards, I think you told me, keeping it on

25    time, keeping it on budget, making sure that the

Page 36

```
 1   process is running smoothly; correct?
 2        A.   Yes.
 3        Q.   All right.  And I take it from that
 4   response that Costco Construction itself is not
 5   actually physically performing any of these
 6   construction projects; correct?
 7        A.   Correct.
 8        Q.   That's all subcontracted out through
 9   the architect?
10        A.   No.  No.
11        Q.   Let me withdraw the question.  Let me
12   withdraw the question.
13        A.   Okay.
14        Q.   I see in some of the documents Costco
15   will actually contract directly with the
16   contractors to perform those jobs; correct?
17        A.   Using the AIA 401 contract that is
18   basically an AIA architectural structured
19   contract that is basically drafted up and put
20   together by the architect.
21        Q.   And in terms of the bidding for these
22   jobs that go out to bid, do you oversee the
23   submission of bids?
24        A.   No.
25        Q.   All right.  Is that done by the
```

```
                                           Page 37
 1   architect?

 2       A.    Yes.

 3       Q.    Do you have any input into which

 4   contractor is chosen on a specific job as a

 5   project manager for Costco?

 6       A.    95 percent of the time, no.

 7       Q.    All right.  That's within the

 8   architect's purview to determine and ultimately

 9   award the contract?

10       A.    Actually what usually happens in this

11   particular office is if it's -- whatever it is

12   and whenever it is and where it happens to be in

13   the country, there are key architects -- excuse

14   me, key contractors we have used in those

15   regions.  Some of them are contractors that have

16   worked on those buildings when they were

17   ground-ups.

18           So upper management in my

19   department, aside from myself, will make a

20   suggestion or a recommendation to use those same

21   people to build those jobs.  Sometimes they go

22   directly with that guy that did the ground-up.

23   Sometimes if it's a small job the big guy

24   doesn't want to do it.  Sometimes if it's

25   depending on the specialty of the job, they'll
```

Page 38

1   get two or three contractors that we know to bid

2   it against each other.

3       Q.   And in terms of your current role,

4   Mr. Stanfield, do you have someone that you

5   report to on a day-to-day or week-to-week basis?

6       A.   Yes.

7       Q.   And who is that?

8       A.   That would would be Randy White.

9       Q.   And what is -- is Randy a man or a

10  woman?

11      A.   A guy.  With a "y."

12      Q.   Okay.  And Mr. White, do you know what

13  his job title is?

14      A.   Vice president of construction.

15      Q.   And does he work out of the same

16  location that you do --

17      A.   Yes.

18      Q.   -- in Washington?

19      A.   Yes.

20      Q.   And was he the vice president of

21  construction back in July of 2022?

22      A.   Yes.

23      Q.   And has he been in that position for

24  many years?

25      A.   Yes.

Page 39

```
 1      Q.   And as a project manager, do you have
 2   any staff that work under you who report
 3   directly to you on a daily basis?  And I want to
 4   exclude contractors involved in jobs.
 5      A.   No.
 6      Q.   But anyone else, no one reports to you?
 7      A.   No.
 8      Q.   And back in June of 2022 at the time
 9   that the incident giving rise to this case
10   occurred, did you utilize any type of project
11   management software to track and oversee ongoing
12   projects that you had?
13      A.   No.
14      Q.   And just to ask you a little about
15   yourself, sir.  Could you just take me through
16   your education, starting with college if
17   applicable.
18      A.   I have an undergrad with some limited
19   postgrad education in Arizona, Arizona State
20   University.
21      Q.   Did you receive a degree from Arizona
22   State?
23      A.   Yes.
24      Q.   And what was that degree in?
25      A.   Business management and marketing.
```

1     Q.    And following that it sounds like you

2   did some additional course work at the

3   postgraduate level?

4     A.    Just marketing, postgraduate.

5     Q.    And could you take me through how it

6   was that you first became employed with Price

7   Club and then --

8             (Audio interference.  Reporter

9   asked for clarification.)

10    Q.    Could you just take me through when you

11  first got hired by Price Club, how it came to be

12  that you came to work for them?

13    A.    A personal friend of mine who worked

14  for Price Club in Mesa, Arizona got me an

15  introduction with the president and vice

16  president of Price Club in San Diego.  And they

17  hired me to be the manager at the building in

18  Phoenix.

19    Q.    All right.  And then can you just take

20  me through how you progressed from working, it

21  sounds like, in operations in the store to your

22  current role as a project manager in

23  construction?

24    A.    Back in I guess '87 or thereabouts or

25  something, about six, seven years into my career

Page 41

1    at the management level at a warehouse, Robert
2    Price, president of the company, asked me if I
3    would like to go and work in the construction
4    end of the company.  And since it was almost --
5    there was only two people in it, he wanted
6    people who knew how to run a warehouse to run
7    construction.  So that's why I did it.
8        Q.    Okay.  And prior to that, had you had
9    any experience in the construction industry?
10       A.    Nope, none.
11       Q.    And at that time were you provided any
12   training by Price Club with regards to
13   construction operations?
14       A.    No.
15       Q.    And throughout your time at Costco have
16   you undergone periodic training on various
17   topics?
18       A.    Seminars, but nothing super technical
19   because I'm not an engineer.
20       Q.    Understood.  But as part of your role
21   as a project manager for Costco Construction,
22   does Costco provide any training concerning how
23   to perform your job duties as a project manager?
24       A.    Not generally, no.
25       Q.    All right.  And the seminars that you

Page 42

```
1   mentioned just a moment ago, what types of
2   subjects are dealt with in those seminars?
3       A.    Some civil -- civil engineering, some
4   structural engineering, some electrical or
5   plumbing.  Basically overviews with a little
6   depth in some areas that are more particular to
7   our buildings, but overall just a little -- a
8   little more advanced knowledge than the average
9   person would have to understanding what's on the
10  drawings and why they're there.
11      Q.    And in terms of those seminars, are
12  those put on by Costco themselves, or is that
13  something that's provided by an outside third
14  party?
15      A.    Usually one of the consultants
16  themselves.
17      Q.    And when you say "consultants
18  themselves," could you just tell me what you
19  mean by that?
20      A.    There have been some that have been put
21  on for us by our soils engineers, our sprinkler/
22  fire safety engineer, our mechanical engineer,
23  electrical engineer over the years.  I mean,
24  this is not something periodically done all the
25  time at all.  But if they were done they were
```

Page 43

1    coordinated with the architect and these

2    consultants.  And those would be the

3    consultants, the ones I just mentioned.

4        Q.   All right.  And so I take it from your

5    answer, then, these are not regularly scheduled

6    events; is that fair?

7        A.   True, yes.

8        Q.   And they've been put on over the course

9    of your career at various times, but there's no

10   rhyme or reason to when they're scheduled; is

11   that accurate?

12       A.   Yes.

13            MR. ESTY:  Objection.

14            THE WITNESS:  I'm sorry.

15            MR. ESTY:  I just made a form

16   objection.  Go ahead, you can answer.

17       A.   Yes, there's no -- no particular time

18   frame; you're right.

19       Q.   And in terms of any training that you

20   received directly from Costco, putting aside any

21   seminars by consultants, does Costco provide you

22   with any training about how to perform your job

23   duties as a project manager?

24       A.   No.

25       Q.   Okay.  And in terms of the seminars

Page 44

1    that have been put on over the years, have any

2    of those seminars dealt with traffic safety?

3        A.    None.

4        Q.    Have any of them involved the placement

5    of traffic signage?

6        A.    No.

7        Q.    Have any of them involved issues

8    pertaining to pedestrian safety?

9        A.    No.

10       Q.    And putting aside those seminars, have

11   you ever had any training or education in the

12   areas of traffic or pedestrian safety?

13       A.    No.

14       Q.    And I think I know the answer to this.

15   But in terms of your consultant role, sir, do

16   you provide training to any other Costco

17   employees?

18       A.    Well, I've had three or four trainees

19   that I've trained.  But I just do those as part

20   of a function of what I do anyway, but --

21       Q.    Understood.

22       A.    -- they're employees, yes.

23       Q.    Someone new may be coming into the

24   company, and you show them the ropes as to what

25   you do as a project manager?

Page 45

1      A.    Yeah.   Well, actually they're -- most

2    of them are employees, one of them wasn't; but

3    yes, most of them are employees that are some

4    other area of the company.   And I just sort of

5    bring them up to speed on what their functions

6    are going to be.

7      Q.    Okay.   And is there any formal syllabus

8    or training manual that you use for that?

9      A.    None.

10     Q.    And as a project manager for Costco

11   Construction, do you have any responsibility for

12   overseeing how projects may impact traffic

13   safely at Costco locations?

14     A.    Could you repeat?   I'm sorry about

15   that; I'm trying to make sure I understand you.

16     Q.    That's okay.   And I'm going to have the

17   court reporter read it back if she could.

18               (Last question read.)

19     A.    I don't know -- I mean, until a job

20   starts, I don't know how to anticipate whether

21   or not there will be any traffic complications.

22     Q.    All right.   And once a project starts,

23   do you have any responsibility as a project

24   manager for Costco Construction in determining

25   how that construction will impact traffic safety

Page 46

1    at the Costco warehouse going forward?

2        A.    Not directly.

3        Q.    And how, if at all, would you be

4    involved indirectly?

5        A.    Well, I may hear from the contractor, I

6    may hear from the warehouse there's a concern

7    amongst themselves that they need to resolve for

8    daily traffic pattern or conflicts with the

9    construction that's going forward.  But to have

10   something on a drawing or a plan, that's

11   generally not the case because I wouldn't know

12   how to anticipate it.

13       Q.    Okay.  So it sounds like absent another

14   entity, whether it's the operations people who

15   are there or the contractor voicing a concern,

16   traffic safety is not something within your

17   purview as a project manager; is that fair?

18       A.    True, yes.

19       Q.    And I think you just indicated that in

20   terms of anticipating traffic safety issues,

21   that's not something that you have experience

22   in; is that fair?

23       A.    I have no experience in it, right.

24       Q.    And in terms of the knowledge of daily

25   traffic patterns at stores, I take it that

Page 47

```
 1   operations personnel are more knowledgeable
 2   about that than you; is that correct?
 3              MR. ESTY:  Note my objection to
 4   the form.  Go ahead, you can answer.
 5       A.   Well, the warehouse and the contractor
 6   are more in touch with that on a daily basis
 7   than I ever could be because I don't know the
 8   traffic pattern to begin with.  Because with
 9   over 500 buildings in the U.S. there's just no
10   way I would know it, no way I would know it.
11       Q.   Understood.  And I guess my question
12   is, you know, when you get drawings from the
13   architect and a permit has been issued and
14   you're at the point where you're going to start
15   getting contractors involved, do you ever make
16   any recommendations relative to pedestrian or
17   traffic safety for projects that are going to
18   impact traffic circulation in the Costco
19   parking --
20       A.   I raise the concern.  I identify it to
21   the parties that are going to be boots on the
22   ground out there.  I don't tell them how to
23   manage it.  I tell them it's a concern.
24       Q.   Okay.  And what types of concerns have
25   you voiced to the boots-on-the-ground personnel
```

Page 48

```
 1  relative to traffic safety in the past?
 2              MR. ESTY:  Objection as to time
 3  frame.
 4      Q.   And I'll qualify that before June of
 5  2022.
 6              MR. ESTY:  Thank you.
 7      A.   I don't direct them in so many words.
 8  But I do tell them to be concerned with the
 9  general traffic flow, what time of day they're
10  doing their work, making sure that they notify
11  each other of any big equipment that's being
12  used or any kind of striping, any kind of --
13  whether or not they do it off hours, do it at
14  night.  I make them aware of the fact that the
15  two of them have to work together to try to
16  figure out the best way to do this in the safest
17  way possible.
18      Q.   Okay.  And I assume that as part of
19  your employment with Costco you've been involved
20  in projects in which modifications have been
21  made to parking lots such that the use of that
22  parking lot by vehicles changes; is that fair?
23      A.   Well, the modifications are done, but
24  they're still going to use the parking lot.  Is
25  that what you mean?
```

```
                                              Page 49
 1      Q.    No.   I'm asking a slightly different
 2   question.
 3                  So have you been involved in
 4   projects as a project manager for Costco
 5   Construction in which modifications were made to
 6   an existing park lot that changed the direction,
 7   the flow, or the location of vehicles moving
 8   throughout that parking lot?
 9      A.    Probably to a degree depending on --
10   and to some degree.  To some degree on some
11   jobs, yes.
12      Q.    Okay.  And in those situations, have
13   you ever voiced your opinion concerning how
14   those modifications will impact traffic
15   circulation and the use of that parking lot
16   going forward after the completion of the
17   modification?
18      A.    No.
19      Q.    And I take it from your previous
20   responses that that's not something within your
21   purview as a project manager; correct?
22      A.    Exactly.
23      Q.    Okay.  So I want to show you a couple
24   documents if I could, sir.
25                  MR. NELLIGAN:  And just for the
```

Page 50

1    record I'm going to mark the Notice as Exhibit
2    A.
3                    (Plaintiff's Exhibit A:  Depo
4    notice.)
5        Q.    And before I get to this, did you
6    review any documents in preparation for your
7    deposition here today, sir?
8        A.    I looked at a couple of things with my
9    attorney.
10       Q.    I don't want to know anything --
11       A.    With Miles.
12       Q.    I don't want to know anything you
13   talked to Miles about.
14       A.    Okay.
15       Q.    I do want to know, I am entitled to
16   know what documents you looked at.  So can you
17   just describe to me what types of documents you
18   looked at?
19       A.    Site plans.
20       Q.    And would that be site plans in
21   connection with ADA modification work that was
22   done in Enfield back in 2022?
23       A.    Yes.
24       Q.    All right.  So I'm going to show you
25   what we've marked here today as Exhibit B.  I'm

Page 51

1    going to pull it up on the screen.

2                    (Plaintiff's Exhibit B:   Costco

3    Wholesale Development Requirements.)

4                    MR. NELLIGAN:   Are you able to see

5    my screen, sir?

6         A.   Yes.

7         Q.   And I'll represent to you this is a

8    document that was provided to us by way of

9    discovery.   It's entitled Costco Wholesale

10   Development Requirements.   The document is 477

11   pages long, and we've marked it as Exhibit B.

12                    Can you describe to me, sir, what

13   this document is?

14        A.   On a very limited basis.   I don't -- I

15   don't utilize this at all.   Because these are

16   primarily used for real estate department people

17   working to go select and source ground-up

18   locations.   And these are basically the criteria

19   they try to go by as best they can as to what

20   the minimums and maximum tolerances are going to

21   be for what the site should be or look like that

22   they're going to consider recommending to our

23   operations people here and to purchase the

24   property.

25        Q.   Okay.   And so it's your testimony that

Page 52

1    what we see here in Exhibit B, these Development

2    Requirements, are promulgated by Costco; and

3    it's directed towards other Costco employees in

4    developing sites?

5        A.    Well, I can't tell you exactly who puts

6    this together.

7        Q.    Okay.

8        A.    All I know, this is the criteria that

9    I've come to understand is what they -- it's a

10   starting point, reference point.  I'm sure it's

11   at times amended.  But, again, this primarily is

12   coming out of the ground-up mindset is what this

13   is for.

14       Q.    Have you utilized the Costco Wholesale

15   Development Requirements in connection with

16   projects in which a site is being modified as

17   opposed to a ground-up?

18       A.    Not really, no.

19       Q.    All right.  And at any time have you

20   ever utilized Exhibit B, Costco Wholesale

21   Development Requirements, in connection with a

22   modification of existing site?

23       A.    No.

24       Q.    Okay.  And do you know whether or not

25   the Development Requirements provide any

Page 53

1    recommendations concerning traffic patterns?

2        A.    Because I don't use it, I couldn't tell

3    you, no.

4        Q.    Okay.  All right.  So I want to turn to

5    the project that gives rise -- or I'm going to

6    withdraw the question.

7                I want to turn to the project in

8    which you were involved back in 2021 and 2022 at

9    the Enfield Costco warehouse.  Okay?

10       A.    All right.

11       Q.    I'd like to just start off by asking

12   you prior to the ADA Compliance work that was

13   done at the Enfield warehouse in 2022, had you

14   ever performed any project management services

15   at that particular Enfield warehouse before?

16       A.    To the best of my knowledge, no.

17       Q.    All right.

18                MR. NELLIGAN:  And just to pull up

19   what we will mark as Exhibit C.  Just give me

20   one second.

21                (Plaintiff's Exhibit C:  Letter,

22   1/31/22.)

23       Q.    All right.  So I'm going to show you,

24   this is Exhibit C this.  These again are

25   documents that we received in the course of

Page 54

1    discovery.  This is a nine-page document.  I'm

2    going to be referring to page 4 on the PDF.  Are

3    you able to see this, sir?

