UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NANCY LABROAD | : | CIVIL NO. 3:24-CV-01102 |
| Plaintiff | : | |
| v. | : | |
| COSTCO WHOLESALE CORPORATION; COSTCO WHOLESALE MEMBERSHIP, INC.; FRESHWATER MZL LLC | : | |
| Defendant | : | SEPTEMBER 11, 2026 |

**MOTION EXTENSION OF TIME RE: DISCOVERY DEADLINES**

The defendants, Costco Wholesale Corporation and Costco Wholesale Membership, Inc., respectfully move for a thirty (30) day extension of time of the current discovery deadlines which include the deadlines for the defendants' disclosure of experts (currently October 15, 2026), dispositive motions (currently November 15, 2026) and the close of expert discovery (currently December 15, 2026).

Good cause exists for the granting of this motion. Specifically, undersigned counsel will be out of the office due to a family medical issue for the majority of October, 2026. Counsel is willing to provide more details to the court in a teleconference or video conference.

While the parties have sought previous extensions of time during the pendency of this matter, this is the first extension sought of the current deadlines that were set by Court Order on June 23, 2026.

It should be noted that the parties have completed a significant amount of discovery and continue to work diligently.

Undersigned counsel conferred with plaintiff's counsel regarding this motion and he consented.

Given the foregoing, the defendants respectfully request a thirty (30) day extension of time of the deadlines as set forth above.

THE DEFENDANTS,
COSTCO WHOLESALE CORPORATION &
COSTCO WHOLESALE MEMBERSHIP, INC.

/s/ Miles Esty

Miles Esty, Esq.
Esty & Buckmir, LLC
2285 Whitney Avenue
Hamden, CT 06518
Tel: (203) 248-5678/Fax: (203) 288-9974
E-Mail: mesty@estyandbuckmir.com
Fed Bar No. CT#: 08867

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NANCY LABROAD | : | CIVIL NO. 3:24-CV-01102 |
| Plaintiff | : | |
| v. | : | |
| COSTCO WHOLESALE CORPORATION; COSTCO WHOLESALE MEMBERSHIP, INC.; FRESHWATER MZL LLC | : | |
| Defendant | : | SEPTEMBER 11, 2026 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of this document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

THE DEFENDANTS,
COSTCO WHOLESALE CORPORATION &
COSTCO WHOLESALE MEMBERSHIP, INC.
/s/ Miles Esty

Miles Esty, Esq.
Esty & Buckmir, LLC
2285 Whitney Avenue
Hamden, CT 06518
Tel: (203) 248-5678/Fax: (203) 288-9974
E-Mail: mesty@estyandbuckmir.com
Fed Bar No. CT#: 08867