4         A.    I can sort of make it out, yes.

5         Q.    I can zoom in if need be.

6         A.    Okay.  There you go.  All right.

7         Q.    All right.  And have you seen this

8    document before?

9         A.    Not this particular one.  But I've seen

10   a lot of them since it's pretty much a form

11   letter.

12        Q.    That was going to be my next question.

13   So it appears to be a letter sent to Todd

14   Cunningham, the warehouse manager at Costco

15   Warehouse 780, at 75 Freshwater Boulevard,

16   Enfield, Connecticut  06082 on January 31, 2022;

17   correct?

18        A.    Yes.

19        Q.    And you can see down at the bottom this

20   was sent by you, Bill Stanfield, Costco

21   Construction; correct?

22        A.    It was sent by the architect on my

23   behalf, yes.

24        Q.    All right.  And so you indicated a

25   moment ago that this appears to be some type of

Page 55

1    form letter.  Back in the 2021/2022 time frame,
2    were you involved in multiple projects involving
3    ADA Compliance work at existing Costco Wholesale
4    warehouses?
5         A.   Yes.
6         Q.   And if you can just take me through,
7    was that something that had been ongoing for
8    several years, that Costco was engaged in a
9    comprehensive review of all its warehouses; or
10   were certain warehouses targeted for potential
11   ADA improvements?
12        A.   I don't know.  I don't have the
13   expertise to truly address that.  This is --
14   this was driven by a federal agreement of some
15   sort with Costco Corporate that had nothing to
16   do with me directly.
17        Q.   I understand that.  I guess my question
18   is do you have any understanding as to how it
19   was that you became assigned to several of these
20   ADA parking revision jobs in that time frame?
21   Is it just that something happened at the
22   corporate level, and you were assigned?
23        A.   Yes.  Yeah, mm-hmm.  Yes.
24        Q.   And prior to January 31, 2022, how long
25   had you been involved in these ADA revisions

Page 56

1    that you believe may have been motivated by some

2    type of federal agreement?

3         A.    Probably a year earlier than that; I

4    mean, just in general, guessing.  I mean, it

5    took about four years --

6         Q.    Okay.

7         A.    -- to do these.

8         Q.    And I take it that other project

9    managers within your office were involved in

10   these ADA Compliance reviews as well?

11        A.    On a very limited basis.  I did the --

12   I did the biggest percentage of all of them.

13        Q.    Okay.  And I take it that you were

14   doing these across multiple jurisdictions in the

15   United States and potentially Canada?

16        A.    None in Canada.  All in the U.S.,

17   Continental U.S. and Hawaii.

18        Q.    Okay.  And before we get to this

19   specific job, was the progression of your

20   involvement on these ADA Compliance projects

21   similar to what you described earlier, in that

22   you would become involved after an architect had

23   submitted drawings and the job was preparing to

24   go out to bid?

25        A.    These drawings were put together in

                                                    Page 57

1    collaboration with Costco Legal and MG2
2    Architects before they are ever put into a
3    finished drawing that was sent in for a permit.
4        Q.    All right.  And so we can see here in
5    this letter that it indicates that Todd
6    Cunningham is being informed that this ADA
7    Compliance work is going to be performed at his
8    warehouse.  It indicates that a contractor has
9    been selected and shall be contacting the
10   warehouse directly to arrange a pre-construction
11   meeting prior to starting construction.
12               At that pre-con meeting, the
13   contractor will go over the attached agenda and
14   discuss the work schedule and start date.  The
15   attached site plan and contact list should be
16   reviewed at the pre-con meeting.
17               And so this was the letter that
18   was sent out on January 31, 2022; correct?
19       A.    Yes.
20       Q.    And I guess my question is -- and we'll
21   get into it in a little bit -- as part of this
22   ADA parking revision for the Enfield warehouse,
23   there were drawings that were drawn up by an
24   architect; is that fair?
25       A.    Yes.

Page 58

1      Q.    All right.  And did you have any

2   involvement in the drafting of the architectural

3   drawings in this particular ADA parking

4   revision?

5      A.    No, none.

6      Q.    And there's also some engineering

7   drawings as well.  Were you involved at any

8   point with the engineer drawings or schematics

9   relative to the Enfield parking revisions for

10  the ADA Compliance?

11     A.    No, none.

12     Q.    And so do you recall when the first

13  time it was that you were told by your superiors

14  that you were going to be the project manager

15  for a job in Enfield, Connecticut having to do

16  with the ADA Compliance?

17     A.    I -- you know, I probably was aware of

18  this job existing probably six months because it

19  was on a list prior to the job starting.

20  Because at least six months prior to this it

21  would have gone through that process of dealing

22  with MG2 Architects, Costco Legal, being drawn

23  up.  That process could have taken months upon

24  months.  So, you know.

25     Q.    Understood.  But I take it that was not

Page 59

1    a process that you were involved in?

2         A.    None, not at all.

3         Q.    Did you have any involvement in the

4    permitting or -- let me withdraw the question.

5              Did you have any involvement in

6    the permitting of this job at the Enfield

7    warehouse?

8         A.    No, none.

9         Q.    And did you have any involvement in any

10   discussions with the municipality or the zoning

11   department relative to this job?

12        A.    None.

13        Q.    And it sounds like there was a list of

14   Costcos that were going to be undergoing these

15   parking revisions over a several-year period of

16   time; is that correct?

17        A.    Correct.

18        Q.    And the Enfield warehouse was one of

19   those warehouses; correct?

20        A.    Yes.

21        Q.    And when you were involved as a project

22   manager, what information would you receive at

23   the start of your role as project manager for

24   that job?

25        A.    It's just going to be on a list.  And

Page 60

1    basically all it's letting me know is Costco

2    Legal and the MG2 architects are working

3    together to review and devise a plan as to how

4    they would revise the parking layout at that

5    site, if at all.

6                And then once they agreed on

7    something, then it was going to be put into a

8    permitted drawing; it was going to be permitted.

9    But that was all in a sense done behind the

10   curtain.  I had no knowledge of how quickly or

11   slowly that process happened.

12        Q.    Right.  And in terms of this document,

13   Exhibit -- page 4 of Exhibit C, by January 31,

14   2022, had you received stamped drawings relative

15   to the work that was going to be done in Enfield

16   warehouse?

17        A.    I have no idea.

18        Q.    Would it have been customary for you to

19   have received the final drawings at the time

20   that you sent this letter in January of 2022?

21        A.    Not necessarily.

22        Q.    And in terms of the contractors, the

23   contract selection for this particular job, did

24   you have any involvement in the selection of the

25   contractor to perform the ADA Compliance work in

Page 61

1   Enfield?

2       A.    No, they were preselected already, the

3   contractors.

4       Q.    And the preselected contractors, would

5   that have been done by the architect?

6       A.    A lot of those -- I'm trying to

7   remember how they were put together.  We

8   primarily use a limited number of contractors to

9   do these throughout the U.S., simply for the

10  sake of continuity and trying to get consistency

11  of what we were trying to do at each warehouse.

12  So there was just a limited number of

13  contractors that did them all, I think maybe

14  five or six at best.

15      Q.    Okay.  And specifically as it pertains

16  to this Enfield job, do you as you sit here

17  today have any recollection as to your

18  involvement in selecting the contractor prior to

19  the work starting?

20      A.    I might have recommended them.  I mean,

21  I controlled -- and these jobs, basically with

22  the work volume that we came in with, I put

23  together with the architect a spreadsheet --

24  well, I don't even know if it was that -- just

25  how to spread out the volume of these and in

Page 62

1   which locations; right, and then divvy them out

2   to two or three different architect contractors

3   that way.

4        Q.   Okay.  And so -- and I can appreciate

5   that these jobs aren't going one after the other

6   after the other; I imagine you probably have

7   several ongoing at any given time; is that fair?

8        A.   Yes.  And our bigger contractors didn't

9   want anything to do with most of these kind of

10  jobs because they're very small relative to

11  their normal course of work.

12       Q.   Understood.  And I guess I'm just

13  trying to get a sense of, you know, what

14  information you had at your disposal at the time

15  you sent this letter in January 2022?

16       A.   Well, I don't know how to tell you too

17  much because there were so many of these, I mean

18  hundreds, literally.  And to try to track it as

19  though you would make any difference wasn't

20  worth it.

21            Because to begin with, you

22  couldn't -- we can't -- we have a blackout

23  period from November through the end of

24  December; you can't work on our sites because

25  that's a company rule because of the time of

Page 63

1   season.

2              Plus, you have weather in half the

3   country that won't allow you to do the

4   construction in those areas in that time of

5   period.  Because the weather won't let you do

6   it, the temperatures won't let you do it.  And

7   the batch plants that create any kind of asphalt

8   if you need it aren't open.

9              So there's a lot of little moving

10  parts that are subtle but control the dates on

11  this stuff.

12      Q.   I understand.  And I guess in terms of

13  keeping track of the day-to-day on particular

14  jobs, do you utilize email to do that?

15      A.   Yes and no.  It's more the architect.

16  The architect sort of kept control of when they

17  started.  For the most part, we presupposed when

18  we did these jobs that they would last somewhere

19  between three to six, seven weeks at the most.

20  Because that's about how long most of these it

21  took to modify them.  Some were more extensive

22  than that.  But a lot of them, you could do them

23  within three -- three to five weeks.

24              But, then again, if there's

25  weather and oddball things about the location

Page 64

1  that they don't want you to work certain weeks,

2  that would hold you up.  So yeah, I'm sorry to

3  be that general.

4      Q.    No, no.  But I'm actually asking a

5  slightly different question.  I'm probably not

6  voicing it as succinctly as I could.

7              I guess my question is with

8  respect to particular jobs back in 2022, I

9  assume that as part of that job you have

10  correspondence with various entities such as the

11  store manager, which we just looked at in

12  Exhibit C; correct?

13      A.    There might have been.  Maybe not so

14  much of what takes place on these short-fuse

15  jobs that don't last very long.  It's between

16  the two people in the field, the warehouse.

17              Because by the time it would get

18  to me in an email, the problem is really already

19  a big one or a small one.  And because it's at

20  the front of the building, nobody is waiting for

21  me to respond to an email.

22              So a lot of this is pretty much,

23  You guys take care of it on your own; and then

24  if you need me, send me an email.  But if you

25  don't, I'm not expecting to hear from you

Page 65

1  because you both have been there before.

2              The warehouse hasn't been there

3  before.  But the guys that we put on these jobs,

4  they're quite familiar with -- to a degree how

5  to handle what they do in the field when it

6  comes to ADA stuff and paving.

7              So I assume between the two of

8  them they're going to communicate daily as

9  needed.  So that basically that email, they can

10 send it to me; but I'm three hours the other

11 way, so I'm not that effective.

12     Q.    Okay.  And I understand all that.  I

13 guess my question is you indicated earlier that

14 part of the project manager's responsibilities

15 is overseeing these projects; correct?

16     A.    At various levels.  If you want to

17 qualify it, yep.

18     Q.    And I guess I'm just trying to get at

19 how do you keep track of what was going on on

20 this job, or maybe you didn't.  I'm just trying

21 to understand how did you understand the

22 progression of this job?  Was it by email?  Was

23 it by phone?  Is there software that you would

24 utilize to track it?  I'm just trying --

25     A.    I can look at a schedule weekly with

Page 66

1    the architect.  And if there was no
2    circumstances out there that reared its head, I
3    wouldn't necessarily attend to this particular
4    job directly at all.
5        Q.    All right.  And that's -- that's fair;
6    I understand.
7        A.    Okay.  Sure, sure.
8        Q.    And then because I saw on some of the
9    contract documents it talked about, you know,
10   the contractor making weekly reports.  Are those
11   things that would go to you, or are those things
12   that would go to the architect?
13       A.    They go to the architect.  Because they
14   certainly -- because there's so many jobs, I
15   don't want them.
16       Q.    Okay.
17       A.    Even on bigger jobs, I don't get them.
18       Q.    All right.  And so would it be fair to
19   say that a lot of the oversight that you're
20   performing on jobs like this is really making
21   sure the architect is keeping the job moving in
22   an efficient manner and, you know, in
23   conformance with Costco's expectation?
24       A.    They are.  And then if there is a real
25   issue, I am -- I leave them -- the pre-con

```
                                            Page 67
 1   meetings that we have, I basically are

 2   requesting the two of them -- the architect's on

 3   that call, too -- the two of them work along

 4   with the warehouse -- who's on that call, too --

 5   to coordinate what needs to be done.  If there

 6   is any real circumstance that needs my

 7   attention, any of them can call me.

 8        Q.   And I guess my question is in these ADA

 9   jobs particularly, what types of issues would be

10   communicated to you?

11        A.   Generally, I'd say if they need to do

12   more work in the area rather than less work, or

13   if there might be a grade issue that we might

14   want to address that wasn't completely addressed

15   on the civil engineering drawings, which should

16   have been attached to the drawings for the job.

17        Q.   All right.  And if, for instance, a

18   change order came up, is that something that

19   would have to go to your attention?

20        A.   Yes.

21        Q.   And then as the project manager, was it

22   within your discretion to approve or not approve

23   that change order?

24        A.   Yes.

25        Q.   And in terms of the engineering and the
```

Page 68

1    architect's drawings that were compiled in this
2    case, did you review those drawings prior to the
3    start of the work in Enfield?
4         A.    If I did, it was on a very brief -- a
5    very brief fashion at best.
6         Q.    Okay.  And in terms of the pre-con
7    meeting that you indicated earlier, did you
8    attend the pre-construction meeting in
9    connection with the Enfield warehouse ADA
10    Compliance work?
11         A.    I can't recall, but I probably did.
12    And if I did it was on a Zoom call.
13         Q.    All right.  And that was going to be my
14    next question.  So it's my understanding that
15    there was an onsite pre-con meeting with respect
16    to the Enfield ADA work.  But do you know
17    whether or not you attended that physically or
18    via remote or telephonic means?
19         A.    I would say that I am almost certain
20    that I didn't attend it physically.
21         Q.    And at any time in connection with the
22    ADA work that was going to be performed at the
23    Enfield warehouse, did you ever perform a
24    physical site visit at any point during that
25    process?

```
                                           Page 69
 1        A.    I don't think I did.

 2        Q.    And was that typical of kind of all the

 3   other ADA jobs that you were doing across the

 4   country?

 5        A.    Primarily, yes.  Yes.

 6        Q.    And would it be fair to say that, at

 7   least in connection with the scope of jobs that

 8   you're involved in as a project manager, that

 9   these jobs are smaller?

10        A.    Yes.

11        Q.    Okay.  And did you have any involvement

12   in the contract between Costco and the

13   contractor who was going to be performing the

14   work at the Enfield warehouse?

15        A.    In what way?  What do you mean exactly?

16        Q.    Well, actually let me do this.  Let me

17   show you this document.

18             MR. NELLIGAN:  This would be

19   Exhibit D.  This is, again, a document that was

20   provided to us in discovery.  It's a 23-page

21   document.

22             (Plaintiff's Exhibit D:  AIA Form

23   contract.)

24        Q.    And are you able to see this document

25   on your screen, sir?
```

```
                                            Page 70
```

1      A.    Yes.

2      Q.    And I think we had actually talked a

3  little bit about documents like this earlier.

4  This is an AIA Form contract?

5      A.    Right, okay.

6      Q.    And it appears that this contract was

7  made between Costco Wholesale Corporation and

8  Rose Paving with respect to ADA Site Upgrades at

9  the Costco warehouse in Enfield, Connecticut;

10 correct?

11     A.    Yes.

12     Q.    All right.  And it looks like on the

13 last page it's signed by an Ali Moayeri?

14     A.    Yes.

15     Q.    Okay.  Do you know how to pronounce

16 that?

17     A.    Moayeri.

18     Q.    Okay.  And do you know who Mr. Moayeri

19 is?

20     A.    He's my boss, yes.

21     Q.    And is he -- you gave me the name of

22 someone, a vice president of construction; is

23 Mr. Moayeri senior to your direct supervisor?

24     A.    Yes.

25     Q.    Is he still with the company?

Page 71

1      A.    Yes.

2            MR. ESTY:  Hey, Brandon, can you

3      spell that for the record just to help Debbie

4      out.

5            MR. NELLIGAN:  Absolutely.  It is

6      Ali, A-L-I; last name, Moayeri, M-O-A-Y-E-R-I.

7            MR. ESTY:  Thank you.

8            MR. NELLIGAN:  No problem.

9      Q.    And with respect to this document, sir,

10     did you have any involvement in the execution of

11     this document?

12     A.    None.

13     Q.    And if we go down to page 12 of that

14     same document, this is a -- actually, I'm going

15     to go to page 13.  This appears to be a

16     Supplemental Bid Form; do you see that?

17     A.    Yes.

18     Q.    Is this something that Costco uses for

19     bidding on its projects?

20     A.    This is something that Costco uses hand

21     in hand with MG2 Architects and a division of

22     MG2 Architects that is called Cost Management.

23     Cost Management uses this layout format to

24     determine whether or not they think the costs

25     are fair and unit costs are fair and the scope

Page 72

```
 1   is complete.  And once they look at these
 2   numbers that way, that's -- that's what this is;
 3   that's just a bid tool.
 4        Q.    Understood.  And it allows Costco and
 5   the architect and the contractor to better
 6   understand what the likely cost of a particular
 7   project is?
 8        A.    Yeah.  Rather than have them submit a
 9   lump sum number with a paragraph, this breaks it
10   out in quantities.
11        Q.    All right.  And in terms of these
12   quantities that we see, there appear to be
13   various categories of work that are listed here;
14   do you see that?
15        A.    Mm-hmm.
16        Q.    All right.  And is that just to allow
17   Costco some standardization as to the items of
18   work that a contractor may or may not be
19   expected to perform in connection with a
20   particular job?
21        A.    Well, what it should do is reflect
22   what's on the drawings.
23        Q.    Okay.  And so this, what we see here,
24   this Supplemental Bid Form, the items that are
25   listed, for instance, Area 2, are these
```

1    unique -- forgetting about whether or not --

2              MR. ESTY:  Can you blow this up a

3    little bit?  Because from where I'm sitting, it

4    looks like mouse numbers.

5              MR. NELLIGAN:  Absolutely,

6    absolutely.

7              MR. ESTY:  Thank you.

8              MR. NELLIGAN:  So let me withdraw

9    the question, ask it again.

10        Q.   You can see, for instance, for Area 2,

11   there are a number of different categories of

12   work.  For instance, mill surface and pave

13   surface; do you see these items?

14        A.   Yep, yep.

15        Q.   And are these items unique to the

16   Enfield Costco ADA revision, or are these

17   standard items that Costco uses when attempting

18   to estimate the cost of work being performed in

19   exterior parking areas?

20        A.   Okay.  I'll try not to be wordy.  This

21   is a general, almost template format of any

22   possible way that a contractor may break out

23   their numbers for what that drawing looks like

24   it included.

25              Oftentimes, a contractor will take

Page 74

1    some of these and they'll bunch them together in

2    one of these line items and bury it, and then

3    you don't know how it's broken out or if it

4    includes some of those line items.

5              And the only way you can discern

6    that is if you have Cost Management over at MG2

7    Architects literally call the guys and say to

8    them, What's in this number?  Does it include

9    some of the line -- line 3?  Does it include

10   number, line 7?  So if you're dealing with a big

11   job, this is really a lot more effective than

12   dealing with a smaller job.

13        Q.   Okay.  At least in terms of the actual

14   items that are listed here, are those standard

15   across all construction jobs involving, for

16   instance, parking lot and asphalt work across

17   all Costco locations; or are these items that

18   are listed in this first column unique to the

19   Enfield warehouse?

20        A.   They're pretty general.

21        Q.   Okay.  And so, for instance, it would

22   not be uncommon, I take it, that a contractor

23   who's going to be performing or bidding on work

24   at Costco, say, in Florida, may use this same

25   form to provide an estimate as to the work he's

Page 75

1   going to be performing in that exterior area; is
2   that fair?
3       A.   Yes.
4       Q.   All right.  And the idea being that
5   across different areas this allows Costco to
6   have a full understanding as to what's going
7   into a particular bid and the work that is going
8   to be performed in the parking lot; is that
9   fair?
10      A.   This is a good general outline.  If
11  Cost Management over at MG2 doesn't feel it's
12  broken down enough, they can make them break it
13  down further, just simply because they don't
14  trust their number.
15      Q.   Understood.  And this, the items we see
16  in this first column under "mill service," going
17  all the way down to "install heavy duty
18  asphalt," these are just common work and common
19  jobs that Costco has done in their parking lots
20  across the United States?
21      A.   And this is some -- okay.  This is --
22  that is put together with Costco's review of it,
23  but it was also put together by Cost Management
24  at MG2.  This is primarily a better tool for
25  them than us.

Page 76

```
 1     Q.    Okay.
 2     A.    Because if we don't like the number, we
 3  make them break it down.
 4     Q.    Okay.  And in terms of the work that
 5  was actually performed at the Costco Enfield, I
 6  want to show you another document here.
 7               MR. NELLIGAN:  This will be
 8  Exhibit E.
 9                (Plaintiff's Exhibit E:  Project
10  Manual.)
11     Q.    All right.  Are you able to see this
12  document, sir?
13     A.    Yes.
14     Q.    All right.  And this is a 49-page
15  document, again, we received in the course of
16  discovery.  This is Exhibit E.  For the record,
17  it's entitled Wholesale -- Costco Wholesale ADA
18  Site Upgrade, Warehouse 780.
19               What is this document, sir?
20     A.    What follows on this?  Is this -- it
21  pretty much should have the specs on it.  Okay.
22  That's a lot of the general specs and
23  information for an ADA project.
24     Q.    Okay.  And so I'm not going to take you
25  through each and every page unless you insist on
```

Page 77

1   it.  But when are manuals such as this used for
2   in connection with ADA Site Upgrades occurring
3   at Costco stores back in the 2022 time frame?
4       A.   It's more of a generic outline as to
5   how -- how we're going to -- of what we would
6   probably include on an ADA project, subject to
7   those drawings.
8       Q.   Okay.  And is this document authored by
9   someone at Costco?  is it authored by someone at
10  MG2, if you know?
11      A.   Let's -- yeah.  I -- let's do this way.
12  It's collaboration, but I can't tell you
13  specifically what balance of collaboration.
14  This is a collaboration.
15      Q.   Okay.  All right.  And going to -- all
16  right.
17              MR. NELLIGAN:  So let me pull up
18  Exhibit F.
19              (Plaintiff's Exhibit F:  ADA
20  Improvement Plan.)
21      Q.   And, again, if you need to me to zoom
22  in or out, just let me know.
23      A.   Sure.
24      Q.   Because this will be the smallest
25  writing yet.  So, are you able to see what's on

```
                                         Page 78
 1    my screen, sir?
 2        A.    Yep.  Yes.
 3        Q.    And this is on page 28 of Exhibit F.
 4    It is page 28 of 314.  It's Bates stamped
 5    LaBroad 0028.  And do you recognize this
 6    document?
 7        A.    It's some stage of this particular
 8    job's -- I mean, cover page, that's what you got
 9    there.
10        Q.    Yep, okay.  And so does this appear to
11    be a drawing for the ADA work that was to be
12    performed at 75 Freshwater Boulevard?
13        A.    That's one page of it.
14        Q.    Absolutely.
15        A.    Yes.
16        Q.    And so we can see over here there
17    appears to be an engineer's stamp.  And on the
18    right-hand side also says Bohler.  Were they the
19    engineer of record for this job?
20        A.    They worked on the behalf of the
21    architects, MG2.  They were their consultant.
22        Q.    Okay.  And so to the extent you know,
23    did Costco contract directly with Bohler, or was
24    Bohler contracting with MG2 Architects in
25    connection with this job?
```

1      A.    MG2 contracted with them.

2      Q.    Okay.  And if we go down a couple pages

3   here, this is now on page 31 of Exhibit F, you

4   can see here there's a schematic of the areas

5   approved for construction at the Enfield store;

6   do you see that?

7      A.    Yes, right.

8      Q.    And the -- in terms of this specific

9   job, it looks like there were going to be work

10  performed to some of the parking spaces abutting

11  the building; correct?

12     A.    Yes.

13     Q.    There was going to be addition of, I

14  believe, three different crosswalks; correct?

15          MR. ESTY:  Just note my objection

16  to the form.

17     Q.    Let me --

18          MR. ESTY:  The objection to the

19  form is that this is a plan which the witness

20  said was at some point in the process.  So we

21  don't know if this was actually the plan as

22  constructed or as completed or -- that's all.

23          MR. NELLIGAN:  Okay.

24     Q.    And, okay.  So let me just ask it this

25  way.  I'm going to withdraw that question.

Page 80

1          Do you recall reviewing plans in
2   connection with this job to be performed in
3   Enfield, sir?
4        A.    No.
5        Q.    And in connection with any of the ADA
6   improvement jobs that you were involved in, in
7   any of those situations, did you voice any
8   concerns to the architect or operations
9   concerning those plans?
10        A.    No.
11        Q.    And at any time before work at the
12   Enfield warehouse commenced, did you have any
13   understanding as to the circulation of traffic
14   within the parking lot abutting that store?
15        A.    No.
16        Q.    Did you have any understanding as to
17   the traffic control signals, if any, that
18   governed the flow of traffic through the parking
19   lot abutting the Enfield store?
20        A.    No.
21        Q.    In connection with this particular job,
22   the Enfield warehouse, do you know whether or
23   not MG2 or any of its employees performed a site
24   visit of the parking lot area of the Enfield
25   warehouse?

```
                                          Page 81

 1        A.    No, I don't.

 2        Q.    And in terms of the recommendations --

 3   let me withdraw the question.

 4              In terms of the work that was to

 5   be performed at the Enfield warehouse in 2022,

 6   it's your understanding that the work was

 7   motivated by work done by the architect as well

 8   as input from operations?

 9        A.    No.  I -- I would have -- it's a

10   collaboration as I understand it between MG2,

11   Costco Legal, and Bohler Engineering, with some

12   influence by the City who had to permit it.

13        Q.    And as part of this job -- let me

14   withdraw the question.

15              As you sit here today, do you know

16   whether or not there were crosswalks installed

17   as part of the ADA Compliance work at the

18   Enfield warehouse?

19        A.    If there were some installed?

20        Q.    Yes.

21        A.    Or how many or whatever?

22        Q.    Did you have any input as to where

23   those crosswalks were installed?

24        A.    No, none.

25        Q.    All right.  And are you aware of anyone
```

```
                                            Page 82

 1    else at Costco who had any input as to the

 2    placement of those crosswalks next to the

 3    Enfield job?

 4         A.    Not -- not that I would -- no.  I

 5    couldn't think of anybody else, no.

 6         Q.    All right.  So I'm g**oing to show you

 7    what we marked as Exhibit G today.  One second.

 8              (Plaintiff's Exhibit G:  Emails.)

 9         Q.    Okay.  And share my screen.  This is,

10    again, some emails that were received in the

11    course of discovery.  This is an eight-page

12    document.  I'm going to ask you about an email

13    on page 3.  In particular, this email, it's an

14    email from Steven Labossiere,

15    L-A-B-O-S-S-I-E-R-E, at Rose Paving dot -- at

16    slabossiere@rosepaving.com, stating:

17              Todd, thank you for taking the

18         time to meet with us the other day.  We're

19         currently working on schedule dates for

20         you location.  I will advise the start

21         date as soon as we nail it down.

22              As for the four crosswalks you

23         requested to be painted, the change order

24         has been approved, and we will add it to

25         the scope of the work.
```

```
                                          Page 83
 1              Were any change orders submitted
 2    to you in the course of this Enfield job?
 3         A.   I couldn't tell you.  I don't have -- I
 4    don't have any of that documentation in front of
 5    me.
 6         Q.   All right.  If someone did submit a
 7    change order to you, is that something that you
 8    would save?
 9         A.   It would be somewhere electronically.
10    Or let's put it this way:  If I didn't save it,
11    which there's a good chance I wouldn't, it would
12    still be something that MG2 would have because
13    it would be sent through their system because
14    it's all linked to that AIA document.
15         Q.   Okay.  But in terms of even in the
16    context of an MG2 involvement, if a contractor
17    on a job like this submitted a change order,
18    that's something that you would have to approve;
19    correct?
20         A.   Once it was formalized, yes.
21         Q.   Okay.  And as you sit here today, do
22    you have any recollection of approving a change
23    order for additional crosswalks to be painted at
24    the Enfield warehouse?
25         A.   No.  I don't recall.
```

Page 84

1      Q.    And if that document exists, where
2    would that document be located?
3      A.    I wouldn't -- I wouldn't know where it
4    is.
5      Q.    All right.  On these jobs, do you have
6    the ability to save documents and correspondence
7    to a computer file in the course of the -- in
8    the course of the project?
9      A.    I suppose I could.  I generally have --
10   as a historical, we have allowed or kept MG2 as
11   basically the file cabinet.
12     Q.    Okay.  And just in terms of your
13   practice, do you keep files on each job that you
14   have worked on?
15     A.    No.
16     Q.    All right.  Do you have any type of
17   computer or software interface that allows you
18   to go back and see the work that was performed
19   on past jobs?
20     A.    I don't know.  What are you -- what are
21   you -- I don't know exactly what that would be,
22   to be honest.
23     Q.    Well, let me just ask you.  You
24   indicated earlier that you've used repeat
25   contractors on jobs; correct?

```
                                              Page 85
 1       A.    Right.

 2       Q.    Do you have the ability to go back in

 3   your system and see who did a particular job for

 4   us at a particular location?

 5       A.    To a point.  I wouldn't depend on it.

 6   If I really wanted to know, I'd ask MG2.

 7       Q.    Okay.  And I know you indicated that it

 8   would have been your practice to attend the

 9   pre-construction meeting that would have been

10   held before the commencement of construction in

11   this case?

12       A.    Either by video or in person.

13       Q.    And in particular to the Enfield ADA

14   Compliance work that was being performed in

15   2022, did you voice any thoughts or concerns

16   concerning the location of the new crosswalks

17   that were to be installed in that parking lot?

18       A.    No.

19       Q.    And outside of yourself and the

20   operations people on the ground at the Enfield

21   warehouse, were any other Costco employees

22   involved in the oversight of this ADA Compliance

23   project after the start of construction?

24       A.    It was a typical project.  It would

25   have been the contractor, with some limited
```

Page 86

```
 1   involvement of operations strictly for just
 2   knowing they're there and getting them off the
 3   lot so they could open in the morning.  If they
 4   had any real concerns, they would have called
 5   MG2 or myself.
 6        Q.    And who was the point person at MG2
 7   overseeing this particular project in Enfield?
 8        A.    I have no idea.  I have -- there could
 9   have been one of two different people more than
10   likely.
11        Q.    Who were those two people?
12        A.    Either Ed Galloway or Alison McClellan.
13        Q.    And would it be fair to say that over
14   the last several years you've performed these
15   ADA Compliance projects with both Ed Galloway
16   and Alison McClellan?
17        A.    Yes.
18        Q.    And would you have periodic meetings
19   with either or both of them concerning the
20   status of ongoing ADA projects throughout the
21   country?
22        A.    Yes.
23        Q.    And did you have any formal schedule as
24   to when you would have those meetings?
25        A.    I think we did.  At some points, we
```

Page 87

```
1   did.  I don't know.  I don't think we did the
2   whole time through because it took over three
3   years to get these done.
4        Q.   Okay.  And when you would have these
5   meetings and talk with Ed Galloway and Alison
6   McClellan, outside of the scheduling of the
7   project itself, would you ever talk
8   substantively about the type of work that's
9   going to be performed at the various warehouses?
10       A.   Not particularly, no.
11       Q.   Are Mr. Galloway and Mrs. McClellan,
12  are they architects?
13       A.   Yes.
14       Q.   Do you know whether or not Ed Galloway
15  or Alison McClellan ever went -- came to
16  Connecticut and conducted a field visit of the
17  Enfield Costco warehouse?
18       A.   I'm not a hundred percent sure at all.
19  But I would -- my recollection would be neither
20  of them did.
21            MR. NELLIGAN:  Why don't we do
22  this.  Let me just take five minutes and try to
23  gather my remaining questions just to make this
24  as efficient as possible.
25            MR. ESTY:  Okay.
```

Page 88

```
 1              MR. NELLIGAN:  Come back and then
 2    I'm getting towards the end.  Okay?
 3              MR. ESTY:  Okay.  Sounds good.
 4              (Break taken:  3:48 to 3:58 PM.)
 5              MR. NELLIGAN:  So we'll go back
 6    on.
 7    BY MR. NELLIGAN:
 8         Q.   I'm going to show you an exhibit, sir.
 9    This is Exhibit C we had marked earlier.  Now
10    I'm on page 5.  Are you able to see that on your
11    screen?
12         A.   I am.  Okay.
13         Q.   And so I'll just represent that page 4
14    was the form letter that we had talked about
15    earlier alerting Mr. Cunningham to the upcoming
16    ADA project.  And then the next page is an ADA
17    Site Upgrade Pre-Construction Meeting Agenda; do
18    you see that?
19         A.   Yes.
20         Q.   Okay.  And with respect to the
21    architect, again, we can see Mr. Galloway's name
22    listed here; correct?
23         A.   Yes.
24         Q.   And we can also see above that there's
25    a Ron Pizarro, who's program lead; and then Dee
```

Page 89

1  Martinez, a project manager.  Do you see that?

2       A.    Yes.

3       Q.    And do you have an understanding seeing

4  that now who was the point person at MG2 with

5  respect to this specific Enfield project?

6       A.    Probably the same person I mentioned

7  earlier, Ed Galloway.

8       Q.    And in terms of program lead and a

9  project manager, do those designations mean

10 anything to you as a project manager for Costco

11 Construction as to what these two individuals'

12 role would have been, if any, with respect to

13 this project?

14      A.    Well, Ed would have worked on this job

15 with Costco Legal and with the civil engineer

16 and directed both Ron and Dee to develop the

17 drawings that are probably going to be initiated

18 by Bohler, and with the two of them come up with

19 a final set of drawings with a cover sheet.

20      Q.    Okay.  And to the extent you know, what

21 information was provided to MG2 by Costco in

22 advance of MG2 developing the drawings for this

23 project?

24      A.    Costco Legal in some degree worked with

25 Ed Galloway to come up with a criteria -- I

Page 90

```
 1   don't know if it was universal or unique to this
 2   job -- but a criteria that he used along with
 3   what he got back from the survey work in the
 4   field by the civil engineer Bohler to come up
 5   with the drawings.
 6        Q.   But in terms of specific information,
 7   if any, that's provided to MG2, do you know what
 8   that might be other than the drawings?
 9        A.   I mean, specific information in
10   particular, like what?
11        Q.   Well, for instance, do you know whether
12   or not MG2 was ever provided with information
13   concerning traffic circulation within the
14   parking lot abutting the Enfield warehouse?
15        A.   I would be surprised if they were.
16        Q.   Okay.
17        A.   I don't think so.  I mean, I don't have
18   any knowledge of it.
19        Q.   Okay.  But I take it just in your being
20   involved in these projects, information about
21   traffic circulation was not something that was
22   commonly provided to the architect?
23        A.   Right, exactly.
24        Q.   Okay.  And with respect to this project
25   in particular, the Enfield ADA work, do you have
```

Page 91

1   any estimate as to how much time you devoted to

2   that project as a project manager?

3       A.   It's three years later; I couldn't tell

4   you.  I couldn't tell you.

5       Q.   All right.  Are you able to provide any

6   estimate?  Is it number of hours?  days?  weeks?

7       A.   It would be hours; it wouldn't be days

8   and weeks.

9       Q.   Okay.  And I know we talked briefly

10  about the engineer who was involved on this

11  project in Enfield; correct?

12      A.   Right.

13      Q.   Does Costco Construction itself have

14  any in-house engineers or architects --

15      A.   No.

16      Q.   -- to review plans that come in?

17      A.   No.

18      Q.   And throughout your time as a project

19  manager for Costco, do you ever receive any

20  bulletins or directives from your superiors

21  concerning issues pertaining to safety in

22  performing modifications to Costco warehouses?

23           MR. ESTY:  Objection as to form,

24  time frame.

25      Q.   Any time prior to June of 2022?

Page 92

1              MR. ESTY:   Thank you.

2        A.    Not that I remember at all, no.

3        Q.    And in terms of your role as a project

4   manager, putting aside this Enfield job, do you

5   have the authority to execute contract documents

6   on behalf of Costco; or does that have to go to

7   somebody else?

8        A.    Somebody else.

9        Q.    And would that be a senior vice

10  president like Mr. Moayeri we talked about

11  earlier?

12       A.    Yeah.   I mean, not get into the weeds.

13  But a change order which is a part of that 101,

14  it would have to be somebody that's an officer

15  of the company.

16       Q.    Okay.

17       A.    Like Ali.

18       Q.    And have you ever seen a copy of the

19  contract between Costco and MG2 relating to the

20  ADA upgrades performed at the Enfield,

21  Connecticut location?

22       A.    No.

23       Q.    And in your time at Costco Construction

24  have you ever been involved in any projects that

25  involved the installation of signage in Costco

Page 93

1  parking lots, excluding ADA Compliance work?
2       A.    Maybe once or twice, maybe a half dozen
3  times; but, I mean, so infrequent, I couldn't
4  tell you which year.
5       Q.    Okay.  And as you sit here today, do
6  you know what additional signage was installed
7  in those situations?
8       A.    Not really.  I mean, it would probably
9  be -- I'm just speculating; I don't even
10 remember what -- it would have been something
11 like a yield sign maybe, maybe a stop sign;
12 that's about it.  I mean, we try to avoid that
13 as far as in general.
14      Q.    All right.  And why do you prefer to
15 avoid that in general?
16      A.    Because, first of all, I don't do
17 traffic studies.  I don't know the lot, don't
18 know the situation, and don't contract that
19 small of work in general.
20      Q.    Okay.  Does Costco Construction have
21 any traffic engineers or persons trained in
22 traffic studies employed within --
23      A.    No.
24      Q.    And even outside of Costco
25 Construction, are you aware of anyone else

Page 94

1    within the company who oversees traffic studies

2    or traffic -- I'm going to withdraw the

3    question.

4                    Are you aware of anyone outside of

5    Costco Construction who oversees traffic studies

6    with respect to Costco parking lots?

7       A.    No.

8       Q.    That's all the questions I have for

9    you.  Thank you for working with us on the

10   technical side.  I appreciate getting this done

11   done.  And Attorney Esty may have questions for

12   you.

13                   MR. ESTY:  I don't have any

14   questions for you, Mr. Stanfield.

15                   And we are going to waive reading

16   and signing.

17                   COURT REPORTER:   And, Attorney

18   Esty, do you need a copy?

19                   MR. ESTY:  I do.  If I could have

20   a regular copy, a condensed copy with a word

21   index, please.

22

23

24                   (Deposition concluded:  4:13 PM.)

25

Page 95

1                    EXHIBIT INDEX

2    PLAINTIFF'S              DESCRIPTION              PAGE

3    Exh A          Depo notice                    50

4    Exh B          Costco Wholesale               51

5                   Development Requirements

6    Exh C          Letter, 1/31/22                53

7    Exh D          AIA Form contract              69

8    Exh E          Project Manual                 76

9    Exh F          ADA Improvement Plan           77

10   Exh G          Emails                         82

11

12

13   Note:  Attorney Nelligan retained exhibits.

14

15

16

17

18

19

20

21

22

23

24

25

Page 96

1                   C E R T I F I C A T E

2

3         I hereby certify that I am a Notary Public,

4    in and for the State of Connecticut, duly

5    commissioned and qualified to administer oaths.

6         I further certify that the deponent named

7    in the foregoing deposition was by me duly sworn

8    via remote location and thereupon testified as

9    appears in the foregoing deposition; that said

10   deposition was taken by me stenographically in

11   the presence of counsel and reduced to print

12   under my direction, and the foregoing is a true

13   and accurate transcript of the testimony.

14        I further certify that I am neither of

15   counsel nor related to either of the parties to

16   said suit, nor am I interested in the outcome of

17   said cause.

18        Witness my hand and seal as Notary Public

19   this 22nd day of December 2025.

20

21

                    _Deborah Marotta_

22           Deborah L. Marotta, LSR #210,
             Notary Public

23

24   My commission expires:

25   May 31, 2028

[& - accurate]                                              Page 1

**&**

**&**   2:3,8

**0**

**0028**   78:5
**01102**   1:3
**06082**   54:16
**06511**   2:4
**06518**   2:9

**1**

**1/31/22**   53:22
   95:6
**10**   19:12,12
**10,000**   29:8,9
   29:10
**101**   92:13
**12**   15:6 71:13
**13**   71:15
**13th**   2:3
**15**   21:8
**1994**   12:14,24
   15:21
**1:30**   1:20
**1:57**   9:9

**2**

**2**   72:25 73:10
**20**   16:3,3,7,11
   17:6,20 18:6
   18:12
**2021**   53:8
**2021/2022**   55:1
**2022**   18:4
   23:24 24:15

38:21 39:8
48:5 50:22
53:8,13 54:16
55:24 57:18
60:14,20 62:15
64:8 77:3 81:5
85:15 91:25
**2025**   1:20
   96:19
**2028**   96:25
**203.248.5678**
   2:9
**203.865.8430**
   2:4
**210**   1:18 4:5
   96:22
**2285**   2:8
**22nd**   96:19
**23**   69:20
**25**   15:25 19:6,8
   19:9 20:6
**28**   78:3,4
**2:07**   9:9

**3**

**3**   74:9 82:13
**31**   54:16 55:24
   57:18 60:13
   79:3 96:25
**314**   78:4
**34588**   96:21
**37**   11:17
**3:24**   1:3

**3:48**   88:4
**3:58**   88:4

**4**

**4**   54:2 60:13
   88:13
**401**   36:17
**477**   51:10
**49**   76:14
**4:13**   94:24

**5**

**5**   88:10
**50**   18:21 19:2,3
   22:3,6 95:3
**500**   47:9
**51**   95:4
**53**   95:6
**555**   2:3

**6**

**69**   95:7

**7**

**7**   74:10
**75**   54:15 78:12
**76**   95:8
**77**   95:9
**780**   54:15
   76:18

**8**

**8**   1:20
**82**   95:10
**87**   40:24

**9**

**95**   37:6
**98**   26:19
**98027**   4:2
**999**   4:1

**a**

**ability**   84:6
   85:2
**able**   4:15 18:9
   18:20 19:7
   20:21 21:19
   23:2 51:4 54:3
   69:24 76:11
   77:25 88:10
   91:5
**above**   16:22
   31:13 88:24
**absent**   46:13
**absolutely**   19:5
   71:5 73:5,6
   78:14
**abutting**   21:17
   22:9 24:8,19
   79:10 80:14,19
   90:14
**accidently**   6:24
**accommodati...**
   9:13
**accordance**
   33:22
**accurate**   43:11
   96:13

**acquire** 12:3
**action** 1:3
**actual** 12:13
  27:17 32:12
  74:13
**actually** 27:18
  28:5 31:5
  32:16 36:5,15
  37:10 45:1
  64:4 69:16
  70:2 71:14
  76:5 79:21
**ada** 22:15,17
  22:22 23:3,5,6
  23:8 50:21
  53:12 55:3,11
  55:20,25 56:10
  56:20 57:6,22
  58:3,10,16
  60:25 65:6
  67:8 68:9,16
  68:22 69:3
  70:8 73:16
  76:17,23 77:2
  77:6,19 78:11
  80:5 81:17
  85:13,22 86:15
  86:20 88:16,16
  90:25 92:20
  93:1 95:9
**add** 30:24,25
  30:25 31:1,2
  82:24

**addition** 29:3
  30:4,25 79:13
**additional** 40:2
  83:23 93:6
**additions** 16:1
  17:7
**address** 55:13
  67:14
**addressed**
  67:14
**adjust** 4:18
**administer**
  96:5
**advance** 89:22
**advanced** 42:8
**advice** 32:2
**advise** 10:2
  82:20
**affect** 13:14
**afternoon** 4:10
  4:10
**agenda** 57:13
  88:17
**ago** 7:22,23
  9:15 11:1
  28:17 42:1
  54:25
**agree** 28:10
**agreed** 3:3,9,14
  3:19 60:6
**agreement**
  55:14 56:2
**ahead** 19:20
  21:22 22:11

43:16 47:4
**aia** 36:17,18
  69:22 70:4
  83:14 95:7
**alerting** 88:15
**ali** 70:13 71:6
  92:17
**alison** 86:12,16
  87:5,15
**allow** 63:3
  72:16
**allowed** 84:10
**allows** 72:4
  75:5 84:17
**alongside** 14:17
**amended** 52:11
**answer** 5:23
  6:6,13,16 7:7
  15:11 19:21
  21:23 22:12
  33:19 43:5,16
  44:14 47:4
**answers** 6:17
**anticipate**
  45:20 46:12
**anticipating**
  46:20
**anybody** 8:21
  8:22 31:8 82:5
**anyway** 4:20
  44:20
**apologize** 10:5
**appear** 72:12
  78:10

**appears** 54:13
  54:25 70:6
  71:15 78:17
  96:9
**applicable**
  39:17
**appreciate**
  20:17 62:4
  94:10
**approval** 33:25
**approve** 28:23
  28:23 29:16
  31:6,7 33:10
  67:22,22 83:18
**approved** 25:5
  27:13 28:10
  29:18,22 79:5
  82:24
**approving**
  30:15 83:22
**approximately**
  7:21 9:15
  12:24 14:13
  15:6 22:6
**arbitration**
  11:7
**architect** 13:8
  25:6 26:18,22
  27:2,3 28:1,13
  28:22 29:4
  32:19 33:9,15
  34:9 35:18
  36:9,20 37:1
  43:1 47:13

[architect - bill]                                                    Page 3

54:22 56:22
57:24 61:5,23
62:2 63:15,16
66:1,12,13,21
72:5 80:8 81:7
88:21 90:22
**architect's** 28:3
33:23 37:8
67:2 68:1
**architects** 34:3
34:4,11 35:14
35:15 37:13
57:2 58:22
60:2 71:21,22
74:7 78:21,24
87:12 91:14
**architectural**
36:18 58:2
**area** 12:23 31:8
45:4 67:12
72:25 73:10
75:1 80:24
**areas** 20:12
42:6 44:12
63:4 73:19
75:5 79:4
**arizona** 39:19
39:19,21 40:14
**arrange** 57:10
**aside** 37:19
43:20 44:10
92:4
**asked** 6:7 40:9
41:2

**asking** 9:13,14
10:3 21:24
30:10 49:1
53:11 64:4
**asphalt** 63:7
74:16 75:18
**assign** 27:25
**assigned** 24:23
27:2 55:19,22
**assistant** 30:18
**assume** 48:18
64:9 65:7
**assumption** 6:7
**attached** 57:13
57:15 67:16
**attempting**
73:17
**attend** 66:3
68:8,20 85:8
**attended** 68:17
**attention** 32:16
67:7,19
**attorney** 24:14
50:9 94:11,17
95:13
**audibly** 6:17
**audio** 40:8
**australia** 14:23
**authored** 77:8
77:9
**authority** 92:5
**avenue** 2:8
**average** 42:8

**avoid** 93:12,15
**award** 37:9
**aware** 48:14
58:17 81:25
93:25 94:4

**b**

**b** 4:1 50:25
51:2,11 52:1
52:20 82:15
95:4
**back** 5:17 9:10
15:21 18:4
24:21 27:7
33:15,24 38:21
39:8 40:24
45:17 50:22
53:8 55:1 64:8
77:3 84:18
85:2 88:1,5
90:3
**background**
8:20,22
**balance** 77:13
**ball** 31:15
**barren** 16:6
**basically** 25:6
31:24 36:18,19
42:5 51:18
60:1 61:21
65:9 67:1
84:11
**basis** 13:3
25:11,17 31:25

33:5 38:5 39:3
47:6 51:14
56:11
**batch** 63:7
**bates** 78:4
**becoming**
26:21
**beginning** 6:22
27:19
**behalf** 35:15
54:23 78:20
92:6
**believe** 9:16
56:1 79:14
**best** 6:11,19
10:3 48:16
51:19 53:16
61:14 68:5
**better** 72:5
75:24
**bid** 27:18 36:22
38:1 56:24
71:16 72:3,24
75:7
**bidding** 36:21
71:19 74:23
**bids** 36:23
**big** 37:23 48:11
64:19 74:10
**bigger** 62:8
66:17
**biggest** 56:12
**bill** 1:15 54:20

| | | | |
|---|---|---|---|
| **bit** 57:21 70:3 73:3 | **buckmir** 2:8 | **cabinet** 84:11 | **certify** 96:3,6 96:14 |
| **blackout** 62:22 | **budget** 13:16 28:14 35:25 | **call** 16:5 17:1,4 26:7 32:17 67:3,4,7 68:12 74:7 | **chance** 83:11 |
| **blow** 73:2 | **budgeted** 25:4 | | **change** 33:13 67:18,23 82:23 83:1,7,17,22 92:13 |
| **board** 28:2 | **build** 29:24 30:4 37:21 | **called** 4:3 11:5 21:14 34:13,14 71:22 86:4 | |
| **bohler** 78:18,23 78:24 81:11 89:18 90:4 | **building** 21:6 25:18 26:2 28:11 29:4,13 30:3,20 31:2,6 40:17 64:20 79:11 | | **changed** 49:6 |
| **bolts** 32:12 | | **canada** 14:22 17:14,15,17,20 56:15,16 | **changes** 21:16 22:8 24:7 32:22 33:3 48:22 |
| **booming** 4:20 | | **canopy** 30:25 | |
| **boots** 32:1 47:21,25 | **buildings** 16:5 30:18 31:25 37:16 42:7 47:9 | **capacity** 10:24 11:5 | **character** 3:6 |
| **boss** 70:20 | | **care** 64:23 | **chosen** 37:4 |
| **bosses** 30:22,22 | **builds** 15:22 16:17 | **career** 11:19,21 18:23 19:8,14 21:11 23:11,13 40:25 43:9 | **circulation** 47:18 49:15 80:13 90:13,21 |
| **bottom** 54:19 | | | |
| **boulevard** 54:15 78:12 | **built** 25:17 27:17 28:24,25 33:22 | | **circumstance** 67:6 |
| **box** 29:10 | | **case** 5:25 7:25 8:4,14,16 15:20 21:20 39:9 46:11 68:2 85:11 | **circumstances** 8:4 10:11 66:2 |
| **brandon** 71:2 | **bulletins** 91:20 | | **city** 26:2 27:9 27:13 29:22 30:8 32:20,21 33:10 81:12 |
| **break** 7:4,8 9:9 9:12 73:22 75:12 76:3 88:4 | **bunch** 74:1 | | |
| | **burden** 27:15 | **cases** 10:13 | |
| | **bury** 74:2 | **categories** 72:13 73:11 | **civil** 1:3,16 42:3,3 67:15 89:15 90:4 |
| **breaks** 72:9 | **business** 39:25 | | |
| **brendan** 2:5 4:12,23 | **buying** 30:3 | **cause** 96:17 | **claim** 8:7,9,10 |
| **brief** 9:12 68:4 68:5 | **c** | **ceo** 32:6 | **claims** 7:25 |
| **briefly** 91:9 | **c** 2:1 53:19,21 53:24 60:13 64:12 88:9 95:6 96:1,1 | **certain** 17:1 55:10 64:1 68:19 | **clarification** 40:9 |
| **bring** 45:5 | | | |
| **broken** 74:3 75:12 | | | **clarify** 6:11 |
| **brought** 28:2 | | **certainly** 66:14 | |

clean   6:2
closer   27:16
club   11:22 12:1
    12:3,12 40:7
    40:11,14,16
    41:12
code   33:16
    35:17
collaboration
    33:25 57:1
    77:12,13,14
    81:10
college   39:16
colliers   34:13
column   74:18
    75:16
come   6:9 25:2
    29:14 52:9
    88:1 89:18,25
    90:4 91:16
comes   65:6
comfortable
    20:5 22:3
coming   4:19
    44:23 52:12
commenced
    80:12
commencem...
    85:10
commission
    96:24
commissioned
    96:5

common   75:18
    75:18
commonly
    90:22
communicate
    65:8
communicated
    67:10
companies
    34:10
company   21:11
    28:9,18 32:6
    34:12,14,24
    35:4 41:2,4
    44:24 45:4
    62:25 70:25
    92:15 94:1
compiled   68:1
complete   72:1
completed   25:5
    79:22
completely
    67:14
completion
    49:16
complex   16:1
compliance
    22:22 23:4,6,9
    53:12 55:3
    56:10,20 57:7
    58:10,16 60:25
    68:10 81:17
    85:14,22 86:15
    93:1

complications
    45:21
comprehensive
    55:9
computer   84:7
    84:17
con   25:9 57:12
    57:16 66:25
    68:6,15
concept   28:10
    29:15 31:7
concern   46:6
    46:15 47:20,23
concerned   48:8
concerning
    16:13 41:22
    49:13 53:1
    80:9 85:16
    86:19 90:13
    91:21
concerns   47:24
    80:8 85:15
    86:4
concluded
    94:24
condensed
    94:20
conditions
    33:21
conducted   3:21
    87:16
conflicts   46:8
conformance
    66:23

connecticut   1:2
    1:19 2:4,9 4:6
    18:4,7,11,22
    19:14,25 21:1
    54:16 58:15
    70:9 87:16
    92:21 96:4
connection
    4:13 7:15,18
    10:17 11:1
    24:1,7,18
    26:23 35:9
    50:21 52:15,21
    68:9,21 69:7
    72:19 77:2
    78:25 80:2,5
    80:21
consider   27:11
    51:22
consideration
    32:3
consistency
    61:10
consistent
    21:10
constructed
    32:13 79:22
constructible
    33:14
constructing
    13:8
construction
    10:17 11:14,16
    13:4,21,24,25

[construction - costco]                                                    Page 6

| | | | |
|---|---|---|---|
| 14:6,8,11,15 | **continuity** | **controlled** | 75:11,23 |
| 15:4,10,13,17 | 61:10 | 61:21 | **costco**  1:9,10 |
| 16:9,13 20:21 | **contract**  25:7 | **coordinate** | 4:14 7:15,19 |
| 24:5 32:9 | 35:12,13 36:15 | 25:9 67:5 | 8:1 11:2,10,14 |
| 34:20,21 36:4 | 36:17,19 37:9 | **coordinated** | 11:16,20,24 |
| 36:6 38:14,21 | 60:23 66:9 | 43:1 | 12:3,5,6,13,24 |
| 40:23 41:3,7,9 | 69:12,23 70:4 | **coordinating** | 13:4,7,20,23,24 |
| 41:13,21 45:11 | 70:6 78:23 | 26:12 | 14:1,5,8,11,15 |
| 45:24,25 46:9 | 92:5,19 93:18 | **copy**  92:18 | 14:25 15:4,10 |
| 49:5 54:21 | 95:7 | 94:18,20,20 | 15:12,17,21 |
| 57:10,11 63:4 | **contracted** | **corp**  1:9 | 16:13 17:8 |
| 68:8 70:22 | 13:10 79:1 | **corporate** | 20:20 21:4,17 |
| 74:15 79:5 | **contracting** | 55:15,22 | 22:9,21 23:1,9 |
| 85:9,10,23 | 34:5 78:24 | **corporation** | 23:16,18 24:2 |
| 88:17 89:11 | **contractor** | 11:11 12:5 | 24:5,8,16,19 |
| 91:13 92:23 | 13:10 25:7,15 | 70:7 | 26:17 32:8 |
| 93:20,25 94:5 | 26:4 27:18 | **correct**  5:25 | 34:4,6,19,21,23 |
| **consultant** | 34:22 37:4 | 7:12 11:2,3,12 | 35:8 36:4,14 |
| 35:13 44:15 | 46:5,15 47:5 | 12:17,18 14:8 | 37:5 41:15,21 |
| 78:21 | 57:8,13 60:25 | 15:2,14 33:19 | 41:22 42:12 |
| **consultants** | 61:18 66:10 | 36:1,6,7,16 | 43:20,21 44:16 |
| 34:25 35:11 | 69:13 72:5,18 | 47:2 49:21 | 45:10,13,24 |
| 42:15,17 43:2 | 73:22,25 74:22 | 54:17,21 57:18 | 46:1 47:18 |
| 43:3,21 | 83:16 85:25 | 59:16,17,19 | 48:19 49:4 |
| **contact**  57:15 | **contractors** | 64:12 65:15 | 51:2,9 52:2,3 |
| **contacting**  57:9 | 35:7 36:16 | 70:10 79:11,14 | 52:14,20 53:9 |
| **contemporan...** | 37:14,15 38:1 | 83:19 84:25 | 54:14,20 55:3 |
| 27:6 | 39:4 47:15 | 88:22 91:11 | 55:8,15 57:1 |
| **context**  22:22 | 60:22 61:3,4,8 | **corresponden...** | 58:22 60:1 |
| 23:3 83:16 | 61:13 62:2,8 | 64:10 84:6 | 69:12 70:7,9 |
| **continental** | 84:25 | **cost**  29:19,24 | 71:18,20 72:4 |
| 15:1 56:17 | **control**  63:10 | 31:7,18 71:22 | 72:17 73:16,17 |
| **continue**  13:18 | 63:16 80:17 | 71:23 72:6 | 74:17,24 75:5 |
| | | 73:18 74:6 | 75:19 76:5,17 |

77:3,9 78:23
81:11 82:1
85:21 87:17
89:10,15,21,24
91:13,19,22
92:6,19,23,25
93:20,24 94:5
94:6 95:4
**costco's** 66:23
75:22
**costcos** 59:14
**costs** 71:24,25
**counsel** 3:4,10
3:15,20 9:22
9:25 96:11,15
**countries** 14:25
**country** 17:13
37:13 63:3
69:4 86:21
**couple** 5:20
16:24 49:23
50:8 79:2
**course** 18:22
19:8,14 21:11
40:2 43:8
53:25 62:11
76:15 82:11
83:2 84:7,8
**court** 1:1 5:6
6:23 8:19 9:2
10:21 11:6
30:24 45:17
94:17

**courtesy** 6:20
**cover** 78:8
89:19
**create** 26:5
63:7
**criteria** 13:17
35:17 51:18
52:8 89:25
90:2
**crosswalks**
79:14 81:16,23
82:2,22 83:23
85:16
**cub** 12:4
**cunningham**
54:14 57:6
88:15
**current** 38:3
40:22
**currently** 11:10
11:13 15:5
82:19
**curtain** 29:25
30:6 60:10
**customary**
60:18
**cut** 6:19
**cv** 1:3

**d**

**d** 4:1 69:19,22
95:7
**daily** 25:16
39:3 46:8,24

47:6 65:8
**date** 19:18,19
57:14 82:21
**dates** 63:10
82:19
**day** 13:3,3
15:10,10 25:23
25:24 38:5,5
48:9 63:13,13
82:18 96:19
**days** 91:6,7
**deal** 26:6
**dealing** 25:15
58:21 74:10,12
**deals** 28:18
**dealt** 23:12
42:2 44:2
**debbie** 5:3 71:3
**deborah** 1:18
4:4 96:22
**december** 1:20
62:24 96:19
**decided** 32:11
**decisions** 31:4
**dee** 88:25 89:16
**defendant** 2:7
**defendants**
1:11
**defined** 32:25
**definitely** 20:5
**degree** 13:6
39:21,24 49:9
49:10,10 65:4
89:24

**department** 30:5 37:19
51:16 59:11
**depend** 20:13
85:5
**dependent** 27:3
**depending**
29:11 31:20
37:25 49:9
**depends** 28:24
**depo** 50:3 95:3
**deponent** 3:12
96:6
**deposed** 5:9,12
7:11 10:24
**deposition** 1:15
3:6,12,21 4:13
5:4 7:22 8:5,17
9:15,18,22
10:12,25 50:7
94:24 96:7,9
96:10
**depositions**
7:18 10:8
**depth** 42:6
**describe** 50:17
51:12
**described**
56:21
**description**
95:2
**design** 29:21
**designations**
89:9

[detail - education]                                                    Page 8

detail   29:6
determine
   28:22 31:13
   33:15 37:8
   71:24
determining
   30:23 45:24
develop   89:16
developing
   52:4 89:22
development
   51:3,10 52:1
   52:15,21,25
   95:5
devise   60:3
devoted   91:1
diego   40:16
difference
   62:19
different   17:12
   17:25 20:18
   22:13 24:25
   25:2 49:1 62:2
   64:5 73:11
   75:5 79:14
   86:9
diligence   27:11
direct   4:8 35:11
   48:7 70:23
directed   24:5
   24:16 35:18
   52:3 89:16
direction   49:6
   96:12

directives
   91:20
directly   34:25
   36:15 37:22
   39:3 43:20
   46:2 55:16
   57:10 66:4
   78:23
dirt   16:6
discern   74:5
discovery   51:9
   54:1 69:20
   76:16 82:11
discretion
   67:22
discuss   57:14
discussed   10:11
discussion   5:16
   9:8
discussions
   59:10
disposal   62:14
district   1:1,2
division   13:24
   14:2 71:21
divvy   62:1
document   51:8
   51:10,13 54:1
   54:8 60:12
   69:17,19,21,24
   71:9,11,14
   76:6,12,15,19
   77:8 78:6
   82:12 83:14

84:1,2
documentation
   83:4
documents
   14:7 36:14
   49:24 50:6,16
   50:17 53:25
   66:9 70:3 84:6
   92:5
doing   13:13
   15:25 17:3,24
   22:21 25:20,21
   26:6 27:10
   32:8 48:10
   56:14 69:3
dollars   31:20
dot   82:15
dozen   14:16,20
   14:22 16:24,25
   17:2 93:2
drafted   36:19
drafting   58:2
drawing   27:4
   32:20 46:10
   57:3 60:8
   73:23 78:11
drawings   27:8
   27:12,20 31:17
   33:6,23 34:3
   35:16 42:10
   47:12 56:23,25
   57:23 58:3,7,8
   60:14,19 67:15
   67:16 68:1,2

72:22 77:7
   89:17,19,22
   90:5,8
drawn   28:15
   57:23 58:22
drink   7:5
drive   2:3 4:2
driven   55:14
due   27:11
duly   4:4 96:4,7
duties   12:12
   13:3 17:12
   18:6 24:22
   41:23 43:23
duty   75:17

e

e   2:1,1 4:1 71:6
   76:8,9,16
   82:15,15 95:8
   96:1,1
earlier   10:9
   17:6 56:3,21
   65:13 68:7
   70:3 84:24
   88:9,15 89:7
   92:11
easier   6:23
easy   29:1
ed   86:12,15
   87:5,14 89:7
   89:14,25
education
   39:16,19 44:11

effect   31:5
effective   65:11
  74:11
efficient   66:22
  87:24
eight   82:11
either   33:7
  85:12 86:12,19
  96:15
electrical   33:8
  42:4,23
electronically
  83:9
email   63:14
  64:18,21,24
  65:9,22 82:12
  82:13,14
emails   82:8,10
  95:10
employ   21:3
employed
  11:10 34:4
  40:6 93:22
employees
  44:17,22 45:2
  45:3 52:3
  80:23 85:21
employer   12:13
employment
  7:15,19 11:1
  48:19
encompass
  15:16

endeavors
  15:13
ends   27:21
enfield   19:17
  50:22 53:9,13
  53:15 54:16
  57:22 58:9,15
  59:6,18 60:15
  61:1,16 68:3,9
  68:16,23 69:14
  70:9 73:16
  74:19 76:5
  79:5 80:3,12
  80:19,22,24
  81:5,18 82:3
  83:2,24 85:13
  85:20 86:7
  87:17 89:5
  90:14,25 91:11
  92:4,20
engaged   13:10
  27:19 55:8
engineer   41:19
  42:22,22,23
  58:8 78:19
  89:15 90:4
  91:10
engineer's
  78:17
engineering
  42:3,4 58:6
  67:15,25 81:11
engineers   35:2
  35:2,6 42:21

  91:14 93:21
entire   23:12
entities   34:15
  64:10
entitled   50:15
  51:9 76:17
entity   13:25
  24:6,17 46:14
equipment
  48:11
esq   2:5,10
essentially   17:2
  30:16
estate   30:3,4
  51:16
estimate   18:9
  18:21 20:22
  21:19 22:5
  23:2 73:18
  74:25 91:1,6
estimated
  31:17
esty   2:8,10 4:23
  5:3 8:24 9:6
  19:15,20 21:21
  22:10 23:20
  24:11,14 43:13
  43:15 47:3
  48:2,6 71:2,7
  73:2,7 79:15
  79:18 87:25
  88:3 91:23
  92:1 94:11,13
  94:18,19

events   43:6
eventually   12:6
exactly   28:22
  49:22 52:5
  69:15 84:21
  90:23
examination
  4:8
examined   4:6
except   3:16
exclude   39:4
excluding   93:1
excuse   37:13
execute   92:5
execution
  71:10
executive   31:19
exh   95:3,4,6,7,8
  95:9,10
exhibit   50:1,3
  50:25 51:2,11
  52:1,20 53:19
  53:21,24 60:13
  60:13 64:12
  69:19,22 76:8
  76:9,16 77:18
  77:19 78:3
  79:3 82:7,8
  88:8,9 95:1
exhibits   95:13
existing   15:18
  15:23 17:8
  49:6 52:22
  55:3 58:18

**[exists - general]**                                                    Page 10

exists  84:1
expectation
   66:23
expected  72:19
expecting
   64:25
experience  41:9
   46:21,23
expertise  55:13
experts  33:7
expires  96:24
extensive  63:21
extent  7:24
   78:22 89:20
exterior  20:11
   20:23 21:5
   73:19 75:1
eye  35:23

**f**

f  4:1 77:18,19
   78:3 79:3 95:9
   96:1
fact  48:14
facts  8:14
fair  13:23
   14:24 17:9
   20:7 22:23
   23:23 24:14
   31:15 32:13
   35:9 43:6
   46:17,22 48:22
   57:24 62:7
   66:5,18 69:6

71:25,25 75:2
   75:9 86:13
familiar  5:18
   65:4
family  10:15,21
   10:21
far  93:13
fashion  68:5
federal  1:16
   55:14 56:2
feel  20:5 22:3
   35:19 75:11
feet  29:8
field  26:3 33:13
   64:16 65:5
   87:16 90:4
figure  48:16
file  84:7,11
filed  4:14
files  84:13
final  29:20
   60:19 89:19
find  26:2
fine  5:1
fingers  6:15
finish  7:1 25:24
finished  57:3
fire  42:22
first  4:3,15
   40:6,11 58:12
   74:18 75:16
   93:16
five  20:2 23:14
   61:14 63:23

87:22
floor  2:3
florida  74:24
flow  48:9 49:7
   80:18
focused  17:7
following  40:1
follows  4:7
   76:20
food  30:24
foot  29:10,10
foregoing  96:7
   96:9,12
forgetting  73:1
form  3:16
   19:16 21:22
   22:11 23:21
   43:15 47:4
   54:10 55:1
   69:22 70:4
   71:16 72:24
   74:25 79:16,19
   88:14 91:23
   95:7
formal  45:7
   86:23
formalized
   83:20
format  71:23
   73:21
forward  46:1,9
   49:16
four  44:18 56:5
   82:22

frame  12:10
   19:16 21:22
   22:11 23:21
   24:11 25:23
   43:18 48:3
   55:1,20 77:3
   91:24
freestanding
   16:5
fresh  31:1
freshwater
   54:15 78:12
friend  40:13
front  31:18
   64:20 83:4
full  75:6
function  44:20
functions  45:5
further  3:9,14
   3:19 75:13
   96:6,14
fuse  64:14

**g**

g  82:6,7,8
   95:10
galloway  86:12
   86:15 87:5,11
   87:14 89:7,25
galloway's
   88:21
gather  87:23
general  24:21
   27:7 31:7,12

[general - house]                                                Page 11

48:9 56:4 64:3
73:21 74:20
75:10 76:22
93:13,15,19
**generally** 13:2
41:24 46:11
67:11 84:9
**generic** 77:4
**getting** 32:12
32:15 47:15
86:2 88:2
94:10
**give** 6:1,17,25
8:5 10:12
53:19
**given** 62:7
**gives** 53:5
**giving** 39:9
**gm** 30:19
**go** 5:19,20 9:6
13:10,12 19:20
21:22 22:11
24:24 25:8,13
25:20 26:8
27:10 29:22
30:8 33:15,24
34:25 35:18,21
36:22 37:21
41:3 43:16
47:4 51:17,19
54:6 56:24
57:13 66:11,12
66:13 67:19
71:13,15 79:2

84:18 85:2
88:5 92:6
**goal** 28:5
**going** 4:17 5:5
5:19 6:4 13:21
16:9 17:18
23:7 25:14
28:1,4,23
29:12,21,24,24
32:11,20 45:6
45:16 46:1,9
47:14,17,21
48:24 49:16
50:1,24 51:1
51:20,22 53:5
53:23 54:2,12
57:7 58:14
59:14,25 60:7
60:8,15 62:5
65:8,19 68:13
68:22 69:13
71:14 74:23
75:1,6,7,16
76:24 77:5,15
79:9,13,25
82:12 87:9
88:8 89:17
94:2,15
**good** 4:10,11
75:10 83:11
88:3
**gotten** 13:9
**governed** 80:18

**grade** 67:13
**great** 10:7
**greater** 13:24
**greatest** 9:1
**ground** 5:20
16:2,4,18,25
17:3 25:21
32:1 34:15
37:17,22 47:22
47:25 51:17
52:12,17 85:20
**group** 16:20
**guess** 18:14
40:24 47:11
55:17 57:20
62:12 63:12
64:7 65:13,18
67:8
**guessing** 56:4
**guy** 16:21
37:22,23 38:11
**guys** 64:23 65:3
74:7

**h**

**half** 63:2 93:2
**hamden** 2:9
**hand** 71:20,21
78:18 96:18
**handle** 17:2
65:5
**happened** 18:4
55:21 60:11

**happens** 25:17
28:11 32:23
37:10,12
**haven** 2:4
**hawaii** 56:17
**head** 66:2
**hear** 4:15 46:5
46:6 64:25
**heard** 32:4
**hearing** 5:14
8:19,21,22
**heavy** 75:17
**held** 1:17 85:10
**help** 71:3
**helpful** 6:14
26:10
**hereto** 3:5,11
3:16,21
**hey** 71:2
**hire** 35:15
**hired** 40:11,17
**hires** 35:8
**historical** 84:10
**hit** 13:18
**hmm** 55:23
72:15
**hold** 64:2
**home** 34:11
**honest** 84:22
**hopefully** 5:20
**hours** 48:13
65:10 91:6,7
**house** 91:14

**[hundred - job]**                                    Page 12

**hundred**  20:1,2
  87:18
**hundreds**
  62:18

**i**

**idea**  29:19
  60:17 75:4
  86:8
**identify**  47:20
**illustrate**  29:2
**imagine**  20:17
  62:6
**impact**  45:12
  45:25 47:18
  49:14
**implementing**
  28:5
**important**  6:5
**improvement**
  77:20 80:6
  95:9
**improvements**
  55:11
**incident**  39:9
**include**  19:17
  74:8,9 77:6
**included**  73:24
**includes**  74:4
**independently**
  34:1
**index**  94:21
  95:1

**indicated**  7:10
  26:15 46:19
  54:24 65:13
  68:7 84:24
  85:7
**indicates**  57:5,8
**indirect**  35:12
**indirectly**  46:4
**individuals**
  89:11
**industry**  41:9
**influence**  81:12
**information**
  59:22 62:14
  76:23 89:21
  90:6,9,12,20
**informed**  57:6
**infrequent**
  25:11 93:3
**initially**  15:24
**initiated**  89:17
**injury**  8:10
**input**  37:3 81:8
  81:22 82:1
**inside**  20:10,15
  20:16 31:1
**insist**  76:25
**install**  75:17
**installation**
  92:25
**installed**  81:16
  81:19,23 85:17
  93:6

**instance**  67:17
  72:25 73:10,12
  74:16,21 90:11
**interested**
  96:16
**interface**  84:17
**interference**
  40:8
**interior**  20:24
**introduction**
  40:15
**involve**  20:22
**involved**  15:22
  19:13 21:3,15
  22:7 23:16,25
  26:12,21 28:12
  30:5,6,15,23
  39:4 44:4,7
  46:4 47:15
  48:19 49:3
  53:8 55:2,25
  56:9,22 58:7
  59:1,21 69:8
  80:6 85:22
  90:20 91:10
  92:24,25
**involvement**
  13:13 56:20
  58:2 59:3,5,9
  60:24 61:18
  69:11 71:10
  83:16 86:1
**involving**  7:25
  27:2 55:2

  74:15
**issaquah**  4:2
  12:16 14:18
  15:7
**issue**  66:25
  67:13
**issued**  47:13
**issues**  26:1,3,5
  44:7 46:20
  67:9 91:21
**items**  72:17,24
  73:13,15,17
  74:2,4,14,17
  75:15

**j**

**january**  54:16
  55:24 57:18
  60:13,20 62:15
**japan**  14:22
**job**  11:13 13:3
  13:7 18:4
  19:25 20:14
  27:2,25 34:18
  35:9 37:4,23
  37:25 38:13
  41:23 43:22
  45:19 56:19,23
  58:15,18,19
  59:6,11,24
  60:23 61:16
  64:9 65:20,22
  66:4,21 67:16
  72:20 74:11,12

78:19,25 79:9
80:2,21 81:13
82:3 83:2,17
84:13 85:3
89:14 90:2
92:4
**job's** 78:8
**jobs** 15:9 16:20
16:25 19:24
20:1,22 25:1,2
25:13,25 26:17
34:20 36:16,22
37:21 39:4
49:11 55:20
61:21 62:5,10
63:14,18 64:8
64:15 65:3
66:14,17,20
67:9 69:3,7,9
74:15 75:19
80:6 84:5,19
84:25
**johnson** 2:3
**july** 38:21
**june** 23:24
24:15 39:8
48:4 91:25
**jurisdictions**
17:25 56:14

**k**

**keep** 4:20 65:19
84:13

**keeping** 35:24
35:25 63:13
66:21
**kennedy** 2:3
**kept** 63:16
84:10
**key** 37:13,14
**kind** 17:3 31:4
34:16 48:12,12
62:9 63:7 69:2
**kingdom** 14:23
**knew** 41:6
**know** 5:4 6:11
6:25 8:20 9:20
9:24 10:4,14
10:22 16:24
18:3,14,15,16
22:1,2 31:12
34:6 38:1,12
44:14 45:19,20
46:11 47:7,10
47:10,12 50:10
50:12,15,16
52:8,24 55:12
58:17,24 60:1
61:24 62:13,16
66:9,22 68:16
70:15,18 74:3
77:10,22 78:22
79:21 80:22
81:15 84:3,20
84:21 85:6,7
87:1,14 89:20
90:1,7,11 91:9

93:6,17,18
**knowing** 86:2
**knowledge**
42:8 46:24
53:16 60:10
90:18
**knowledgeable**
47:1

**l**

**l** 1:18 3:1 4:1,1
4:1,4 71:6
82:15 96:22
**labor** 26:5
**labossiere**
82:14
**labroad** 1:6
78:5
**lake** 4:1
**large** 34:9
**largely** 17:7
21:10
**late** 12:14
**lawsuit** 4:14
**layout** 60:4
71:23
**lead** 88:25 89:8
**leave** 66:25
**legal** 57:1
58:22 60:2
81:11 89:15,24
**legitimately**
30:7

**legs** 7:6
**letter** 53:21
54:11,13 55:1
57:5,17 60:20
62:15 88:14
95:6
**letting** 60:1
**level** 40:3 41:1
55:22
**levels** 65:16
**light** 29:5
**likely** 72:6
86:10
**limited** 13:13
33:5 39:18
51:14 56:11
61:8,12 85:25
**line** 31:1 74:2,4
74:9,9,10
**linked** 83:14
**list** 57:15 58:19
59:13,25
**listed** 72:13,25
74:14,18 88:22
**literally** 26:7
62:18 74:7
**little** 10:14
39:14 42:5,7,8
57:21 63:9
70:3 73:3
**llc** 2:3,8
**locate** 29:13
**located** 14:21
14:21 15:7

**[located - mean]**                                           Page 14

84:2

**location** 12:20
  14:18,19 38:16
  49:7 63:25
  82:20 85:4,16
  92:21 96:8

**locations** 23:18
  45:13 51:18
  62:1 74:17

**long** 2:3 7:21
  11:15 12:12
  51:11 55:24
  63:20 64:15

**look** 26:8 29:15
  32:21 35:1,21
  51:21 65:25
  72:1

**looked** 50:8,16
  50:18 64:11

**looking** 32:23

**looks** 70:12
  73:4,23 79:9

**lot** 19:24 21:16
  22:8 24:8,18
  28:24 48:22,24
  49:6,8,15
  54:10 61:6
  63:9,22 64:22
  66:19 74:11,16
  75:8 76:22
  80:14,19,24
  85:17 86:3
  90:14 93:17

**lots** 22:22 23:2
  48:21 75:19
  93:1 94:6

**loud** 5:24 6:14

**lsr** 1:18 4:4
  96:22

**lump** 72:9

**m**

**m** 71:6

**made** 7:25 22:8
  24:8 43:15
  48:21 49:5
  70:7

**maintain** 12:19

**maintained**
  12:22

**make** 5:20 6:2
  13:15,18 30:13
  33:12,16 35:5
  35:16 37:19
  45:15 47:15
  48:14 54:4
  62:19 75:12
  76:3 87:23

**makes** 6:23
  29:20

**making** 32:22
  33:3 35:25
  48:10 66:10,20

**malcomb** 34:14

**man** 16:21 38:9

**manage** 13:6,6
  16:20 47:23

**managed** 30:20

**management**
  12:12 15:4,12
  16:12,17 17:12
  18:5,10 20:8,9
  24:25 29:7
  30:17,19 37:18
  39:11,25 41:1
  53:14 71:22,23
  74:6 75:11,23

**manager** 11:14
  11:16,18 13:4
  14:8 16:8
  17:17 20:20
  21:14 23:1,16
  24:4,16,22
  26:11,21 27:5
  30:19 31:13
  33:2 35:23
  37:5 39:1
  40:17,22 41:21
  41:23 43:23
  44:25 45:10,24
  46:17 49:4,21
  54:14 58:14
  59:22,23 64:11
  67:21 69:8
  89:1,9,10 91:2
  91:19 92:4

**manager's**
  65:14

**managers**
  14:10,14,25
  15:6 16:23

25:12 56:9

**manages** 16:19
  16:22

**manner** 66:22

**manual** 45:8
  76:10 95:8

**manuals** 77:1

**mark** 50:1
  53:19

**marked** 50:25
  51:11 82:7
  88:9

**marketing**
  39:25 40:4

**marotta** 1:18
  4:4 96:22

**martinez** 89:1

**material** 26:5

**matter** 8:3

**matters** 10:15
  10:15

**maximum**
  51:20

**mcclellan** 86:12
  86:16 87:6,11
  87:15

**mean** 19:23
  22:1,2 28:25
  30:14,14 42:19
  42:23 45:19
  48:25 56:4,4
  61:20 62:17
  69:15 78:8
  89:9 90:9,17

92:12 93:3,8
93:12
**means**  18:16
68:18
**mechanical**
33:7 42:22
**meet**  13:17
33:16 35:16,17
82:18
**meeting**  57:11
57:12,16 68:7
68:8,15 85:9
88:17
**meetings**  67:1
86:18,24 87:5
**members**  31:6
**membership**
1:10
**mentioned**  42:1
43:3 89:6
**merged**  12:6
**mesa**  40:14
**mg2**  34:10 57:1
58:22 60:2
71:21,22 74:6
75:11,24 77:10
78:21,24 79:1
80:23 81:10
83:12,16 84:10
85:6 86:5,6
89:4,21,22
90:7,12 92:19
**midst**  32:14

**miles**  2:10
50:11,13
**mill**  73:12
75:16
**million**  20:3
31:20
**mindset**  52:12
**mine**  40:13
**minimums**
51:20
**minor**  8:7,9
**minutes**  87:22
**mit**  30:19
**mm**  55:23
72:15
**moayeri**  70:13
70:17,18,23
71:6 92:10
**modification**
15:18 33:17
49:17 50:21
52:22
**modifications**
15:23 17:8
21:16 22:8
24:7 33:21
48:20,23 49:5
49:14 91:22
**modified**  52:16
**modify**  63:21
**moment**  28:17
42:1 54:25
**monday**  1:20

**money**  29:21
**months**  58:18
58:20,23,24
**morning**  4:11
86:3
**morph**  12:4
**motivated**  56:1
81:7
**mouse**  73:4
**moving**  4:21
49:7 63:9
66:21
**multiple**  17:12
17:25 55:2
56:14
**municipality**
35:20 59:10

**n**

**n**  2:1 3:1 4:1
**nail**  82:21
**name**  9:24 32:5
70:21 71:6
88:21
**name's**  4:12
**named**  96:6
**nancy**  1:6
**narrow**  19:22
**necessarily**
60:21 66:3
**need**  7:4 8:5
10:12,22 31:14
35:19 46:7
54:5 63:8

64:24 67:11
77:21 94:18
**needed**  65:9
**needs**  67:5,6
**neither**  87:19
96:14
**nelligan**  2:5 4:9
4:12 5:1,7 8:25
23:22 49:25
51:4 53:18
69:18 71:5,8
73:5,8 76:7
77:17 79:23
87:21 88:1,5,7
95:13
**new**  2:4 15:16
15:17,22 16:9
16:13,17 30:24
44:23 85:16
**nicely**  4:19
**night**  48:14
**nine**  54:1
**nods**  6:15
**nope**  41:10
**normal**  22:14
62:11
**notary**  1:18 4:5
96:3,18,22
**note**  19:15
21:21 22:10
23:20 47:3
79:15 95:13
**notice**  50:1,4
95:3

**notify** 48:10
**november**
62:23
**number** 14:20
17:1 18:17
19:11 22:2
61:8,12 72:9
73:11 74:8,10
75:14 76:2
91:6
**numbers** 29:23
72:2 73:4,23
**nuts** 32:12

**o**

**o** 3:1 71:6
82:15
**oaths** 96:5
**objection** 19:15
21:21 22:10
23:20 24:11
43:13,16 47:3
48:2 79:15,18
91:23
**objections** 3:16
**observe** 25:13
**occasion** 10:25
35:1
**occasions** 5:11
7:11 21:20
**occurred** 39:10
**occurring** 77:2
**oddball** 63:25

**office** 9:3 12:19
12:22 34:11
37:11 56:9
**officer** 92:14
**official** 3:6
**oftentimes**
73:25
**oh** 9:4 19:5
**oing** 82:6
**okay** 4:16,20
4:25 5:5,11,21
6:2,11,17 7:1,8
7:9,17 8:3 9:11
9:21 10:2,6,7
10:20,22 11:25
12:2,9 13:1,20
15:24 16:7
17:15,23 18:25
19:4,6,11 22:1
22:5,17,19
23:6 26:10,20
30:9,21 33:11
34:2,8,18,23
35:5,22 36:13
38:12 41:8
43:25 45:7,16
46:13 47:24
48:18 49:12,23
50:14 51:25
52:7,24 53:4,9
54:6 56:6,13
56:18 61:15
62:4 65:12
66:7,16 68:6

69:11 70:5,15
70:18 72:23
73:20 74:13,21
75:21 76:1,4
76:21,24 77:8
77:15 78:10,22
79:2,23,24
82:9 83:15,21
84:12 85:7
87:4,25 88:2,3
88:12,20 89:20
90:16,19,24
91:9 92:16
93:5,20
**once** 29:18 30:7
32:19 45:22
60:6 72:1
83:20 93:2
**ones** 30:23 43:3
**ongoing** 39:11
55:7 62:7
86:20
**onsite** 25:16
68:15
**open** 63:8 86:3
**operational**
31:22
**operations** 15:1
15:10 28:9,17
28:21 29:6,11
29:20 30:12,15
30:16 31:11
32:1,25 40:21
41:13 46:14

47:1 51:23
80:8 81:8
85:20 86:1
**opinion** 30:11
33:3 49:13
**opportunity**
7:1
**opposed** 52:17
**optical** 31:3
**order** 67:18,23
82:23 83:7,17
83:23 92:13
**orders** 83:1
**originally**
30:17
**ottawa** 14:22
**outcome** 96:16
**outline** 75:10
77:4
**outside** 15:1
20:14,15 22:22
24:6,17 33:4
34:21 42:13
85:19 87:6
93:24 94:4
**overall** 42:7
**oversee** 13:6,12
20:18 34:19
35:23 36:22
39:11
**overseeing**
34:20 45:12
65:15 86:7

**oversees** 13:25
16:17 94:1,5
**oversight** 15:12
66:19 85:22
**overviews** 42:5
**own** 34:1 64:23

**p**

**p** 2:1,1 3:1
**page** 54:1,2
60:13 69:20
70:13 71:13,15
76:14,25 78:3
78:4,8,13 79:3
82:11,13 88:10
88:13,16 95:2
**pages** 51:11
79:2
**painted** 82:23
83:23
**paragraph**
72:9
**park** 49:6
**parking** 20:11
21:16 22:8,21
23:1 24:8,18
47:19 48:21,22
48:24 49:8,15
55:20 57:22
58:3,9 59:15
60:4 73:19
74:16 75:8,19
79:10 80:14,18
80:24 85:17

90:14 93:1
94:6
**part** 11:21
14:21 21:13
23:11,15 28:18
33:1 41:20
44:19 48:18
57:21 63:17
64:9 65:14
81:13,17 92:13
**particular**
37:11 42:6
43:17 53:15
54:9 58:3
60:23 63:13
64:8 66:3 72:6
72:20 75:7
78:7 80:21
82:13 85:3,4
85:13 86:7
90:10,25
**particularly**
67:9 87:10
**parties** 3:4,10
3:15,20 34:5
47:21 96:15
**parts** 63:10
**party** 42:14
**past** 48:1 84:19
**pattern** 46:8
47:8
**patterns** 46:25
53:1

**pave** 73:12
**paving** 65:6
70:8 82:15
**pay** 32:16
**pdf** 54:2
**pedestrian** 44:8
44:12 47:16
**pendency**
11:19
**pending** 7:8
**people** 8:20,21
9:3,5 16:20
31:12,22 35:7
37:21 41:5,6
46:14 51:16,23
64:16 85:20
86:9,11
**percent** 21:8
26:19 37:6
87:18
**percentage**
56:12
**perform** 17:11
20:20 24:6,17
26:11 34:6
35:8 36:16
41:23 43:22
60:25 68:23
72:19
**performance**
23:17 25:14
**performed** 16:8
17:16,19 18:5
22:21 23:1,18

53:14 57:7
68:22 73:18
75:8 76:5
78:12 79:10
80:2,23 81:5
84:18 85:14
86:14 87:9
92:20
**performing**
12:11 23:8,25
24:24 34:3
36:5 66:20
69:13 74:23
75:1 91:22
**period** 59:15
62:23 63:5
**periodic** 25:19
35:1 41:16
86:18
**periodically**
35:20 42:24
**permit** 13:9
25:5,8 28:15
32:15,17 47:13
57:3 81:12
**permitted** 26:4
30:8 32:20
60:8,8
**permitting**
26:2,13 27:9
27:14,21 28:4
59:4,6
**person** 16:19
42:9 85:12

86:6 89:4,6
**personal** 8:10
  40:13
**personnel** 47:1
  47:25
**persons** 93:21
**pertaining** 44:8
  91:21
**pertains** 61:15
**phoenix** 40:18
**phone** 2:4,9
  65:23
**phrase** 35:10
**physical** 68:24
**physically** 36:5
  68:17,20
**pick** 19:11
**piece** 16:6
**pizarro** 88:25
**place** 64:14
**placement** 44:4
  82:2
**plaintiff** 1:7 2:2
**plaintiff's** 50:3
  51:2 53:21
  69:22 76:9
  77:19 82:8
  95:2
**plan** 33:3 46:10
  57:15 60:3
  77:20 79:19,21
  95:9
**plane** 26:8

**plans** 50:19,20
  80:1,9 91:16
**plants** 63:7
**platform** 1:17
**please** 6:10
  14:4 33:19
  94:21
**plumbing** 33:8
  42:5
**plus** 63:2
**pm** 1:20 9:9
  88:4 94:24
**pms** 16:23 17:1
**point** 4:17,20
  12:4 24:14
  25:8 31:16
  32:10 47:14
  52:10,10 58:8
  68:24 79:20
  85:5 86:6 89:4
**points** 86:25
**position** 12:7
  38:23
**possible** 5:21
  48:17 73:22
  87:24
**postgrad** 39:19
**postgraduate**
  40:3,4
**potential** 55:10
**potentially**
  56:15
**practice** 84:13
  85:8

**pre** 25:9 57:10
  57:12,16 66:25
  68:6,8,15 85:9
  88:17
**predesign** 28:7
  28:17
**predesign's**
  28:8
**prefer** 93:14
**premises** 20:24
  20:24
**preparation**
  50:6
**preparing**
  56:23
**preselected**
  61:2,4
**presence** 96:11
**present** 14:13
**president** 31:18
  31:19 38:14,20
  40:15,16 41:2
  70:22 92:10
**presupposed**
  63:17
**pretty** 20:5
  32:24 54:10
  64:22 74:20
  76:21
**prevalent**
  23:10
**previous** 15:11
  49:19

**price** 11:21
  12:1,3,4,12
  40:6,11,14,16
  41:2,12
**primarily** 13:5
  23:14 34:9
  51:16 52:11
  61:8 69:5
  75:24
**print** 96:11
**prior** 7:8,10,18
  10:8 16:3,3
  23:24 24:15
  41:8 53:12
  55:24 57:11
  58:19,20 61:18
  68:2 91:25
**prisoner** 7:4
**private** 10:14
**probably** 14:20
  19:9,23 21:8,9
  49:9 56:3
  58:17,18 62:6
  64:5 68:11
  77:6 89:6,17
  93:8
**problem** 7:6
  64:18 71:8
**procedure** 1:17
**proceeding**
  11:6,7
**process** 5:19
  25:6 27:10,14
  28:4 36:1

**[process - quite]**

58:21,23 59:1
60:11 68:25
79:20
**prod**  5:25
**professional**
  10:23 11:4
**program**  88:25
89:8
**progressed**
  40:20
**progression**
  56:19 65:22
**project**  11:14
  11:16,18 12:11
  13:3,7 14:7,10
  14:14,24 15:4
  15:6 16:8,12
  16:16,23 17:3
  17:11,16 18:5
  18:10 20:8,9
  20:20 21:13
  23:1,15 24:4
  24:16,22,25
  25:12,14 26:11
  26:21,22,23
  27:5,17 28:6
  31:14 32:11,13
  33:2 35:22
  37:5 39:1,10
  40:22 41:21,23
  43:23 44:25
  45:10,22,23
  46:17 49:4,21
  53:5,7,14 56:8

58:14 59:21,23
65:14 67:21
69:8 72:7 76:9
76:23 77:6
84:8 85:23,24
86:7 87:7
88:16 89:1,5,9
89:10,13,23
90:24 91:2,2
91:11,18 92:3
95:8
**projects**  10:17
  13:25 16:22
  18:6,11,22
  19:13 20:18
  21:15 22:7,14
  22:14,15,18
  26:13 28:20
  35:23 36:6
  39:12 45:12
  47:17 48:20
  49:4 52:16
  55:2 56:20
  65:15 71:19
  86:15,20 90:20
  92:24
**promulgated**
  52:2
**pronounce**
  70:15
**proof**  3:5
**proper**  15:21
**property**  51:24

**provide**  11:6
  20:8,21 41:22
  43:21 44:16
  52:25 74:25
  91:5
**provided**  16:12
  18:10 41:11
  42:13 51:8
  69:20 89:21
  90:7,12,22
**providing**
  15:12 20:9
**public**  1:19 4:5
  12:8 96:3,18
  96:22
**pull**  25:7 51:1
  53:18 77:17
**purchase**  51:23
**purchased**
  34:12
**pursuant**  1:16
**purview**  33:4
  37:8 46:17
  49:21
**put**  13:8 20:4
  22:2 27:8,9,12
  29:5 33:6,9
  36:19 42:12,20
  43:8 44:1
  56:25 57:2
  60:7 61:7,22
  65:3 75:22,23
  83:10

**puts**  52:5
**putting**  43:20
  44:10 92:4

**q**

**qualified**  96:5
**qualify**  48:4
  65:17
**quantities**
  72:10,12
**quantity**  21:24
**question**  6:7,21
  7:7 13:22
  16:10 17:18
  23:23 26:16
  36:11,12 45:18
  47:11 49:2
  53:6 54:12
  55:17 57:20
  59:4 64:5,7
  65:13 67:8
  68:14 73:9
  79:25 81:3,14
  94:3
**questions**  5:24
  6:5,6,13 10:3
  87:23 94:8,11
  94:14
**quickly**  5:21
  13:15 60:10
**quite**  4:19 65:4

| r | | | |
|---|---|---|---|
| **r** 2:1 71:6 82:15 96:1 | **recent** 15:24 | **relative** 47:16 48:1 58:9 59:11 60:14 62:10 | **requested** 82:23 |
| **raise** 47:20 | **recently** 34:12 | | **requesting** 67:2 |
| **raising** 24:14 | **recognize** 78:5 | **remaining** 87:23 | **requirements** 51:3,10 52:2 52:15,21,25 95:5 |
| **randy** 38:8,9 | **recollection** 10:4 61:17 83:22 87:19 | **remember** 7:24 8:6,7,11,12,13 8:16 9:19 10:11 18:19,20 61:7 92:2 93:10 | **requires** 35:20 |
| **rather** 67:12 72:8 | **recommendat...** 37:20 | | **reserved** 3:17 |
| **read** 5:5 45:17 45:18 | **recommendat...** 47:16 53:1 81:2 | | **resolve** 46:7 |
| **reading** 3:11 94:15 | **recommended** 61:20 | **remodels** 16:1 | **respect** 64:8 68:15 70:8 71:9 88:20 89:5,12 90:24 94:6 |
| **ready** 30:8 | **recommending** 51:22 | **remote** 68:18 96:8 | |
| **real** 30:3,4 51:16 66:24 67:6 86:4 | **record** 5:16,17 6:2,22 9:6,8,10 50:1 71:3 76:16 78:19 | **remotely** 1:17 3:22 | **respective** 3:4 3:10,15,20 |
| **really** 11:22 13:13 30:6 32:22 52:18 64:18 66:20 74:11 85:6 93:8 | **rectangle** 29:10 | **renovations** 16:2 | **respond** 64:21 |
| | **reduced** 96:11 | **repeat** 45:14 84:24 | **response** 6:1,22 7:1 17:6 26:16 36:4 |
| | **reference** 52:10 | **rephrase** 14:4 | |
| | **referenced** 14:6 28:16 | **report** 38:5 39:2 | **responses** 49:20 |
| **reared** 66:2 | **referring** 54:2 | **reporter** 5:6 6:23 8:19 9:2 40:8 45:17 94:17 | **responsibilities** 24:25 65:14 |
| **reason** 43:10 | **reflect** 72:21 | | **responsibility** 45:11,23 |
| **recall** 9:17 58:12 68:11 80:1 83:25 | **regards** 41:12 | | |
| | **regions** 37:15 | **reports** 39:6 66:10 | **retail** 24:2 30:17 31:12 |
| **receive** 32:10 39:21 59:22 91:19 | **regular** 31:25 94:20 | **represent** 51:7 88:13 | **retained** 26:23 95:13 |
| **received** 43:20 53:25 60:14,19 76:15 82:10 | **regularly** 43:5 | | **review** 35:2 50:6 55:9 60:3 68:2 75:22 |
| | **related** 96:15 | **represented** 9:21 | |
| | **relating** 92:19 | | |

91:16
**reviewed**  57:16
**reviewing**  80:1
**reviews**  56:10
**revise**  60:4
**revision**  55:20
57:22 58:4
73:16
**revisions**  55:25
58:9 59:15
**rhyme**  43:10
**right**  4:22 5:22
6:3,12,18 7:2
7:13,21 8:8
10:16 11:9
15:3 18:18
27:1 28:16
32:7 33:1,18
36:3,25 37:7
40:19 41:25
43:4,18 45:22
46:23 50:24
52:19 53:4,10
53:17,23 54:6
54:7,24 57:4
58:1 60:12
62:1 66:5,18
67:17 68:13
70:5,12 72:11
72:16 75:4
76:11,14 77:15
77:16 78:18
79:7 81:25
82:6 83:6 84:5

84:16 85:1
90:23 91:5,12
93:14
**rise**  8:4,17 9:17
10:12 39:9
53:5
**roberge**  2:3
**robert**  41:1
**role**  21:13
23:15 24:4
26:20 27:4
33:1 35:22
38:3 40:22
41:20 44:15
59:23 89:12
92:3
**rolling**  31:15
31:16
**ron**  31:19 32:5
88:25 89:16
**ropes**  44:24
**rose**  70:8 82:15
**rosepaving.c...**
82:16
**routine**  25:19
25:22
**rude**  6:1
**ruining**  4:18
**rule**  27:7 62:25
**rules**  1:16 5:20
**run**  41:6,6
**running**  32:1
36:1

**s**

**s**  2:1 3:1,1 4:1
82:15,15
**safely**  45:13
**safest**  48:16
**safety**  42:22
44:2,8,12
45:25 46:16,20
47:17 48:1
91:21
**sake**  61:10
**san**  40:16
**save**  83:8,10
84:6
**saw**  66:8
**saying**  20:5
**says**  78:18
**scale**  20:3
**schedule**  13:16
25:23 57:14
65:25 82:19
86:23
**scheduled**  43:5
43:10
**schedules**
13:18
**scheduling**
87:6
**schematic**  79:4
**schematics**
29:5 58:8
**schwab**  2:3

**scope**  20:13
32:24 69:7
71:25 82:25
**scopes**  20:14,15
20:15
**screen**  51:1,5
69:25 78:1
82:9 88:11
**se**  35:3
**seal**  96:18
**season**  63:1
**seattle**  34:12
**second**  9:7
53:20 82:7
**see**  14:6 29:11
31:25 32:14,25
36:14 51:4
52:1 54:3,19
57:4 69:24
71:16 72:12,14
72:23 73:10,13
75:15 76:11
77:25 78:16
79:4,6 84:18
85:3 88:10,18
88:21,24 89:1
**seeing**  89:3
**seen**  54:7,9
92:18
**select**  51:17
**selected**  57:9
**selecting**  61:18
**selection**  60:23
60:24

**[seminars - speculating]**                                    Page 22

**seminars**  41:18
  41:25 42:2,11
  43:21,25 44:2
  44:10
**send**  64:24
  65:10
**senior**  31:18
  70:23 92:9
**sense**  27:24
  60:9 62:13
**sent**  54:13,20
  54:22 57:3,18
  60:20 62:15
  83:13
**separate**  7:11
  28:18
**series**  6:4
**service**  75:16
**services**  16:8
  16:12 17:17
  18:11 20:8,9
  26:18 34:6
  35:8 53:14
**set**  25:23 89:19
**seven**  40:25
  63:19
**several**  16:23
  18:15,15,16
  55:8,19 59:15
  62:7 86:14
**share**  82:9
**sheet**  89:19
**short**  64:14

**show**  29:6
  44:24 49:23
  50:24 53:23
  69:17 76:6
  82:6 88:8
**side**  29:4 31:12
  78:18 94:10
**sign**  5:5 29:16
  31:21 93:11,11
**signage**  44:5
  92:25 93:6
**signals**  80:17
**signature**  96:21
**signed**  70:13
**signing**  3:11
  94:16
**similar**  56:21
**simple**  29:1,1
**simply**  26:1
  27:20 61:9
  75:13
**sir**  5:15,19 11:9
  23:24 39:15
  44:15 49:24
  50:7 51:5,12
  54:3 69:25
  71:9 76:12,19
  78:1 80:3 88:8
**sit**  22:5 27:7
  61:16 81:15
  83:21 93:5
**site**  13:7 21:5
  22:14 23:4
  33:21 50:19,20

  51:21 52:16,22
  57:15 60:5
  68:24 70:8
  76:18 77:2
  80:23 88:17
**sites**  14:1 15:18
  15:23 52:4
  62:24
**sitting**  73:3
**situation**  93:18
**situations**
  49:12 80:7
  93:7
**six**  40:25 58:18
  58:20 61:14
  63:19
**size**  29:12
**sketched**  28:3
**sketching**  27:3
**slabossiere**
  82:16
**slightly**  49:1
  64:5
**slip**  26:1
**slowly**  60:11
**small**  37:23
  62:10 64:19
  93:19
**smaller**  69:9
  74:12
**smallest**  77:24
**smooth**  5:21
**smoothly**  36:1

**software**  39:11
  65:23 84:17
**soil**  35:7
**soils**  35:2 42:21
**solely**  20:23
**somebody**  35:3
  92:7,8,14
**somewhat**  5:18
**soon**  82:21
**sorry**  8:18 10:1
  21:2 24:12
  43:14 45:14
  64:2
**sort**  25:3 45:4
  54:4 55:15
  63:16
**sounds**  10:24
  12:11 32:9
  40:1,21 46:13
  59:13 88:3
**source**  51:17
**spaces**  79:10
**speaking**  13:2
**specialty**  37:25
**specific**  8:11
  37:4 56:19
  79:8 89:5 90:6
  90:9
**specifically**
  61:15 77:13
**specifics**  9:17
**specs**  76:21,22
**speculating**
  93:9

**[speed - take]** Page 23

speed 45:5
spell 71:3
spend 29:21
spread 61:25
spreadsheet
  61:23
sprinkler 42:21
square 29:8,9
  29:10
staff 13:19 31:5
  39:2
stage 32:16,18
  78:7
stages 27:19
stamp 78:17
stamped 60:14
  78:4
standard 73:17
  74:14
standardization
  72:17
stanfield 1:15
  4:11 5:8 9:11
  38:4 54:20
  94:14
start 4:24 25:9
  28:4 32:12
  47:14 53:11
  57:14 59:23
  68:3 82:20
  85:23
started 15:21
  63:17

starting 12:24
  39:16 52:10
  57:11 58:19
  61:19
starts 27:5
  45:20,22
state 1:19 4:6
  8:16 20:25
  39:19,22 96:4
states 1:1 15:5
  15:14 17:9,12
  17:20,24 18:1
  56:15 75:20
stating 82:16
status 86:20
stenographic...
  96:10
steven 82:14
stipulated 3:3,9
  3:14,19
stipulations
  4:25
stop 93:11
store 20:10,11
  40:21 64:11
  79:5 80:14,19
stores 15:13
  17:8,16 21:17
  46:25 77:3
stretch 7:5
strictly 21:5
  86:1
striping 48:12

structural 33:8
  35:2,6 42:4
structured
  36:18
studies 93:17
  93:22 94:1,5
study 23:17,25
  24:6,17
stuff 31:21
  63:11 65:6
subcontracted
  36:8
subject 8:3
  77:6
subjects 42:2
submission
  36:23
submit 72:8
  83:6
submits 32:21
submittal
  32:17
submitted
  56:23 83:1,17
substantively
  87:8
subtle 63:10
succinctly 64:6
suggestion 32:2
  37:20
suit 96:16
sum 72:9
super 41:18

superior 12:7
superiors 27:25
  58:13 91:20
supervisor
  70:23
supplemental
  71:16 72:24
suppose 84:9
sure 6:2 9:4
  12:2 13:15,18
  19:1 20:6
  30:13 35:5,16
  35:25 45:15
  48:10 52:10
  66:7,7,21
  77:23 87:18
surface 73:12
  73:13
surprised
  90:15
survey 90:3
sworn 4:4 96:7
syllabus 45:7
system 30:20
  83:13 85:3

**t**

t 3:1,1 4:1 96:1
  96:1
take 4:12 6:15
  7:4 13:1 15:11
  17:5 24:22
  27:20 32:21
  33:18 36:3

**[take - today]**                                                    Page 24

39:15 40:5,10
40:19 43:4
46:25 49:19
55:6 56:8,13
58:25 64:23
73:25 74:22
76:24 87:22
90:19
**taken**  1:15 3:7
9:9 58:23 88:4
96:10
**takes**  27:12,21
64:14
**talk**  18:3 34:2
87:5,7
**talked**  6:16
50:13 66:9
70:2 88:14
91:9 92:10
**talking**  8:20,21
20:25 31:11
34:17
**targeted**  55:10
**team**  16:17
**technical**  9:12
41:18 94:10
**technicalities**
3:5
**telephonic**
68:18
**tell**  10:6 27:25
42:18 47:22,23
48:8 52:5 53:2
62:16 77:12

83:3 91:3,4
93:4
**temperatures**
63:6
**template**  73:21
**tendency**  26:1
**term**  14:5
31:11
**terms**  10:8,23
11:4 13:20
15:3,9 17:15
19:16 20:7,19
22:20,25 23:8
26:10,20 29:1
32:8 34:18
36:21 38:3
42:11 43:19,25
44:15 46:20,24
60:12,22 63:12
67:25 68:6
72:11 74:13
76:4 79:8 81:2
81:4 83:15
84:12 89:8
90:6 92:3
**testified**  4:7
10:9 96:8
**testifying**  12:16
**testimony**  9:16
11:6 51:25
96:13
**thank**  5:6 48:6
71:7 73:7
82:17 92:1

94:9
**thereabouts**
40:24
**thing**  4:19 30:2
32:24
**things**  10:21
30:7 33:9 50:8
63:25 66:11,11
**think**  5:13 9:2
9:13 10:9 19:2
19:4,12,22
26:15 27:13
29:1,12,23
35:24 44:14
46:19 61:13
69:1 70:2
71:24 82:5
86:25 87:1
90:17
**third**  34:5
42:13
**thought**  32:4
**thoughts**  85:15
**thousand**  20:1
20:2
**three**  5:13,13
7:11,17 10:10
25:20 38:1
44:18 62:2
63:19,23,23
65:10 79:14
87:2 91:3
**time**  3:17 7:5
12:10,23 13:16

14:13 19:16
21:22 22:11
23:21 24:11
25:23 26:24,25
27:1,20,21
32:9 33:20
35:25 37:6
39:8 41:11,15
42:25 43:17
48:2,9 52:19
55:1,20 58:13
59:16 60:19
62:7,14,25
63:4 64:17
68:21 77:3
80:11 82:18
87:2 91:1,18
91:24,25 92:23
**times**  5:13
15:25 18:10
22:6 25:3 26:6
26:7 28:24
33:2 43:9
52:11 93:3
**title**  11:13,18
38:13
**titles**  11:23,23
12:1
**today**  4:13,16
5:20 6:5 7:10
10:3 12:15
22:6 50:7,25
61:17 81:15
82:7 83:21

**[today - united]** Page 25

93:5

**todd** 54:13 57:5
82:17

**together** 13:9
20:4 27:8,12
29:5 33:7,10
36:20 48:15
52:6 56:25
60:3 61:7,23
74:1 75:22,23

**token** 6:24

**told** 35:24
58:13

**tolerances**
51:20

**took** 9:12 12:7
56:5 63:21
87:2

**tool** 72:3 75:24

**top** 29:6

**topics** 41:17

**total** 10:10

**touch** 47:6

**toward** 23:10

**towards** 28:5
35:24 52:3
88:2

**track** 39:11
62:18 63:13
65:19,24

**traffic** 23:17,25
24:6,17 44:2,5
44:12 45:12,21
45:25 46:8,16

46:20,25 47:8
47:17,18 48:1
48:9 49:14
53:1 80:13,17
80:18 90:13,21
93:17,21,22
94:1,2,5

**trained** 44:19
93:21

**trainees** 44:18

**training** 41:12
41:16,22 43:19
43:22 44:11,16
45:8

**transcript**
96:13

**transmission**
6:10

**trial** 3:17

**triggered** 25:4

**trouble** 5:14

**true** 43:7 46:18
96:12

**truly** 55:13

**trust** 75:14

**try** 4:18 6:19
13:17 14:4
18:18 48:15
51:19 62:18
73:20 87:22
93:12

**trying** 27:23
45:15 61:6,10
61:11 62:13

65:18,20,24

**turn** 53:4,7

**twice** 93:2

**two** 10:10 34:9
34:14 38:1
41:5 48:15
62:2 64:16
65:7 67:2,3
86:9,11 89:11
89:18

**type** 8:10 10:21
21:9 39:10
54:25 56:2
84:16 87:8

**types** 20:18
22:13 42:1
47:24 50:17
67:9

**typical** 69:2
85:24

**u**

**u** 3:1

**u.s.** 15:1 17:14
17:15,22 22:16
47:9 56:16,17
61:9

**ultimately** 37:8

**unclear** 6:9

**uncommon**
74:22

**under** 39:2
75:16 96:12

**undergoing**
59:14

**undergone**
41:16

**undergrad**
39:18

**understand** 6:6
18:19 30:13
35:6 45:15
52:9 55:17
63:12 65:12,21
65:21 66:6
72:6 81:10

**understanding**
8:9 11:9 12:10
12:15 42:9
55:18 68:14
75:6 80:13,16
81:6 89:3

**understood** 6:8
17:5 27:23
30:12 31:10,23
32:4,7 41:20
44:21 47:11
58:25 62:12
72:4 75:15

**unique** 73:1,15
74:18 90:1

**unit** 71:25

**united** 1:1
14:23 15:5,14
17:9,20,24
18:1 56:15
75:20

universal  90:1
university
  39:20
unpredictable
  27:22
upcoming
  88:15
upgrade  76:18
  88:17
upgrades  70:8
  77:2 92:20
upper  37:18
ups  16:2,4,25
  34:15 37:17
use  31:10 32:5
  34:9 37:20
  45:8 48:21,24
  49:15 53:2
  61:8 74:24
used  14:5 30:18
  37:14 48:12
  51:16 77:1
  84:24 90:2
uses  71:18,20
  71:23 73:17
using  36:17
usual  4:24
usually  32:14
  32:15 37:10
  42:15
utilize  39:10
  51:15 63:14
  65:24

utilized  52:14
  52:20
utilizes  26:17

**v**

vachris  31:19
  32:5
varies  20:16
various  25:3
  41:16 43:9
  64:10 65:16
  72:13 87:9
vehicles  48:22
  49:7
verification
  33:25
versus  1:8
  20:24 23:4
vice  31:18,19
  38:14,20 40:15
  70:22 92:9
video  85:12
visit  25:13
  68:24 80:24
  87:16
viz  1:17
voice  33:2 80:7
  85:15
voiced  47:25
  49:13
voicing  46:15
  64:6
volume  4:18
  25:12 61:22,25

**w**

wait  27:8
waiting  64:20
waive  94:15
waived  3:7,12
walk  31:24
walls  29:14
want  6:2 13:14
  13:15 28:25
  29:3,7 30:13
  30:24,24,25
  31:1,2 37:24
  39:3 49:23
  50:10,12,15
  53:4,7 62:9
  64:1 65:16
  66:15 67:14
  76:6
wanted  41:5
  85:6
wants  29:11
  32:25
ware  34:14
warehouse
  22:9 24:9,19
  25:16 41:1,6
  46:1,6 47:5
  53:9,13,15
  54:14,15 57:8
  57:10,22 59:7
  59:18 60:16
  61:11 64:16
  65:2 67:4 68:9

68:23 69:14
  70:9 74:19
  76:18 80:12,22
  80:25 81:5,18
  83:24 85:21
  87:17 90:14
warehouses
  15:17 16:14
  24:2 31:13
  55:4,9,10
  59:19 87:9
  91:22
washington  4:2
  12:16,23 14:18
  15:7 38:18
water  7:5
way  6:23 25:20
  35:10 47:10,10
  48:16,17 51:8
  62:3 65:11
  69:15 72:2
  73:22 74:5
  75:17 77:11
  79:25 83:10
we've  13:9
  50:25 51:11
weather  26:4
  63:2,5,25
weeds  92:12
week  38:5,5
weekly  65:25
  66:10
weeks  25:20
  63:19,23 64:1

91:6,8
**went**  87:15
**wharf**  2:3
**whatnot**  6:15
**white**  38:8,12
**whitney**  2:8
**wholesale**  1:9
1:10 51:3,9
52:14,20 55:3
70:7 76:17,17
95:4
**withdraw**
13:21 16:9
17:18 23:7,23
24:13 36:11,12
53:6 59:4 73:8
79:25 81:3,14
94:2
**witness**  4:3 9:4
24:12 43:14
79:19 96:18
**woman**  38:10
**word**  94:20
**words**  16:21
32:15 48:7
**wordy**  73:20
**work**  13:11,17
13:19 14:17
17:19,23 19:17
20:10,19,23
21:2,5,6,9,9
22:20,21,25
23:4,9,19 24:1
24:18,23 25:10

25:15 26:11
27:5,18 29:12
29:21 32:8
34:10,16 38:15
39:2 40:2,12
41:3 48:10,15
50:21 53:12
55:3 57:7,14
60:15,25 61:19
61:22 62:11,24
64:1 67:3,12
67:12 68:3,10
68:16,22 69:14
72:13,18 73:12
73:18 74:16,23
74:25 75:7,18
76:4 78:11
79:9 80:11
81:4,6,7,17
82:25 84:18
85:14 87:8
90:3,25 93:1
93:19
**worked**  11:15
37:16 40:13
78:20 84:14
89:14,24
**working**  25:16
40:20 51:17
60:2 82:19
94:9
**works**  28:21
**worth**  62:20

**writing**  77:25
**wrong**  33:19

| x |
|---|

**x**  1:5,12

| y |
|---|

**y**  38:11 71:6
**yeah**  4:17 5:13
45:1 55:23
64:2 72:8
77:11 92:12
**year**  7:23 9:15
11:1 56:3
59:15 93:4
**years**  11:17
15:25 16:3,7
16:11 17:7,21
18:6,12 23:14
38:24 40:25
42:23 44:1
55:8 56:5
86:14 87:3
91:3
**yep**  5:10 65:17
73:14,14 78:2
78:10
**yield**  93:11

| z |
|---|

**zoning**  59:10
**zoom**  1:17 26:7
54:5 68:12
77:21

Connecticut Procedure in Civil Matters

Chapter 13, Discovery and Depositions

Section 13-30

(D) If requested by the deponent or any party, when
the testimony is fully transcribed the deposition
shall be submitted to the deponent for examination
and shall be read to or by the deponent. Any
changes in form or substance which the deponent
desires to make shall be entered upon the
deposition by the officer with a statement of the
reasons given by the deponent for making them. The
deposition shall then be signed by the deponent
certifying that the deposition is a true record of
the deponent's testimony, unless the parties by
stipulation waive the signing or the witness is ill
or cannot be found or refuses to sign. If the
deposition is not signed by the deponent within
thirty days after its submission to the deponent,
the officer shall sign it and state on the record
the fact of the waiver or of the illness or absence
of the deponent or the fact of the refusal or
failure to sign, together with the reason, if any,
given therefore; and the deposition may then be
used as fully as though signed unless, on a motion

to suppress under Section 13-31 (c) (4), the
judicial authority holds that the reasons given for
the refusal or failure to sign require rejection of
the deposition in whole or in part.


DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES ARE
PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE
RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE
REFER TO THE APPLICABLE STATE RULES OF CIVIL
PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.